**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **KMCO, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-60028** |

☑ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account at Cadence Bank** | **Checking account** | **4 6 9 3** | **$6,093.26** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$6,093.26**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☑ Yes. Fill in the information below.

Debtor __**KMCO, LLC**_____   Case number (if known) __20-60028_____
       Name

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

7.1. **Security deposit with Wabash.** _____   **$19,500.00**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.** **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.      **$19,500.00**

---

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less:   __**$0.00**__  –  __**$0.00**__  =  ⋯⋯⋯➔    **$0.00**
                 face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   __**$0.00**__  –  __**$0.00**__  =  ⋯⋯⋯➔    **$0.00**
                 face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

---

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

  ☑ No. Go to Part 5.
  ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                 % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**17.** **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.      **$0.00**

---

## Part 5:   Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.
  ☑ Yes. Fill in the information below.

| Debtor | KMCO, LLC | | Case number (if known) | 20-60028 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| **Paraformaldehyde** **7260 lb** | | | | $0.00 |
| **Paraformaldehyde** **55LB** | | | | $0.00 |
| **Hitec Salt** **2000LB** | | | | $0.00 |
| **Filter Aid Hylo Supercell - WET** **500LB** | | $432.50 | Cost | $432.50 |
| **Filter Aid Hyflo Supercell** **1150LB** | | $1,040.75 | Cost | $1,040.75 |
| **Filter Aid H-635 (H9K) (Silicate Free) Perlite2520LB** | | $2,116.80 | Cost | $2,116.80 |
| **Filter Aid Celite 545** **700LB** | | $577.50 | Cost | $577.50 |
| **Filter Aid 30/40 Magnesol (Magnesium Silicate)** **3100LB** | | $4,185.00 | Cost | $4,185.00 |
| **Filter Aid 30/40 Magnesol (Magnesium Silicate)** **100LB** | | | | $0.00 |
| **Fibracel (Special haze & color)** **405LB** | | $230.85 | Cost | $230.85 |
| **EPV Resin** **1000LB** | | | | $0.00 |
| **Denatonium Benzoate** **500LB** | | $2,860.00 | Cost | $2,860.00 |
| **Denatonium Benzoate** **500LB** | | $2,860.00 | Cost | $2,860.00 |
| **Cobratec TT-100 (Tolytriazole)** **19800LB** | | | | $0.00 |
| **Cobratec TT-100 (Tolytriazole)** **2200LB** | | | | $0.00 |
| **Cobratec TT-100 (Tolytriazole)** **200LB** | | | | $0.00 |
| **8,189 KOH 45%** | | | | $0.00 |
| **Cobratec TT-100 (Tolytriazole)** **50LB** | | | | $0.00 |
| **Clay** **1000LB** | | | | $0.00 |
| **Celite FAX 5 Filter Aid** **165LB** | | | | $0.00 |
| **Celite - fiber cell** **1350LB** | | | | $0.00 |

| Debtor | KMCO, LLC | Case number (if known) | 20-60028 |
|---|---|---|---|
| | Name | | |

| Description | | | | |
|---|---|---|---|---|
| **5,000 Boric Acid**<br>$- | | | | |
| **71,869 Ethoxypolyglycol Basic**<br>$1,437.38 | | | | $1,437.38 |
| **Caustic Soda Beads**<br>**200LB** | | $112.00 | Cost | $112.00 |
| **BR-2000 Bug Juice**<br>**1320LB** | | | | $0.00 |
| **BR-2000 Bug Juice**<br>**360LB** | | | | $0.00 |
| **Boric Acid**<br>**13750LB** | | | | $0.00 |
| **Boric Acid**<br>**350LB** | | | | $0.00 |
| **Boric Acid**<br>**110LB** | | | | $0.00 |
| **BHT-Butylyated Hydroxytoluene**<br>**2500LB** | | | | $0.00 |
| **BHT-Butylyated Hydroxytoluene**<br>**300LB** | | | | $0.00 |
| **Acid, Oxalic**<br>**110LB** | | | | $0.00 |
| **50,603 P13PA**<br>$2,530.15<br>**70,671 Glycol Ether Feed**<br>$-<br>**60,230 Glycol Ether Feed**<br>$602.30<br>**72,977 Glycol Ether Feed**<br>$- | | | | $3,132.45 |
| **Acid, Fumaric**<br>**50LB** | | | | $0.00 |
| **RED Alert**<br>**10LB** | | | | $0.00 |
| **140,136 Tri-Tetra EG**<br>$2,802.72<br>**34,259 Tri-Tetra EG**<br>$685.17<br>**30,554 Tri-Tetra EG**<br>$611.08<br>**35,939 DiTri**<br>$3,593.90 | | | | $7,692.87 |
| **Heat Transfer Fluid**<br>**4668LB** | | $10,524.32 | Cost | $10,524.32 |
| **32,610 Glycol Bottoms**<br>$1,630.52 | | | | $1,630.52 |
| **32,610 Glycol Bottoms** | | | | $1,630.52 |
| **Heat Transfer Fluid**<br>**1945LB** | | $4,385.13 | Cost | $4,385.13 |
| **70,348 Glycol Ether Feed** | | | | $7,034.80 |

**Schedule A/B: Assets -- Real and Personal Property**

Debtor  **KMCO, LLC**                                            Case number (if known)  **20-60028**
 _____
  Name

| | | | |
|---|---|---|---|
| **Heat Transfer Fluid** **1541LB** | **$3,474.28** | Cost | **$3,474.28** |
| **53,825 Wet Glycol Eg** **$538.25** **102,343 Wet Glycol Eg** **$1,023.43** | | | **$1,561.68** |
| **DowThermaflo A** **13279LB** | | | **$0.00** |
| **AR-AFFF 1X3** **385LB** | | | **$0.00** |
| **AR-AFFF 1X3** **10LB** | | | **$0.00** |
| **AR-AFFF 1X3** **10LB** | | | **$0.00** |
| **Anti foam** **385LB** | **$469.70** | Cost | **$469.70** |
| **ANSULIT** **10GAL** | | | **$0.00** |
| **8,185 Flashed Glycol Eg** | | | **$0.00** |
| **Unichem 1307** **110LB** | | | **$0.00** |
| **119,470 DiTri** | | | **$11,947.01** |
| **TOTES - (NANSA)** **2205LB** | **$1,942.83** | Cost | **$1,942.83** |
| **90,638 Meg/Deg Intermediate** | | | **$906.38** |
| **109,620 DiTri** **$10,962.00** **9,966 Deg Non-Prime $99.66** **4,000 Ext Life Antifreeze** **$800.00** | | | **$11,861.66** |
| **113,445 Heavy Ether** **Product      $1,134.45** **163,869 Ext Life** **Antifreeze** **          $32,773.80** **133,296 Cool + w BA** **Antifreeze      $26,659.20** **152,113 Cool + w BA** **Antifreeze   $30,422.60** | | | **$90,990.05** |
| **TOFA FATTY ACID(SYLFAT FAI)** **4632LB** | **$2,640.24** | Cost | **$2,640.24** |
| **TEG** **154LB** | | | **$0.00** |
| **66,830 Flashed Glycol Eg** **$1,336.60** **125,589 Glycol Ether Feed** **$2,511.78** **21,857 Dea** **          $218.57** | | | **$4,066.95** |
| **Stadis 450- Line flush** **2200LB** | | | **$0.00** |

| Debtor | KMCO, LLC | | Case number (if known) | 20-60028 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | |
| --- | --- | --- | --- |
| **Sodium Hypochlorite**<br>**6000LB** | $1,704.00 | Cost | $1,704.00 |
| **Sodium Bromide**<br>**550LB** | $2,816.00 | Cost | $2,816.00 |
| **Aromatic 100**<br>**P13PA** | | | $0.00 |
| **Quick Dry**<br>**4520LB** | | | $0.00 |
| **Precipitation Naptha**<br>**321LB** | $658.05 | Cost | $658.05 |
| **Potassium Hydroxide 45% KOH**<br>**11220LB** | $6,227.10 | Cost | $6,227.10 |
| 27,098 AME Core 150 $-<br>62,868 Aromatic 150 $6,286.80<br>57,745 Aromatic 100 $5,774.50<br>Toluene        $- | | | $12,061.30 |
| 33,415 Ruetasolve DI | | | $0.00 |
| **PMX 200/12500**<br>**2094LB** | $3,978.10 | Cost | $3,978.10 |
| 77,259 Ethanol Regen | | | $772.59 |
| 6,015 Nexbase 3030        $-<br>56,134 Dinnsa        $1,122.68<br>22,433 Dinnsa        $448.66 | | | $1,571.34 |
| **ParAntifreeze**<br>**12360LB** | $3,721.33 | Cost | $3,721.33 |
| 28,494 Aromatic 150ND $1,424.70<br>1,794 Ortho Xylene $17.94<br>65,159 TPC 595        $651.59 | | | $2,094.23 |
| **Paraformaldehyde**<br>**1103LB** | | | $0.00 |
| 76,690 AME Core 150        $-<br>74,756 C24-28 Olefin        $3,737.80<br>60,284 Isomerised Olefin $1,205.68 | | | $4,943.48 |
| **Ortho Xylene**<br>**2000LB** | $1,280.00 | Cost | $1,280.00 |
| 140,549 Isomerised Olefin        $2,810.98<br>47,933 Maleic  Anhydride        $-<br>71,906 Maleic  Anhydride        $- | | | $2,810.98 |
| **Ortho Xylene**<br>**50LB** | $32.00 | Cost | $32.00 |

Debtor   **KMCO, LLC**
         Name                                    Case number (if known)   **20-60028**

| | | | |
|---|---|---|---|
| **N-Dodecyl Mercaptan \*** **252LB** | $579.60 | Cost | $579.60 |
| **N-Dodecyl Mercaptan \*** **4125LB** | $9,487.50 | Cost | $9,487.50 |
| **N-Dodecyl Mercaptan \*** **196LB** | $450.80 | Cost | $450.80 |
| **Metal Guard A65- Yellow** **13944LB** | $2,272.87 | Cost | $2,272.87 |
| **M-544 (Allnex)** **39LB** | | | $0.00 |
| **KW 115** **140LB** | | | $0.00 |
| **KT 1261C** **163LB** | | | $0.00 |
| **KC-168** **410LB** | | | $0.00 |
| **KB-3342** **440LB** | | | $0.00 |
| **KB-3341** **440LB** | | | $0.00 |
| **KB-2406** **450LB** | | | $0.00 |
| **KB-2405** **450LB** | | | $0.00 |
| **KB-2402** **450LB** | | | $0.00 |
| **KB-1410** **875LB** | | | $0.00 |
| **KB-1410** **33715LB** | $34,561.44 | Cost | $34,561.44 |
| **KB-1410** **1350LB** | $1,383.89 | Cost | $1,383.89 |
| **Isonox 132** **3280LB** | $8,683.80 | Cost | $8,683.80 |
| **IPA - Isopropyl Alcohol** **1176LB** | $893.76 | Cost | $893.76 |
| **Hot oil (Good)** **3572LB** | | | $0.00 |
| **Hitec 4313** **230LB** | | | $0.00 |
| **Hitec 3193- sample taken but never shipped** **368LB** | | | $0.00 |
| **Formaldehyde 37%- tote** **1170LB** | | | $0.00 |
| **DowThermaflo A** **3800LB** | | | $0.00 |
| **DDBSA Hard - (Witconic) 1298** **1800LB** | | | $0.00 |

| Debtor | KMCO, LLC | Case number (if known) | 20-60028 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **DDBSA** **186LB** | | | **$0.00** |
| **D.C. 200/12500 (Silicon Antifoam)** **2094LB** | **$3,978.10** | Cost | **$3,978.10** |
| **Component-2** **1840LB** | **$1,048.80** | Cost | **$1,048.80** |
| **Component-1** **1840LB** | **$1,048.80** | Cost | **$1,048.80** |
| **CL-5639** **530LB** | | | **$0.00** |
| **CL-49 - for new boiler** **2775LB** | | | **$0.00** |
| **CL-2030 - for new boiler** **80LB** | | | **$0.00** |
| **BPB-59066** **3530LB** | | | **$0.00** |
| **Boric Acid** **12500LB** | | | **$0.00** |
| **Boric Acid** **10000LB** | | | **$0.00** |
| **BL-1253** **2440LB** | | | **$0.00** |
| **Arquard 2C Nitrite** **12480LB** | **$100,963.20** | Cost | **$100,963.20** |
| **Aquachlor - Sodium Hypochlorite 12.5%** **2740LB** | **$778.16** | Cost | **$778.16** |
| **AEEA - Aminoethylethanolamine** **2820LB** | **$5,019.59** | Cost | **$5,019.59** |
| **AEEA - Aminoethylethanolamine** **13200LB** | **$23,495.94** | Cost | **$23,495.94** |
| **Acid, Acetic, Glacial** **9900LB** | **$9,325.80** | Cost | **$9,325.80** |
| **Acid, Acetic, Glacial** **4600LB** | **$4,333.20** | Cost | **$4,333.20** |
| **Acid, Acetic, Glacial** **1592LB** | **$1,499.66** | Cost | **$1,499.66** |
| **Acid, Acetic, Glacial** **1422LB** | **$1,339.52** | Cost | **$1,339.52** |
| **Acid, Acetic** **1800LB** | | | **$0.00** |
| **Toluene** **215LB** | **$82.99** | Cost | **$82.99** |
| **Precipitation Naptha** **65LB** | **$133.25** | Cost | **$133.25** |
| **MEHQ - Hdro - Quinone - Monom - Ethyl** **50LB** | **$540.50** | Cost | **$540.50** |
| **Isopar M** **231LB** | **$466.07** | Cost | **$466.07** |

Debtor   **KMCO, LLC**                                         Case number (if known) __20-60028__
_____
Name

**IPA - Isopropyl Alcohol**
**282LB** _____  _____  $214.32  Cost  _____  $214.32

**HYDROQUINONA PREMIUM**
**30LB** _____  _____  _____  _____  $0.00

**Benzophenone**
**1200LB** _____  _____  _____  _____  $0.00

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **23,460 TEG Prime** | | | | $4,692.00 |
| **2,160 Global Antifreeze ELC** | | | | $432.00 |
| **52,015 Global Antifreeze ELC** | | | | $10,403.00 |
| **41,018 Global 50% Antifreeze ELC** | | | | $8,203.60 |
| **10,800 Global 50% Antifreeze ELC** | | | | $2,160.00 |
| **7,590 Ext Life Antifreeze $1,518.00** **65,820 Ext Life Antifreeze $13,164.00** **2,160 Ext Life Antifreeze $432.00** | | | | $15,114.00 |
| **4,844 DiTri** | | | | $726.60 |
| **4,300 Cool + w BA Antifreeze $860.00** **112,220 Cool + w BA 50% Antifreeze$22,444.00** | | | | $23,304.00 |
| **18,600 Glycol Bottoms $930.00** **180,023 MTG       $3,600.46** | | | | $4,530.46 |
| **20,000 Glycol Bottoms $1,000.00** **157,388 Heavy Ether Product      $7,869.42** **35,640 Dot 4 Brake Fluid New $1,782.00** | | | | $10,651.42 |
| **114,521 DiTri** | | | | $17,178.15 |
| **56,359 Water Overheads** | | | | $0.00 |
| **94,388 Fuel Blendstock $943.88** **137,082 Water Overheads     $-** | | | | $943.88 |
| **61,618 Global AF ELC $12,323.60** **163,906 Heavy Ether Product      $3,278.12** | | | | $15,601.72 |

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **475,727 Glycol Bottoms $23,786.35 595,278 Glycol Bottoms $29,763.90 140,935 Kmco-77Xf $2,818.69** | | | | **$56,368.94** |
| **12,320 Barafilm** | | | | **$6,160.00** |
| **119,770 TPC 595 $- 107,918 Aromatic 150 $10,791.80 58,780 Aromatic 150 $5,878.00** | | | | **$16,669.80** |
| **112,409 KBI 1410 Int** | | | | **$11,240.90** |
| **61,115 KB-1410 $15,278.75 51,177 KB-1410 $12,794.25** | | | | **$28,073.00** |
| **13,663 Olefin Lights** | | | | **$136.63** |
| **109,846 Meg Recycle $2,196.92 13,874 Oil/WTR Emulsion $- - Pibsa 201D $-** | | | | **$2,196.92** |
| **4,000 Urea 17,050 Sulfur 1,250 Sulfolene** | | | | **$0.00** |
| **1,100 Sodium nitrate 1,100 Sodium Bicarbonate - SMOG - 2,145 Potassium Hydroxide 91% KOH** | | | | **$0.00** |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **277,986 Tetra Penta Eg Feed Inter** | | | | **$5,559.71** |
| **166,718 Dry Glycol Ether $1,667.18 132,380 Glycol Ether Feed $1,323.80** | | | | **$2,990.98** |
| **51,440 Tetra Penta Eg Feed Inter $514.40 35,981 Ext Life Antifreeze $7,196.20 16,718 Borate Ester M360 $334.36 147,451 Heavy Ether Product $7,372.55 262,325 Heavy Ether Product 13,116.26** | | | | **$28,533.77** |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$710,867.72** |

Debtor **KMCO, LLC**
_____   Case number (if known) **20-60028**
Name

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

Debtor   **KMCO, LLC**
_____   Case number (if known)   **20-60028**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Sales Office Furn.** 12/9/1994 #428 | $0.00 | Book Value | $0.00 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Motorola Radios** 6/19/1997 #59 | $0.00 | Book Value | $0.00 |
| **Motorola Radios W/Charge** 6/19/1997 #92 | $0.00 | Book Value | $0.00 |
| **Avaya Phone System** 7/26/2012 #1611 | | Book Value | $0.00 |
| **Dell T5500 Workstations** 7/3/2012 #1612 | | Book Value | $0.00 |
| **MP2 Software And Support** 7/1/2013 #1744 | | Book Value | $0.00 |
| **Printer, Hx With Rs-P42** 3/1/2014 #1871 | | Book Value | $4,598.65 |
| **Phone System Ip Office 500V2 Contril Unit** 4/15/2014 #1887 | | Book Value | $268.18 |
| **Motorola Radio W/Charger** 6/19/1997 #144 | $0.00 | Book Value | $0.00 |
| **Motorola Radios W/Charge** 6/19/1997 #202 | $0.00 | Book Value | $0.00 |
| **486 Dx4 Computer** 2/19/1996 #217 | $0.00 | Book Value | $0.00 |
| **486 Dx4 Computer** 2/26/1996 #218 | $0.00 | Book Value | $0.00 |
| **Computer For Doc. Contro** 8/25/1994 #219 | $0.00 | Book Value | $0.00 |
| **Computer** 3/8/1995 #220 | $0.00 | Book Value | $0.00 |
| **Computer** 5/2/1995 #221 | $0.00 | Book Value | $0.00 |

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**486 Dx4**
7/25/1996
#222                                    $0.00   Book Value                        $0.00

**Computer**
4/3/1995
#223                                    $0.00   Book Value                        $0.00

**Software & Licensing Ross/Sharepoint**
6/12/2015
#2046                                           Book Value                        $0.00

**HP 5890**
4/27/1999
#378                                    $0.00   Book Value                        $0.00

**Pentium Computer-T.Hunt**
10/20/1998
#394                                    $0.00   Book Value                        $0.00

**HP Laser 4 Plus Iso**
11/9/1994
#397                                    $0.00   Book Value                        $0.00

**Computer**
1/19/1995
#399                                    $0.00   Book Value                        $0.00

**Computer**
3/17/1995
#400                                    $0.00   Book Value                        $0.00

**Hardware**
5/9/1995
#401                                    $0.00   Book Value                        $0.00

**Hardware**
5/17/1995
#402                                    $0.00   Book Value                        $0.00

**Computer**
5/18/1995
#403                                    $0.00   Book Value                        $0.00

**Computer**
5/24/1995
#404                                    $0.00   Book Value                        $0.00

**Computer**
6/5/1995
#405                                    $0.00   Book Value                        $0.00

**Phone System**
7/13/1995
#406                                    $0.00   Book Value                        $0.00

**Iomega Zip Drives**
2/26/1996
#407                                    $0.00   Book Value                        $0.00

**2 486 Dx 4 Systems-Safety**
11/26/1996
#408                                    $0.00   Book Value                        $0.00

**409Pentium 120 For Robin7/31/1997**          $0.00   Book Value                 $0.00

**Pent. With W/256**
7/31/1997
#410                                    $0.00   Book Value                        $0.00

Debtor  __KMCO, LLC__  Case number (if known)  __20-60028__
Name

**Acct. Comp.JF,DL, DC**
8/14/1997
#411                                    $0.00    Book Value                    $0.00

**Accounting Computer**
8/14/1997
#412                                    $0.00    Book Value                    $0.00

**Computer For C.Craig**
8/21/1997
#413                                    $0.00    Book Value                    $0.00

**Computer For R.Owens**
9/25/1997
#414                                    $0.00    Book Value                    $0.00

**File Server & Hardware**
2/28/1998
#415                                    $0.00    Book Value                    $0.00

**Mail Machine**
2/28/1998
#416                                    $0.00    Book Value                    $0.00

**Comp.For G.Jones**
4/27/1998
#417                                    $0.00    Book Value                    $0.00

**Comp.For R. Martin**
4/22/1998
#418                                    $0.00    Book Value                    $0.00

**Revelation Tech.**
4/30/1998
#419                                    $0.00    Book Value                    $0.00

**System For Pat & Don**
4/30/1998
#420                                    $0.00    Book Value                    $0.00

**Novell Software**
4/30/1998
#421                                    $0.00    Book Value                    $0.00

**System For Verna & Marsha**
6/5/1998
#422                                    $0.00    Book Value                    $0.00

**Computer For Wendie**
7/8/1998
#423                                    $0.00    Book Value                    $0.00

**System For Ronnie**
11/20/1998
#424                                    $0.00    Book Value                    $0.00

**System For Jane**
11/10/1998
#425                                    $0.00    Book Value                    $0.00

**Copier For Front Ofc.**
2/1/1999
#426                                    $0.00    Book Value                    $0.00

**5 New Systems-Plan**
4/6/1999
#427                                    $0.00    Book Value                    $0.00

| | | |
|---|---|---|
| Debtor | **KMCO, LLC** | Case number (if known) __20-60028__ |
| | Name | |

**Comp. For Sales**
4/25/1995
#429 _____ $0.00   Book Value _____ $0.00

**AT&T Phone System**
5/10/1996
#430 _____ $0.00   Book Value _____ $0.00

**AT&T Phone System**
6/4/1996
#431 _____ $0.00   Book Value _____ $0.00

**Hardware For Computer**
2/4/1997
#432 _____ $0.00   Book Value _____ $0.00

**Pentium System**
11/9/1998
#433 _____ $0.00   Book Value _____ $0.00

**Pentium System For Meliss**
12/5/1998
#434 _____ $0.00   Book Value _____ $0.00

**Pentiums-George,Wayne**
2/2/1999
#435 _____ $0.00   Book Value _____ $0.00

**Computer**
6/5/1995
#436 _____ $0.00   Book Value _____ $0.00

**Pic Controllers**
10/1/2011
#1502 _____   Book Value _____ $22,469.38

**Computer**
10/31/1998
#437 _____ $0.00   Book Value _____ $0.00

**Office 2010 Licensing**
1/17/2012
#1531 _____   Book Value _____ $0.00

**Experion Software**
2/1/2012
#1539 _____   Book Value _____ $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                   $27,336.21

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **Backhoe**<br>8/1/2012<br>#1614 | | Book Value | $19,957.83 |
| 47.2. **2014-John  Deere Gator**<br>6/1/2014<br>#1902 | | Book Value | $0.00 |
| 47.3. **2015-Kubota RTV 1140**<br>5/6/2015<br>#2034 | | Book Value | $0.00 |
| 47.4. **1988 Boiler Trailer**      IN9A22X32J1012401 | | | $5,000.00 |
| 47.5. **Forklift**<br>3/13/1998<br>#242 | $0.00 | Book Value | $0.00 |
| 47.6. **Forklifts**<br>3/13/1998<br>#243 | $0.00 | Book Value | $0.00 |
| 47.7. **Forklift**<br>4/16/1998<br>#247 | $0.00 | Book Value | $0.00 |
| 47.8. **1986 Mule**<br>5/19/1998<br>#248 | $0.00 | Book Value | $0.00 |
| 47.9. **Used Forklift**<br>5/20/1998<br>#249 | $0.00 | Book Value | $0.00 |
| 47.10. **Lift Truck**<br>10/31/1998<br>#260 | $0.00 | Book Value | $0.00 |
| 47.11. **Forklifts**<br>3/12/1998<br>#275 | $0.00 | Book Value | $0.00 |
| 47.12. **Lift Truck**<br>4/21/1998<br>#279 | $0.00 | Book Value | $0.00 |
| 47.13. **1986 Mule**<br>5/19/1998<br>#281 | $0.00 | Book Value | $0.00 |
| 47.14. **Used Forklift**<br>5/20/1998<br>#282 | $0.00 | Book Value | $0.00 |

Debtor **KMCO, LLC** _____   Case number (if known) **20-60028** _____
Name

| | | | | |
|---|---|---|---|---|
| 47.15. | **Lift Truck**<br>7/1/1998<br>#286 | $0.00 | Book Value | $0.00 |
| 47.16. | **Lift Truck**<br>8/12/1998<br>#288 | $0.00 | Book Value | $0.00 |
| 47.17. | **1988 Boiler Trailer**<br><br>**Make - Nelson Manufacturing**<br><br>**VIN # - IN9A22X32J1012401** | | Book Value | $5,000.00 |
| 47.18. | **1988 - Kubota**<br><br>**2 seat Kubota**<br><br>**Model #RTV900**<br><br>**VIN #A5KB1FDAHBG0C0495** | | Book Value | $2,500.00 |
| 47.19. | **1988 - Kubota**<br><br>**4 Seat Kubota**<br><br>**Model # RTV1140**<br><br>**VIN #A5KD1HDAAFG034185** | | Book Value | $4,000.00 |
| 47.20. | **2017 - Northern**<br><br>**Northern Tool Pressure Waster -**<br><br>**Model No. 4000 PSI Hot water**<br><br>**VIN #4K1PT4C12JK006620** | | Book Value | $1,800.00 |
| 47.21. | **2010 - Case Company - Back Hoe**<br><br>**Model #580Sumer M**<br><br>**VIN #JKGN580SEAC533557** | | Book Value | $3,500.00 |
| 47.22. | **1978 - Heil Trailer - Heil Bulk Liquid Trailer**<br><br>**VIN #H-37445** | | Book Value | $2,500.00 |
| 47.23. | **Lift Trucks**<br>3/13/1998<br>#311 | $0.00 | Book Value | $0.00 |
| 47.24. | **Forklift**<br>3/13/1998<br>#312 | $0.00 | Book Value | $0.00 |
| 47.25. | **1986 Mule**<br>5/19/1998<br>#317 | $0.00 | Book Value | $0.00 |
| 47.26. | **2003 - Great Dane limited Partnership**<br>**53' Box Trailer**<br><br>**Model #7411TP-SA**<br><br>**VIN #1GRAA06244T509559** | | Book Value | $5,000.00 |

Debtor   **KMCO, LLC**
         _____
         Name                               Case number (if known)   **20-60028**
                                                                      _____

| | | | | |
|---|---|---|---|---|
| 47.27. | **Used Forklift**<br>**5/20/1998**<br>**#318** | $0.00 | Book Value | $0.00 |
| 47.28. | **2007 - Kalmar Industries - Yard Mule**<br><br>**Model #4X2**<br><br>**VIN #318437** | | Book Value | $7,500.00 |
| 47.29. | **2007 - GE - Locomotive**<br><br>**VIN #Unit Number - 1508** | | Book Value | $80,000.00 |
| 47.30. | **2016 - Triangle Equipment - Pressure Washer**<br>**(Tank unit)**<br><br>**Model #5000 PSI hot water (with tank)**<br><br>**VIN #1D9D1CB20E1745** | | Book Value | $12,000.00 |
| 47.31. | **Lift Truck**<br>**5/27/1998**<br>**#321** | $0.00 | Book Value | $0.00 |
| 47.32. | **Lift Truck**<br>**9/11/1998**<br>**#327** | $0.00 | Book Value | $0.00 |
| 47.33. | **Golf Cart**<br>**9/1/2006**<br>**#1038** | | Book Value | $0.00 |
| 47.34. | **Toyota Forklifts**<br>**7/1/2006**<br>**#1071** | | Book Value | $0.00 |
| 47.35. | **Lift Truck**<br>**11/11/1998**<br>**#329** | $0.00 | Book Value | $0.00 |
| 47.36. | **John Deere Backhoe**<br>**7/9/2007**<br>**#1166** | | Book Value | $0.00 |
| 47.37. | **John Deere Backhoe**<br>**7/9/2007**<br>**#1167** | | Book Value | $0.00 |
| 47.38. | **John Deere Backhoe**<br>**7/9/2007**<br>**#1168** | | Book Value | $0.00 |
| 47.39. | **John Deere Backhoe**<br>**7/9/2007**<br>**#1169** | | Book Value | $0.00 |
| 47.40. | **4 Toyota Forklifts**<br>**12/17/2007**<br>**#1270** | | Book Value | $0.00 |
| 47.41. | **2007 16ft utlity trailer - trailer supply company.**<br>**VIN# 5VNBU162OCT106439** | | | $2,000.00 |
| 47.42. | **Company Made Trailer** | | | Unknown |

Debtor __**KMCO, LLC**_____   Case number (if known) __**20-60028**_____
　　　　　　Name

**47.43.** **Forklift Purchase**
3/13/1998
#346 _____   $0.00   Book Value _____   $0.00

**47.44.** **Forklift**
3/13/1998
#347 _____   $0.00   Book Value _____   $0.00

**47.45.** **1986 Mule**
5/19/1998
#352 _____   $0.00   Book Value _____   $0.00

**47.46.** **Used Forklift**
5/20/1998
#353 _____   $0.00   Book Value _____   $0.00

**47.47.** **Lift Truck**
6/23/1998
#357 _____   $0.00   Book Value _____   $0.00

**47.48.** **2011-Kubota RTV900**
9/28/2011
#1496 _____   $0.00   Book Value _____   $0.00

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**Storage Building**
5/7/97
#2 _____   $0.00   Book _____   $0.00

**Metal Building-K-Unit**
4/29/97
#3 _____   $0.00   Book Value _____   $0.00

**K-Unit Renovation**
5/30/97
#4 _____   $0.00   Book Value _____   $0.00

**Asphalt Parking Lot-Offi**
12/2/1996
#5 _____   $0.00   Book Value _____   $0.00

**14'x70' S/R Office Tra**
7/28/1995
#6 _____   $0.00   Book Value _____   $0.00

**14' X 70' S/R Off. Bldg.**
7/28/1995
#8 _____   $0.00   Book Value _____   $0.00

**14' X 70' S/R Offc. Bld.**
7/28/1995
#10 _____   $0.00   Book Value _____   $0.00

**14' X 70' S/R Office Trl**
7/28/1995
#12 _____   $0.00   Book Value _____   $0.00

**10' X 12' Metal Bldg.**
10/10/1995
#14 _____   $0.00   Book Value _____   $0.00

Debtor    **KMCO, LLC**
_____    Case number (if known)   **20-60028**
Name

**Tank Painting Supplies**
7/25/1994
#15                                           $0.00    Book Value                        $0.00

**Tank Painting Supplies**
8/2/1994
#16                                           $0.00    Book Value                        $0.00

**Tank Painting Supplies**
8/2/1994
#17                                           $0.00    Book Value                        $0.00

**Portable Indicator**
10/11/1994
#18                                           $0.00    Book Value                        $0.00

**Baldor Motor**
11/9/1994
#19                                           $0.00    Book Value                        $0.00

**Freezer**
12/30/1994
#20                                           $0.00    Book Value                        $0.00

**Dist. 1 Material**
2/6/1995
#21                                           $0.00    Book Value                        $0.00

**Viscometer**
2/8/1995
#22                                           $0.00    Book Value                        $0.00

**Dist. 1 Equipment**
3/2/1995
#23                                           $0.00    Book Value                        $0.00

**Transformer**
5/8/1995
#24                                           $0.00    Book Value                        $0.00

**Tank For Dist. 1**
5/18/1995
#25                                           $0.00    Book Value                        $0.00

**Dist. 1 Engineering**
5/24/1995
#26                                           $0.00    Book Value                        $0.00

**Dacon**
6/28/1995
#27                                           $0.00    Book Value                        $0.00

**2 Transformer Banks**
7/26/1995
#28                                           $0.00    Book Value                        $0.00

**Skimmer**
10/6/1995
#29                                           $0.00    Book Value                        $0.00

**Roper Pump**
10/23/1995
#30                                           $0.00    Book Value                        $0.00

**P-2000 Pump**
12/18/1995
#31                                           $0.00    Book Value                        $0.00

Debtor    **KMCO, LLC**
<br>Name

Case number (if known)  **20-60028**

**Vacuum Pump**
1/18/1996
#32                                $0.00    Book Value        $0.00

**Cylinder**
1/22/1996
#33    $0.00    Book Value    $0.00

**Urai Roots Blower**
1/24/1996
#34    $0.00    Book Value    $0.00

**Inducer For BWFP**
2/9/1996
#35    $0.00    Book Value    $0.00

**P-2000 Pump**
2/23/1996
#36    $0.00    Book Value    $0.00

**Digital Ultrasonic Gage**
2/16/1996
#37    $0.00    Book Value    $0.00

**(3) Storage Tanks**
5/23/1996
#38    $0.00    Book Value    $0.00

**(2) Storage Tanks**
5/16/1996
#39    $0.00    Book Value    $0.00

**Pipe Threader Machine**
5/16/1996
#40    $0.00    Book Value    $0.00

**Union Carbide Blend Tank**
6/1/1996
#41    $0.00    Book Value    $0.00

**Urai Roots Blower**
7/22/1996
#42    $0.00    Book Value    $0.00

**Roper Pump**
10/24/1996
#43    $0.00    Book Value    $0.00

**Vacuum Pump**
10/1/1996
#44    $0.00    Book Value    $0.00

**4 X 4 Scale**
12/30/1996
#45    $0.00    Book Value    $0.00

**Fisher Valve**
1/21/1997
#46    $0.00    Book Value    $0.00

**Fisher Valve**
1/30/1997
#47    $0.00    Book Value    $0.00

**Control Unit With Speake**
1/31/1997
#48    $0.00    Book Value    $0.00

| Debtor | KMCO, LLC | | Case number (if known) | 20-60028 |
| | Name | | | |

**50 HP Shaft**
2/19/1997
#49                                    $0.00    Book Value                    $0.00

**Butterfly Valve**
3/18/1997
#50                                    $0.00    Book Value                    $0.00

**Fisher Valve**
3/27/1997
#51                                    $0.00    Book Value                    $0.00

**Grove Manlift**
4/1/1997
#52                                    $0.00    Book Value                    $0.00

**Pacific In-Line Pump**
4/29/1997
#53                                    $0.00    Book Value                    $0.00

**Alarm System**
5/6/1997
#54                                    $0.00    Book Value                    $0.00

**Stokes Vacuum Pump**
5/14/1997
#55                                    $0.00    Book Value                    $0.00

**Braswell Multi-Tank**
5/22/1997
#56                                    $0.00    Book Value                    $0.00

**Pressure Vessel**
5/29/1997
#57                                    $0.00    Book Value                    $0.00

**Leaking Boiler Tube Repa**
6/12/1997
#58                                    $0.00    Book Value                    $0.00

**U/C Brake Fluid Blend**
6/30/1997
#60                                    $0.00    Book Value                    $0.00

**B-Unit TCP**
6/30/1997
#61                                    $0.00    Book Value                    $0.00

**Portable Indicator Alarm**
10/11/1994
#62                                    $0.00    Book Value                    $0.00

**Best Material**
2/6/1995
#63                                    $0.00    Book Value                    $0.00

**Allen-Stuart Equipment**
3/2/1995
#64                                    $0.00    Book Value                    $0.00

**Transformer**
5/8/1995
#65                                    $0.00    Book Value                    $0.00

**Transformers**
6/28/1995
#66                                    $0.00    Book Value                    $0.00

Debtor   **KMCO, LLC**
_____
Name                                    Case number (if known)   **20-60028**

**2 Transformer Banks**
**7/26/1995**
**#67**                                    $0.00    Book Value                $0.00

**Skimmer**
**10/6/1995**
**#68**                                    $0.00    Book Value                $0.00

**Roper Pump**
**10/23/1995**
**#69**                                    $0.00    Book Value                $0.00

**Sunflow P-2000 Pump**
**12/18/1995**
**#70**                                    $0.00    Book Value                $0.00

**V/P Pump**
**1/18/1996**
**#71**                                    $0.00    Book Value                $0.00

**Cylinder**
**1/22/1996**
**#72**                                    $0.00    Book Value                $0.00

**Inducer**
**2/9/1996**
**#73**                                    $0.00    Book Value                $0.00

**P-2000 Pump**
**2/23/1996**
**#74**                                    $0.00    Book Value                $0.00

**Digital Ultrasonic Gage**
**2/16/1996**
**#75**                                    $0.00    Book Value                $0.00

**3 Storage Tanks**
**5/23/1996**
**#76**                                    $0.00    Book Value                $0.00

**2 Storage Tanks**
**5/16/1996**
**#77**                                    $0.00    Book Value                $0.00

**Pipe Threader Machine**
**5/16/1996**
**#78**                                    $0.00    Book Value                $0.00

**CB**
**8/14/1996**
**#79**                                    $0.00    Book Value                $0.00

**Scale**
**12/30/1996**
**#80**                                    $0.00    Book Value                $0.00

**Valve**
**1/21/1997**
**#81**                                    $0.00    Book Value                $0.00

**Central Control Unit**
**1/31/1997**
**#82**                                    $0.00    Book Value                $0.00

**50 Hp Shaft**
**2/19/1997**
**#83**                                    $0.00    Book Value                $0.00

Debtor    **KMCO, LLC**                                        Case number (if known)    **20-60028**
<br>        Name

**Custom Eprom**
3/18/1997
#84                            $0.00     Book Value              $0.00

**Conductivity Controller**
3/18/1997
#85                            $0.00     Book Value              $0.00

**2 Storage Tanks**
3/27/1997
#86                            $0.00     Book Value              $0.00

**Grove Manlift**
4/1/1997
#87                            $0.00     Book Value              $0.00

**Weater Well-J-Unit**
4/24/1997
#88                            $0.00     Book Value              $0.00

**Alarm System**
5/6/1997
#89                            $0.00     Book Value              $0.00

**Pressure Vessel**
5/29/1997
#90                            $0.00     Book Value              $0.00

**Leaking Boiler Tube Repa**
6/12/1997
#91                            $0.00     Book Value              $0.00

**Vacuum Pump Repair**
6/25/1997
#93                            $0.00     Book Value              $0.00

**Cooling Tower Repair**
6/30/1997
#94                            $0.00     Book Value              $0.00

**Cooling Tower Louvers**
6/30/1997
#95                            $0.00     Book Value              $0.00

**1" Nutter Rings**
6/30/1997
#96                            $0.00     Book Value              $0.00

**GE Supply**
6/30/1997
#97                            $0.00     Book Value              $0.00

**Seal Assemblies**
10/5/1994
#98                            $0.00     Book Value              $0.00

**Portable Indicator & Ala**
10/11/1994
#99                            $0.00     Book Value              $0.00

**Roper Pump**
12/9/1994
#100                          $0.00     Book Value              $0.00

**Fusion Inc.**
2/1/1995
#101                          $0.00     Book Value              $0.00

Debtor   **KMCO, LLC**
          <small>Name</small>                                                    Case number (if known)   **20-60028**

**Surplus Material**
2/6/1995
#102                                    $0.00    Book Value                          $0.00

**Allen-Stuart**
3/2/1995
#103                                    $0.00    Book Value                          $0.00

**Transformer**
5/8/1995
#104                                    $0.00    Book Value                          $0.00

**Dacon**
6/28/1995
#105                                    $0.00    Book Value                          $0.00

**Tank**
7/1/1995
#106                                    $0.00    Book Value                          $0.00

**2 Transformer Banks**
7/26/1995
#107                                    $0.00    Book Value                          $0.00

**Skimmer**
10/6/1995
#108                                    $0.00    Book Value                          $0.00

**Roper Pump**
10/23/1995
#109                                    $0.00    Book Value                          $0.00

**Sunflow P-2000 Pump**
12/18/1995
#110                                    $0.00    Book Value                          $0.00

**V/P Pump**
1/18/1996
#111                                    $0.00    Book Value                          $0.00

**Airgas**
1/22/1996
#112                                    $0.00    Book Value                          $0.00

**Inducer**
2/9/1996
#113                                    $0.00    Book Value                          $0.00

**P-2000 Pump**
2/23/1996
#114                                    $0.00    Book Value                          $0.00

**Tokheim Meter**
2/1/1996
#115                                    $0.00    Book Value                          $0.00

**Digital Ultrasonic Gage**
2/16/1996
#116                                    $0.00    Book Value                          $0.00

**Transmitter**
3/29/1996
#117                                    $0.00    Book Value                          $0.00

**Valve Assembly**
3/22/1996
#118                                    $0.00    Book Value                          $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Sensor**
4/1/1996
#119                                    $0.00    Book Value                      $0.00

**3 Storage Tanks**
5/23/1996
#120                                    $0.00    Book Value                      $0.00

**2 Storage Tanks**
5/16/1996
#121                                    $0.00    Book Value                      $0.00

**Pipe Threader Machine**
5/16/1996
#122                                    $0.00    Book Value                      $0.00

**Urai Roots Blower**
5/16/1996
#123                                    $0.00    Book Value                      $0.00

**UDC 6300 Control**
6/14/1996
#124                                    $0.00    Book Value                      $0.00

**Blend Pad-C Cip**
6/1/1996
#125                                    $0.00    Book Value                      $0.00

**Paramins Tank Cip**
6/1/1996
#126                                    $0.00    Book Value                      $0.00

**Flare Additions Cip**
6/1/1996
#127                                    $0.00    Book Value                      $0.00

**Vacuum Pump**
10/11/1996
#128                                    $0.00    Book Value                      $0.00

**Seal Assembly**
11/7/1996
#129                                    $0.00    Book Value                      $0.00

**Baldor Motor**
11/20/1996
#130                                    $0.00    Book Value                      $0.00

**Scale**
12/3/1996
#131                                    $0.00    Book Value                      $0.00

**Fisher 667-ED-45/3582 VA**
1/21/1997
#132                                    $0.00    Book Value                      $0.00

**1051-8500-40/5461/P**
1/30/1997
#133                                    $0.00    Book Value                      $0.00

**Carrier Compressor**
1/30/1997
#134                                    $0.00    Book Value                      $0.00

**Central Control Unit**
1/31/1997
#135                                    $0.00    Book Value                      $0.00

Debtor   **KMCO, LLC**                                      Case number (if known)   **20-60028**
         Name

**Filter Housing**
2/12/1997
#136                                                $0.00      Book Value                        $0.00

**Burner With Controller**
5/1/2012
#1580                                          $7,599.36      Book Value                        $0.00

**H-7 Accum. Labor**
5/28/2012
#1582                                                        Book Value                        $0.00

**T-822 Jet Pot Labor**
5/28/2012
#1583                                                        Book Value                        $0.00

**H-7 Accum. Labor**
5/21/2012
#1584                                                        Book Value                        $0.00

**Labor-Job # 205048**
5/21/2012
#1585                                                        Book Value                        $0.00

**V-4 Labor**
5/1/2012
#1586                                                        Book Value                        $0.00

**Seal Pot**
5/1/2012
#1587                                                        Book Value                        $0.00

**Durco Pump**
5/1/2012
#1588                                                        Book Value                        $0.00

**2009-Kawaski Club Cart**
5/1/2012
#1589                                                        Book Value                        $0.00

**Flare Tip Revamp-Cip**
5/31/2012
#1590                                                        Book Value                        $0.00

**Dow Nxus-10356**
5/31/2012
#1591                                                        Book Value                        $0.00

**Dow Qm 2004 Cip**
5/31/2012
#1592                                                        Book Value                        $0.00

**Inf. C-9417 Cip**
5/31/2012
#1593                                                        Book Value                        $0.00

**Km 2024-Wash System**
5/31/2012
#1594                                                        Book Value                        $0.00

**Teikoku Pump Assembly**
6/28/2012
#1595                                                        Book Value                        $0.00

**Promass 80F80 Flowmeter**
6/7/2012
#1596                                                        Book Value                        $0.00

Debtor    **KMCO, LLC**                               Case number (if known)    **20-60028**
         Name

**Laboratory Density Meter**
06/1/2012
#1598                          Book Value              $0.00

**Promass Flowmeters**
6/1/2012
#1599                          Book Value              $0.00

**June Labor**
6/15/2012
#1600                          Book Value              $0.00

**Ultrasonic Thickness Guage**
7/1/2012
#1601                          Book Value              $0.00

**Exchanger Repair**
7/1/2012
#1602                          Book Value              $0.00

**Carbon Steel Filter Housing**
7/13/2012
#1603                          Book Value              $0.00

**Heat Exchnger**
7/9/2012
#1604                          Book Value              $0.00

**Fisher Plug System**
7/16/2012
#1605                          Book Value              $0.00

**Vortex Flowmeter**
7/19/2012
#1606                          Book Value              $0.00

**Used Vessel**
7/30/2012
#1607                          Book Value              $0.00

**Flow Thru Sample System**
7/27/2012
#1608                          Book Value              $0.00

**Rice Lake Load Cells**
7/31/2012
#1609                          Book Value              $0.00

**Labor-Globalelding**
7/15/2012
#1610                          Book Value              $0.00

**Builodout For Lab Storage**
8/28/2012
#1613                          Book Value              $0.00

**Pump Kit**
8/13/2012
#1615                          Book Value              $0.00

**Oxygen Transmitter**
8/16/2012
#1616                          Book Value              $0.00

**Blend Tanks- 2**
8/28/2012
#1617                          Book Value              $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Grove Crane Repair**
8/22/2012
#1618 | | Book Value | $0.00

**Exchanger Rework**
8/3/2012
#1619 | | Book Value | $0.00

**Level Radar**
8/6/2012
#1620 | | Book Value | $0.00

**Kf Titrino Plus**
8/8/2012
#1621 | | Book Value | $0.00

**Beach Russ Vacuum Pump**
8/15/2012
#1623 | | Book Value | $0.00

**Mass Flowmeter**
8/28/2012
#1624 | | Book Value | $0.00

**Contract Labor-Global**
8/15/2012
#1625 | | Book Value | $0.00

**Power Converter**
8/16/2012
#1626 | | Book Value | $0.00

**Fire Monitor**
9/11/2012
#1627 | | Book Value | $0.00

**Lfeline System**
9/1/2012
#1628 | | Book Value | $0.00

**Botom Strage Tank**
9/25/2012
#1629 | | Book Value | $0.00

**Herringbone Kit**
9/4/2012
#1630 | | Book Value | $0.00

**To Close Cip Toe Plates**
9/15/2012
#1631 | | Book Value | $0.00

**Fisher Ball Bearings**
9/18/2012
#1632 | | Book Value | $0.00

**Heat Exchanger**
9/25/2012
#1633 | | Book Value | $0.00

**Pentair Filter Housing**
9/27/2012
#1634 | | Book Value | $0.00

**Foamglas**
9/1/2012
#1635 | | Book Value | $0.00

Debtor    __KMCO, LLC_____     Case number (if known)   __20-60028_____
              Name

**Labor For Capital Proj.**
9/15/2012
#1636                                                                    Book Value                           $0.00

**Clse Inf. C-9417 Filter**
9/15/2012
#1637                                                                    Book Value                           $0.00

**Flare Tip Revamp**
9/15/2012
#1638                                                                    Book Value                           $0.00

**Sulphur Pump**
9/1/2012
#1639                                                                    Book Value                           $0.00

**Gate Valve**
9/24/2012
#1640                                                                    Book Value                           $0.00

**Parking Lot Ext.**
10/22/2012
#1641                                                                    Book Value                           $0.00

**Oscillating Monitor Pkg**
10/10/2012
#1642                                                                    Book Value                           $0.00

**Flowmeter**
10/6/2012
#1643                                                                    Book Value                           $0.00

**Threading Machine**
10/1/2012
#1644                                                                    Book Value                           $0.00

**Retrofit Kit**
10/18/2012
#1645                                                                    Book Value                           $0.00

**Heat Exchanger**
10/24/2012
#1646                                                                    Book Value                           $0.00

**A/C System**
10/22/2012
#1647                                                                    Book Value                           $0.00

**Hot Oil Heater**
10/31/2012
#1648                                                                    Book Value                           $0.00

**Mass Flowmeter**
10/1/2012
#1649                                                                    Book Value                           $0.00

**Flowmeter**
10/16/2012
#1650                                                                    Book Value                           $0.00

**Control Valve**
10/1/2012
#1651                                                                    Book Value                           $0.00

**Load Lifter**
10/22/2012
#1652                                                                    Book Value                           $0.00

Debtor   __**KMCO, LLC**_____   Case number (if known) __**20-60028**_____
         Name

**Control Valve**
10/31/2012
#1653                  Book Value           $0.00

**Flanges**
10/31/2012
#1654                  Book Value           $0.00

**Baldor Motor**
10/31/2012
#1655                  Book Value           $0.00

**Labor-Global Welding**
10/15/2012
#1656                  Book Value           $0.00

**Cone Bottom Tank**
11/1/2012
#1659                  Book Value           $0.00

**Diaphragm Seal**
11/1/2012
#1661                  Book Value           $0.00

**Heat Exchnger**
11/8/2012
#1662                  Book Value           $0.00

**Deluge System**
11/29/2012
#1663                  Book Value           $0.00

**Mech. Seal**
11/22/2012
#1664                  Book Value           $0.00

**Seals & Casing**
11/22/2012
#1665                  Book Value           $0.00

**Valve**
11/19/2012
#1666                  Book Value           $0.00

**Mold For Shaft**
11/21/2012
#1667                  Book Value           $0.00

**Tefc Blower Assembly**
12/1/2012
#1669                  Book Value           $0.00

**J-Unit Hot Oil System Cip**
12/31/2012
#1670                  Book Value           $0.00

**Replacing T-415 Cip**
12/31/2012
#1671                  Book Value           $0.00

**Durco Centrif. Pump**
12/27/2012
#1672                  Book Value           $0.00

**Elevance Project**
12/31/2012
#1673                  Book Value           $0.00

Debtor   __KMCO, LLC_____   Case number (if known) __20-60028_____
       Name

**Mead Westvaco Cip**
12/31/2012
#1674 _____   _____   Book Value   _____ $0.00

**Dow Vorasurf**
12/31/2012
#1675 _____   _____   Book Value   _____ $0.00

**Vorsaurf Filter Press**
12/31/2012
#1676 _____   _____   Book Value   _____ $0.00

**Rail Loading Platform - Rx11**
12/31/2012
#1677 _____   _____   Book Value   _____ $0.00

**C9290 Inf. Rail Loading**
12/31/2012
#1678 _____   _____   Book Value   _____ $0.00

**Px3872 Filtration**
12/31/2012
#1679 _____   _____   Book Value   _____ $0.00

**Micro Motion Meter**
12/6/2012
#1680 _____   _____   Book Value   _____ $0.00

**Stainless Gate Valve**
12/4/2012
#1681 _____   _____   Book Value   _____ $0.00

**Global Labor**
12/31/2012
#1683 _____   _____   Book Value   _____ $0.00

**Pallet Hjot Box**
1/14/2013
#1686 _____   _____   Book Value   _____ $0.00

**Beach Russ Vacuum Pump 2**
1/25/2013
#1687 _____   _____   Book Value   _____ $0.00

**U-Tube Exchanger**
1/18/2013
#1688 _____   _____   Book Value   _____ $0.00

**Gear Shaft**
1/31/2013
#1689 _____   _____   Book Value   _____ $0.00

**Ss Gate Valve**
1/31/2013
#1690 _____   _____   Book Value   _____ $0.00

**Fencing-Back Of Plant**
2/19/2013
#1691 _____   _____   Book Value   _____ $0.00

**Pilot Lab Storage Rm.**
2/19/2013
#1692 _____   _____   Book Value   _____ $0.00

**Hot Oil Heater**
2/26/2013
#1693 _____   _____   Book Value   _____ $0.00

Debtor __**KMCO, LLC**_____     Case number (if known) __**20-60028**_____
             Name

**Condensor-Dist. 1**
2/6/2013
#1694 _____  _____  Book Value _____  $0.00

**Gate Valve**
2/7/2013
#1695 _____  _____  Book Value _____  $0.00

**Motor-40  Hp**
2/25/2013
#1696 _____  _____  Book Value _____  $0.00

**Reliance Levelarm Boiler**
2/28/2013
#1697 _____  _____  Book Value _____  $0.00

**Gear Pump Assembly**
2/26/2013
#1698 _____  _____  Book Value _____  $0.00

**Ert Bldg. Expansion**
4/8/2013
#1699 _____  _____  Book Value _____  $0.00

**Camera Production-All Bldgs**
3/20/2013
#1700 _____  _____  Book Value _____  $0.00

**Mass Flowmeter**
3/31/2013
#1701 _____  _____  Book Value _____  $0.00

**Luperox Freezer**
3/1/2013
#1702 _____  _____  Book Value _____  $0.00

**Cip-Dist 1 Utility**
3/15/2013
#1704 _____  _____  Book Value _____  $0.00

** Cip Tank Painting**
3/15/2013
#1705 _____  _____  Book Value _____  $0.00

**Cip-Hitec 3331-Afton**
3/15/2013
#1706 _____  _____  Book Value _____  $0.00

**Boiler Tubes Repair For Leakage**
4/10/2013
#1708 _____  _____  Book Value _____  $0.00

**Used Exchangers Hastelloy**
4/30/2013
#1709 _____  _____  Book Value _____  $0.00

**Security Camera Repair/Upgrades**
4/13/2013
#1710 _____  _____  Book Value _____  $0.00

**Stub Shaft**
4/9/2013
#1711 _____  _____  Book Value _____  $0.00

**Fire Water Diesel Pump Service**
4/10/2013
#1712 _____  _____  Book Value _____  $0.00

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Fire Water Pump Start Up**
4/13/2013
#1713                                                    Book Value                        $0.00

**Excess Fence Line Clearing And Tree Removal**
5/7/2013
#1716                                                    Book Value                        $0.00

**Taylor-Dunn B-150 Loadmaster**
5/23/2013
#1717                                                    Book Value                        $0.00

**Coriolis Mass Flowmeter**
5/9/2013
#1718                                                    Book Value                        $0.00

**Injector Pump Assembly**
5/28/2013
#1719                                                    Book Value                        $0.00

**Rotary Gear Pump**
2/12/1997
#137                                       $0.00         Book Value                        $0.00

**Fabricate Shafts And Build Coupling Flanges T764**
5/14/2013
#1720                                                    Book Value                        $0.00

**Close Cip Dow-Qm2004**
5/31/2013
#1721                                                    Book Value                        $0.00

**Stokes 1300 Cfm Vacuum Pump**
6/10/2013
#1729                                                    Book Value                        $0.00

**Wsf-240/150-29Ta Worker Polish**
6/25/2013
#1730                                                    Book Value                        $0.00

**Chain Link Fence**
7/11/2013
#1735                                                    Book Value                        $0.00

**500 Bbl 12'Dia X 25'H Atmospheric Tanks**
7/1/2013
#1736                                                    Book Value                        $0.00

**Float Assy 96"**
7/25/2013
#1737                                                    Book Value                        $0.00

**Belzona 1111 (Super Metal) 2Kgpp**
7/22/2013
#1738                                                    Book Value                        $0.00

**Consumables Blast And Paint Labor**
7/30/2013
#1739                                                    Book Value                        $0.00

**To Close Tergitol Wash System Upgrade**
7/31/2013
#1746                                                    Book Value                        $0.00

**To Close Eep Chillers Rx1 Project**
7/31/2013
#1747                                                    Book Value                        $0.00

Debtor    **KMCO, LLC**
_____
Name

Case number (if known)   **20-60028**
_____

**To Close Maleic System Revisions Rx1**
7/31/2013
#1748

| | | Book Value | | $0.00 |

**To Close H10 Power Location**
7/31/2013
#1749

| | | Book Value | | $0.00 |

**To Close Infin. 4220 Rx1**
7/31/2013
#1750

| | | Book Value | | $0.00 |

**To Close Flowmeter Eo-K1 Project**
7/31/2013
#1751

| | | Book Value | | $0.00 |

**To Close New Admin Build**
7/31/2013
#1752

| | | Book Value | | $0.00 |

**Resin Dowex Marathon**
8/5/2013
#1753

| | | Book Value | | $0.00 |

**Eep Chillers**
8/29/2013
#1754

| | | Book Value | | $0.00 |

**Sihi Vacuum Pump And Liquid Ring**
8/27/2013
#1757

| | | Book Value | | $0.00 |

**Close Ne Boiler Plantwide**
9/30/2013
#1762

| | | Book Value | | $0.00 |

**Close Cooling Tower Repairs**
9/30/2013
#1763

| | | Book Value | | $0.00 |

**Compressor Fast 60 Pe Open 5000**
9/30/2013
#1764

| | | Book Value | | $0.00 |

**Open Cs Tanks, 10% At Order, 20% At Drawing**
9/30/2013
#1765

| | | Book Value | | $0.00 |

**Close Afton H3193 H6 Rx1**
9/30/2013
#1766

| | | Book Value | | $0.00 |

**Close Replacing T415 Rx1**
9/30/2013
#1767

| | | Book Value | | $0.00 |

**Close Dowtherm Heater Project**
9/30/2013
#1768

| | | Book Value | | $0.00 |

**Close Rx1/Rx2 Control Room**
9/30/2013
#1769

| | | Book Value | | $0.00 |

**Close T822 Jet Pot Rx2**
9/30/2013
#1770

| | | Book Value | | $0.00 |

Debtor    __KMCO, LLC__                                    Case number (if known)   __20-60028__
        Name

**Close K9 Sib Revisions Rx2**
9/30/2013
#1771                                                     Book Value                    $0.00

**Close Rk8 Charge Sys Revision**
9/30/2013
#1772                                                     Book Value                    $0.00

**Motor B45940T, 50Hp, Baldor Reliance Mfg, 1200
Rpm**
9/30/2013
#1773                                                     Book Value                    $0.00

**Partial Cond. Poly Fac 703, Rx2**
9/30/2013
#1778                                                     Book Value                    $0.00

**Tank 803**
9/30/2013
#1779                                                     Book Value                    $0.00

**6" Vellan Ball Valve Bettis F01413Ssez**
9/30/2013
#1780                                                     Book Value                    $0.00

**A/C Condensing Unit Admin 110/15/2013**
#1781                                                     Book Value                    $0.00

**Series Gc Custom And Headspace Sampler**
10/1/2013
#1782                                                     Book Value                    $0.00

**Coriolis Mass Flowmeter**
10/9/2013
#1783                                                     Book Value                    $0.00

**Regulator With Valve Body**
10/22/2013
#1788                                                     Book Value                    $0.00

**Liquiphant And Coriolis Mass Flowmeter**
11/15/2013
#1790                                                     Book Value                    $0.00

**Agitator Shaft**
11/5/2013
#1791                                                     Book Value                    $0.00

**New Exchanger On T-1344**
3/31/2013
#1792                                                     Book Value                    $0.00

**Insulate Eo Header**
7/31/2013
#1793                                                     Book Value                    $0.00

**New H-1 Accumulator & Oh Cond**
8/31/2013
#1794                                                     Book Value                    $0.00

**Insulate Steam Suppy Lines**
5/31/2013
#1795                                                     Book Value                    $0.00

**Replace Sib Scrubber**
5/31/2013
#1796                                                     Book Value                    $0.00

Debtor    __KMCO, LLC__                                       Case number (if known)   __20-60028__
       Name

**New Cuno @ T-1573**
4/30/2013
#1797                                                          Book Value                    $0.00

**Repair J-2 Exchanger**
6/30/2013
#1798                                                          Book Value                    $0.00

**Repair J-4 Pot, Internal Repairs**
6/30/2013
#1799                                                          Book Value                    $0.00

**Repair K-11 Internal, Nozzles**
6/30/2013
#1800                                                          Book Value                    $0.00

**Repair K-8**
6/30/2013
#1801                                                          Book Value                    $0.00

**Front Office Water Line**
7/31/2013
#1802                                                          Book Value                    $0.00

**New Pipe Rack At Cooling Towers**10/31/2013
#1803                                                          Book Value                    $0.00

**Replace T-600, Tmn Wash**
5/31/2013
#1804                                                          Book Value                    $0.00

**Rx1 Dowtherm Filter**
5/31/2013
#1805                                                          Book Value                    $0.00

**Replace Tmn Storage Tanks**
7/31/2013
#1806                                                          Book Value                    $0.00

**T-822 Repairs**
6/30/2013
#1807                                                          Book Value                    $0.00

**Srv F-7 Peroxide Charge Pot**
6/30/2013
#1808                                                          Book Value                    $0.00

**J-3 Oh Cond**
6/30/2013
#1809                                                          Book Value                    $0.00

**C9412 Discharge Line**
7/31/2013
#1810                                                          Book Value                    $0.00

**Replace T-523**
7/31/2013
#1811                                                          Book Value                    $0.00

**Ergonox Line Modification**
8/31/2013
#1812                                                          Book Value                    $0.00

**K-5 Temp Control**
10/31/2013
#1813                                                          Book Value                    $0.00

**K-6 Caustic Line To Jet Pot**
8/31/2013
#1814                                                          Book Value                    $0.00

Debtor    **KMCO, LLC**              Case number (if known)   **20-60028**
Name

**N-2 Pad On Hot Oil Tank**
7/31/2013
#1815                                  Book Value                $0.00

**Warehouse Racks**
7/31/2013
#1816      Book Value      $0.00

**T-2002 Repairs, Wastewater**
11/30/2013
#1817      Book Value      $0.00

**K-10 Platform**
9/30/2013
#1818      Book Value      $0.00

**Afton Olefin Storage (T-1303)**
9/30/2013
#1819      Book Value      $0.00

**Seal-Off Dike Wall**
9/30/2013
#1820      Book Value      $0.00

**Boiler Blow Down Automation**
9/30/2013
#1821      Book Value      $0.00

**H-1 Sulfur Platform**
10/31/2013
#1822      Book Value      $0.00

**Drum Yard Eye Wash**
9/30/2013
#1823      Book Value      $0.00

**Repair T-1201 Floor**
10/31/2013
#1824      Book Value      $0.00

**Flare Line**
9/30/2013
#1825      Book Value      $0.00

**T-568 Repair, Roof Replacement** 10/31/2013
#1826      Book Value      $0.00

**F-101 Roof**
10/31/2013
#1827      Book Value      $0.00

**New Sib Scrubber Modifications Per Afton**
10/31/2013
#1828      Book Value      $0.00

**Run Bo To K-6**
10/31/2013
#1829      Book Value      $0.00

50 Hp Shaft
2/19/1997
#138      $0.00      Book Value      $0.00

**Replace Flare Header W/Ss**
10/31/2013
#1830      Book Value      $0.00

Recycle Sib Piping T-1604 (Afton) 11/30/2013
#1831      Book Value      $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**Re-Insulate J-4 Pot**
10/31/2013
#1832

Book Value | $0.00

**Voranol 470X**
11/30/2013
#1833

Book Value | $0.00

**K-5 Vac Modifications**
11/30/2013
#1834

Book Value | $0.00

**Coriolis Mass Flowmeter**
12/12/2013
#1835

Book Value | $0.00

**Ga-90 Motor**
12/15/2013
#1836

Book Value | $0.00

**Nitrogen Changeover System**
12/5/2013
#1837

Book Value | $0.00

**Fisher Globe Valve**
12/30/2013
#1838

Book Value | $0.00

**Promass Coriolis Flowmeter**
12/18/2013
#1839

Book Value | $0.00

**Promass 83F50 Flowmeter**
12/1/2013
#1840

Book Value | $0.00

**Wastewater Tank Replacement, T-2003,4**
12/31/2013
#1841

Book Value | $0.00

**Dwd Mass Flow Meter**
12/31/2013
#1842

Book Value | $0.00

**Rxii T-1809 Mass Flow Meter**
12/31/2013
#1843

Book Value | $0.00

**Sib Comm.Mic1115 Rxii**
12/31/2013
#1844

Book Value | $0.00

**Plant Utility Upgrade**
12/31/2013
#1845

Book Value | $0.00

**Honeywell Expansion Project**
12/31/2013
#1846

Book Value | $0.00

**Dike Walls - Plantwide**
12/31/2013
#1847

Book Value | $0.00

**Flare Knockout Pot**
12/31/2013
#1848

Book Value | $0.00

Debtor **KMCO, LLC**
_____
Name

Case number (if known) **20-60028**
_____

**Pib T-1566 Rxi**
12/31/2013
#1849                                          Book Value                    $0.00

**Rk10 Oxide Interlocs Rxii**
12/31/2013
#1850                                          Book Value                    $0.00

**Dow Dwd2010.01 Rxii**
12/31/2013
#1851                                          Book Value                    $0.00

**Security Door Admin 3 Dwnstrs**
1/9/2014
#1852                                          Book Value                    $0.00

**Coriolis Mass Flowmeter**
1/1/2014
#1853                                          Book Value                    $0.00

**Sscf Heat Exchanger**
1/28/2014
#1854                                          Book Value                    $0.00

**Ql-1000 High Availability/Back-Up/Disaster**
1/15/2014
#1855                                          Book Value                    $0.00

**Repair To Grove Crane**
10/17/2012
#1858                                          Book Value                    $0.00

**Repair To Grove Crane**
10/1/2012
#1859                                          Book Value                    $0.00

**Heat Exchanger Sscf 316Ss**
2/5/2014
#1860                                          Book Value                    $0.00

**Labor And Material For Tube Repair South Boiler**
2/1/2014
#1861                                          Book Value                    $0.00

**Agitator Shaft Assembly**
2/4/2014
#1862                                          Book Value                    $0.00

**Build Hubs H10/Rx1 "A"&"B"/Rew**
2/1/2014
#1863                                          Book Value                    $0.00

**K5 Agitator Stub Shaft**
2/1/2014
#1864                                          Book Value                    $0.00

**Velan Ball Valve, Full Port Metal Seated**
2/27/2014
#1865                                          Book Value                    $0.00

**Double Cartridge Seal Repair, Housing And Sleeve**
2/26/2014
#1866                                          Book Value                    $0.00

**Parking Lot Concrete Repairs,Concrete Inlet Repair**
3/10/2014
#1867                                          Book Value                    $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**Powerboss Propane Powered With Lp Tank**
3/6/2014
#1869 | | Book Value | $0.00

**Vortex Flowmeter**
3/27/2014
#1872 | | Book Value | $0.00

**Fisher Steam Ez Control Valve**
3/31/2014
#1873 | | Book Value | $0.00

**Global Labor J1 Pot Repl Acid Nozzles**
3/31/2014
#1877 | | Book Value | $0.00

**Global Labor Upgrade K11 Steam Coils**
3/31/2014
#1878 | | Book Value | $0.00

**Global Labor Repl Temp H2O Piping**
3/31/2014
#1879 | | Book Value | $0.00

**Global Labor Rework K11 Condensate Piping**
3/31/2014
#1881 | | Book Value | $0.00

**Global Labor 9412 Trans**
3/31/2014
#1882 | | Book Value | $0.00

**Promass Flowmeter**
4/14/2014
#1883 | | Book Value | $0.00

**Fisher Control Valce Carbon Steel**
4/14/2014
#1884 | | Book Value | $0.00

**Pump Assy, Liquiflo, Mag Dirve**
4/18/2014
#1885 | | Book Value | $0.00

**60 Hp Motor, Frame 405T, Explosion Proof**
4/29/2014
#1886 | | Book Value | $0.00

**Rubitherm Project Rx2**
5/31/2014
#1889 | | Book Value | $0.00

**Deg Ethoxilation Rx2**
5/31/2014
#1890 | | Book Value | $0.00

**Aerobic System Installation**
5/8/2014
#1891 | | Book Value | $0.00

**Cooling Tower Repairds**
5/31/2014
#1892 | | Book Value | $0.00

**K-10 Fabricate Stub Shaft, Lock Collars And Ring,**
5/13/2014
#1893 | | Book Value | $0.00

Debtor  **KMCO, LLC**
　　　　Name                                          Case number (if known)   **20-60028**

**Fisher Control Valve, H8 Tcv 01**
5/23/2014
#1894                                              Book Value                    $0.00

**Fisher Control Valve, H8 Tcv 02**
5/23/2014
#1895                                              Book Value                    $0.00

**Promass Flowmeter**
5/2/2014
#1896                                              Book Value                    $0.00

**Radar Level Transmitter**
5/9/2014
#1897                                              Book Value                    $0.00

**Promass Flowmeter**
5/28/2014
#1898                                              Book Value                    $0.00

**Radar Level Transmitter**
5/31/2014
#1899                                              Book Value                    $0.00

**Promass Flowmeter**
6/2/2014
#1900                                              Book Value                    $0.00

**Promass Flowmeter, Coriolis**
6/10/2014
#1901                                              Book Value                    $0.00

**Global New Pipe Rack At Cooling Towers**
6/30/2014
#1903                                              Book Value                    $0.00

**K-Unit Waste Line**
6/30/2014
#1904                                              Book Value                    $0.00

**H1 Jet Pot Waste Line**
6/30/2014
#1905                                              Book Value                    $0.00

**H11 Jet Pot**
6/30/2014
#1906                                              Book Value                    $0.00

**Wtu Repl Waste Water Line**
6/30/2014
#1907                                              Book Value                    $0.00

**Safety Handrails For Tank & Thief Hatches**
6/30/2014
#1908                                              Book Value                    $0.00

**Re-Work Wfe Rotor**
6/30/2014
#1910                                              Book Value                    $0.00

**F8 Flare Line Upgrade**
6/30/2014
#1911                                              Book Value                    $0.00

**Upgrade K7 Sparger**
6/30/2014
#1912                                              Book Value                    $0.00

Debtor    __KMCO, LLC__                                       Case number (if known)    __20-60028__
       Name

**Pollution Control Civil Work**
6/30/2014
#1913                                       Book Value                    $0.00

**Coriolis Flow Meter**
7/1/2014
#1914                                        Book Value                    $0.00

**Gearbox**
7/15/2014
#1915    Book Value    $0.00

**Float Assembly, Fiberglass**
7/18/2014
#1916    Book Value    $0.00

**Roots Blower**
7/24/2014
#1917    Book Value    $0.00

**Remote Seals**
7/22/2014
#1918    Book Value    $0.00

**Coriolis Mass Flowmeter**
7/30/2014
#1919    Book Value    $0.00

**T1701 Coil Upgrade**
8/31/2014
#1920    Book Value    $0.00

**Railroad Crossing Arms**
8/31/2014
#1921    Book Value    $0.00

**T1606 Exchanger Change Out**
8/31/2014
#1922    Book Value    $0.00

**Afton H4896, H6 To 29 Track Trans Line**
8/31/2014
#1923    Book Value    $0.00

**Spent Acid Vent Line To F7 Jetpot**
8/31/2014
#1924    Book Value    $0.00

**K6 Tempered Water**
8/31/2014
#1925    Book Value    $0.00

**K6 Temperature Automation**
8/31/2014
#1926    Book Value    $0.00

**K4 Internal Weld Repairs**
8/31/2014
#1927    Book Value    $0.00

**K3 Vessel Upgrade On Reactor & Accumulator**
8/31/2014
#1928    Book Value    $0.00

**Pollution Control Civil Work**
8/31/2014
#1929    Book Value    $0.00

Debtor **KMCO, LLC**
_____
Name

Case number (if known)  **20-60028**
_____

**Vertical Tank, 9150 Gallon**
9/1/2014
#1930 _____ | _____ | Book Value | _____ | $0.00

**Semi-Micro Balance, 60/120Gx0.01/0.1Mg**
9/1/2014
#1931 _____ | _____ | Book Value | _____ | $0.00

**Chromatograph With Injector, Chemstation And Drive**
9/19/2014
#1932 _____ | _____ | Book Value | _____ | $0.00

**Weigh Scale With Forklift Skid Bade And Ind. Pack.**
9/1/2014
#1933 _____ | _____ | Book Value | _____ | $0.00

**Pressure Transmitter**
9/4/2014
#1934 _____ | _____ | Book Value | _____ | $0.00

**H-8 Coil/Vessel**
9/30/2014
#1936 _____ | _____ | Book Value | _____ | $0.00

**Tank Painting**
9/30/2014
#1937 _____ | _____ | Book Value | _____ | $0.00

**1975-1994 Land Additions**
7/1/1975
#1939 _____ | _____ | Book Value | _____ | $0.00

**950 Pib T1566 Rx1**
9/30/2014
#1940 _____ | _____ | Book Value | _____ | $0.00

**H10 & H6 Bottom Valve Repl**
9/30/2014
#1941 _____ | _____ | Book Value | _____ | $0.00

**Ecosurf Lf Piping, Tank**
9/30/2014
#1942 _____ | _____ | Book Value | _____ | $0.00

**K10 Internal Weld Repairs**
9/30/2014
#1943 _____ | _____ | Book Value | _____ | $0.00

**Stadis F8 Jet Pot**
9/30/2014
#1944 _____ | _____ | Book Value | _____ | $0.00

**F7 Jet Pot**
9/30/2014
#1945 _____ | _____ | Book Value | _____ | $0.00

**Cuno Filter Housing, Filterite Model**
10/7/2014
#1948 _____ | _____ | Book Value | _____ | $0.00

**Coriolis Multivariable Transmitter And Controller**
10/1/2014
#1949 _____ | _____ | Book Value | _____ | $0.00

**Coriolis Mass Flowmeter**
10/1/2014
#1950 _____ | _____ | Book Value | _____ | $0.00

Debtor    __KMCO, LLC_____    Case number (if known) __20-60028__
          Name

**2014-Utv 390Cc Trail Wagon 4X2**
10/1/2014
#1951 | | Book Value | $0.00

**K-5 Floor Scale**
10/31/2014
#1952 | | Book Value | $0.00

**Pipe Rack Fence**
11/1/2014
#1953 | | Book Value | $0.00

**K7 Middle Blade Assembly**
11/11/2014
#1954 | | Book Value | $0.00

**Sscf Heat Exchanger**
11/7/2014
#1955 | | Book Value | $0.00

**Coriolis Mass Flowmeter Rx2**
11/11/2014
#1956 | | Book Value | $0.00

**2014-Utv 390Cc Trail Wagon 4X2**
11/1/2014
#1957 | | Book Value | $0.00

**Sscf Heat Exchanger**
12/5/2014
#1958 | | Book Value | $0.00

**Filter Vessel With 3 Bag Housing**
12/9/2014
#1959 | | Book Value | $0.00

**Eh Meter, Direct Replacement For Micromotion**
12/31/2014
#1960 | | Book Value | $0.00

**Cip C Unit Pot Repl Head**
12/31/2014
#1961 | | Book Value | $0.00

**Cip H10 Jet Pot Nozzle Changeout**12/31/2014
#1962 | | Book Value | $0.00

**Cip Ppg200 Transfer Lines K10 To T1615**
12/31/2014
#1963 | | Book Value | $0.00

**Cip K7 Agitator**
12/31/2014
#1964 | | Book Value | $0.00

**Cip H10 Line**
12/31/2014
#1965 | | Book Value | $0.00

**Cip T1560 Transfer Line Repl**
12/31/2014
#1966 | | Book Value | $0.00

**Cip T789 Changeout**
12/31/2014
#1967 | | Book Value | $0.00

**Cip J2 Exchanger & Meter Mod.**12/31/2014
#1968 | | Book Value | $0.00

Debtor  __KMCO, LLC_____  Case number (if known)  __20-60028_____
       Name

**Cip T1040 & 1020 Transfer Line12/31/2014**
**#1969**                                               Book Value                    $0.00

**Cip Kbi-1410 Trans Line T711 To K2**
**12/31/2014**
**#1970**                                               Book Value                    $0.00

**Cip Eep Chill Water Modifications12/31/2014**
**#1971**                                               Book Value                    $0.00

**Cip K11 Bottoms Pump**
**12/31/2014**
**#1972**                                               Book Value                    $0.00

**Cip T1611 Pxtj**
**12/31/2014**
**#1973**                                               Book Value                    $0.00

**Cip Eep Level Controls**
**12/31/2014**
**#1974**                                               Book Value                    $0.00

**Cip K10 Valve Actuator**
**12/31/2014**
**#1975**                                               Book Value                    $0.00

**Cip Voracor Vapor Lines To Flare12/31/2014**
**#1976**                                               Book Value                    $0.00

**Cip F7 & F8 Upgrades**
**12/31/2014**
**#1977**                                               Book Value                    $0.00

**Cip T1623 Level Indicator**
**12/31/2014**
**#1978**                                               Book Value                    $0.00

**Cip Radar Sensor Level Indicator12/31/2014**
**#1979**                                               Book Value                    $0.00

**Cip Move Natural Gas Line For Wwt Improvement**
**12/31/2014**
**#1980**                                               Book Value                    $0.00

**Cip Plant Utility Upgrade**
**12/31/2014**
**#1981**                                               Book Value                    $0.00

**Cip Plant/City Water Split**
**12/31/2014**
**#1982**                                               Book Value                    $0.00

**Cip Honewell Expansion Project12/31/2014**
**#1983**                                               Book Value                    $0.00

**Cip Atmospheric Storage Tank Modifications**
**12/31/2014**
**#1984**                                               Book Value                    $0.00

**Cip Spcc Upgrades Plantwide12/31/2014**
**#1985**                                               Book Value                    $0.00

**Cip Improvement To Cooling Water Flow**
**12/31/2014**
**#1986**                                               Book Value                    $0.00

**Cip H11 Jet Pot**
**12/31/2014**
**#1987**                                               Book Value                    $0.00

Debtor   **KMCO, LLC**
  Name

Case number (if known)   **20-60028**

**Cip Afton G1 Scrubber Pot**
12/31/2014
#1988 | | Book Value | $0.00

**Cip Storage Tank For Nash**
12/31/2014
#1989 | | Book Value | $0.00

**Cip 744 Breaker Tank Replacement**
12/31/2014
#1990 | | Book Value | $0.00

**Cip Oxide Interlocs**
12/31/2014
#1991 | | Book Value | $0.00

**Cip K Unit Transformer**
12/31/2014
#1992 | | Book Value | $0.00

**Cip Afton H3331 Filter Press**
12/31/2014
#1993 | | Book Value | $0.00

**Cip Sib Process Improvements12/31/2014**
#1994 | | Book Value | $0.00

**Cip Ecosurf Eh Piping, Tanks**
12/31/2014
#1995 | | Book Value | $0.00

**Cip Voranol 470X Upgrades**
12/31/2014
#1996 | | Book Value | $0.00

**Cip Trimene Base S1/S2**
12/31/2014
#1997 | | Book Value | $0.00

**Cip Afton Project H7135**
12/31/2014
#1998 | | Book Value | $0.00

**Cip Wastewater Treatment Tank Project**
12/31/2014
#1999 | | Book Value | $2,000,000.00

**Boiler Repairs**
1/1/2015
#2000 | | Book Value | $0.00

**Boiler**
1/1/2015
#2001 | | Book Value | $0.00

**Bottom Flange**
1/27/2015
#2002 | | Book Value | $0.00

**Compressor And Condenser Coil**
2/1/2015
#2003 | | Book Value | $0.00

**Nema 4 Stainless 480 V Breaker & Starter**
2/19/2015
#2004 | | Book Value | $0.00

**Exchanger, 503 Sf**
2/1/2015
#2005 | | Book Value | $0.00

Debtor    **KMCO, LLC**
          Name                                                    Case number (if known)   **20-60028**

**Heat Exchanger**
2/11/2015
#2006                                                    Book Value                    $0.00

**Poly Tank**
2/17/2015
#2007                                                    Book Value                    $0.00

**Rotary Gear Pump**
2/12/1997
#137                                        $0.00        Book Value                    $0.00

**50 Hp Shaft**
2/19/1997
#138                                        $0.00        Book Value                    $0.00

**Grove Manlift**
4/1/1997
#139                                        $0.00        Book Value                    $0.00

**Alarm System**
5/6/1997
#140                                        $0.00        Book Value                    $0.00

**Tokheim Meter**
5/8/1997
#141                                        $0.00        Book Value                    $0.00

**Pressure Vessel**
5/29/1997
#142                                        $0.00        Book Value                    $0.00

**Leaking Boiler Tube**
6/12/1997
#143                                        $0.00        Book Value                    $0.00

**Beach-Russ Vac. Pump**
6/25/1997
#145                                        $0.00        Book Value                    $0.00

**585 Sq. Ft. Exchanger**
8/2/1996
#146                                        $0.00        Book Value                    $0.00

**Exxon Parabar 9402**
6/30/1997
#147                                        $0.00        Book Value                    $0.00

**K-5 Storage Tank**
6/30/1997
#148                                        $0.00        Book Value                    $0.00

**T-750  Xylene Tank**
6/30/1997
#149                                        $0.00        Book Value                    $0.00

**Tank Painting Supplies**
7/25/1994
#150                                        $0.00        Book Value                    $0.00

**Tank Painting Supplies**
8/2/1994
#151                                        $0.00        Book Value                    $0.00

**Tank Painting Supplies**
8/2/1994
#152                                        $0.00        Book Value                    $0.00

| Debtor | **KMCO, LLC** | | Case number (if known) | **20-60028** |
|---|---|---|---|---|
| | Name | | | |

**Seal Assembly**
9/14/1994
#153                                    $0.00        Book Value                              $0.00

**Portable Indicator & Ala**
10/11/1994
#154                                    $0.00        Book Value                              $0.00

**Seals, Pump Parts**
2/1/1995
#155                                    $0.00        Book Value                              $0.00

**Equipment**
2/6/1995
#156                                    $0.00        Book Value                              $0.00

**Equipment**
3/2/1995
#157                                    $0.00        Book Value                              $0.00

**Seal & Pump Parts**
3/9/1995
#158                                    $0.00        Book Value                              $0.00

**Equipment**
3/22/1995
#159                                    $0.00        Book Value                              $0.00

**Equipment**
3/23/1995
#160                                    $0.00        Book Value                              $0.00

**Equipment**
5/8/1995
#161                                    $0.00        Book Value                              $0.00

**Equipment**
6/28/1995
#162                                    $0.00        Book Value                              $0.00

**Two Transformer Banks**
7/26/1995
#163                                    $0.00        Book Value                              $0.00

**PI 15 Transmitter**
10/11/1995
#164                                    $0.00        Book Value                              $0.00

**Skimmer**
10/6/1995
#165                                    $0.00        Book Value                              $0.00

**Roper Pump**
10/23/1995
#166                                    $0.00        Book Value                              $0.00

**Hydra Cell Cast Iron Pum**
10/27/1995
#167                                    $0.00        Book Value                              $0.00

**Stainless Steel Coupler**
11/1/1995
#168                                    $0.00        Book Value                              $0.00

**P-2000 Pump To 75HP**
12/18/1995
#169                                    $0.00        Book Value                              $0.00

Debtor   **KMCO, LLC**
         Name
                                            Case number (if known)   **20-60028**

**V/P Pump**
1/18/1996
#170                              $0.00    Book Value                      $0.00

**Junction Box**
1/17/1996
#171                              $0.00    Book Value                      $0.00

**Equipment**
1/22/1996
#172                              $0.00    Book Value                      $0.00

**Inducer**
2/9/1996
#173                              $0.00    Book Value                      $0.00

**P 2000 Pump**
2/23/1996
#174                              $0.00    Book Value                      $0.00

**Tokheim Meter**
2/1/1996
#175                              $0.00    Book Value                      $0.00

**12,000 Gallon Tank**
2/15/1996
#176                              $0.00    Book Value                      $0.00

**Digital Ultrasonic Gauge**
2/16/1996
#177                              $0.00    Book Value                      $0.00

**PI 95 Vortex Flowmeter**
3/14/1996
#178                              $0.00    Book Value                      $0.00

**Transmitter**
3/18/1996
#179                              $0.00    Book Value                      $0.00

**3 Storage Tanks**
5/23/1996
#180                              $0.00    Book Value                      $0.00

**2 Storage Tanks**
5/16/1996
#181                              $0.00    Book Value                      $0.00

**Pipe Threader Machine**
5/16/1996
#182                              $0.00    Book Value                      $0.00

**Double Mech. Seal Pump**
6/13/1996
#183                              $0.00    Book Value                      $0.00

**Model 1Q310A Indicator**
9/12/1996
#184                              $0.00    Book Value                      $0.00

**Honetwell Udc6300 Contro**
10/4/1996
#185                              $0.00    Book Value                      $0.00

**2 Ton Air Hoist**
11/7/1996
#186                              $0.00    Book Value                      $0.00

Debtor    **KMCO, LLC**
_____     Case number (if known)   **20-60028**
_____
Name

**3/4" Ci Main Valve**
11/11/1996
#187                                        $0.00    Book Value                              $0.00

**Storage Tank**
10/31/1996
#188                                        $0.00    Book Value                              $0.00

**Scale**
12/30/1996
#189                                        $0.00    Book Value                              $0.00

**Tachometer**
12/19/1996
#190                                        $0.00    Book Value                              $0.00

**Vertical Vessel**
12/1/1996
#191                                        $0.00    Book Value                              $0.00

**Fisher 667-Ed-45/3582 VA**
1/21/1997
#192                                        $0.00    Book Value                              $0.00

**Central Control Unit W/S**
1/31/1997
#193                                        $0.00    Book Value                              $0.00

**Filter Housing**
2/12/1997
#194                                        $0.00    Book Value                              $0.00

**50 HP Shaft**
2/19/1997
#195                                        $0.00    Book Value                              $0.00

**Seal Assembly For Maag P**
2/26/1997
#196                                        $0.00    Book Value                              $0.00

**Grove Manlift**
4/1/1997
#197                                        $0.00    Book Value                              $0.00

**Alarm System**
5/6/1997
#198                                        $0.00    Book Value                              $0.00

**Relief Valve**
5/22/1997
#199                                        $0.00    Book Value                              $0.00

**Pressure Valve**
5/29/1997
#200                                        $0.00    Book Value                              $0.00

**Rep. Of Leaking Boiler T**
6/12/1997
#201                                        $0.00    Book Value                              $0.00

**Lb Frame-Trip-Unit**
7/1/1997
#203                                        $0.00    Book Value                              $0.00

**Load Cell**
7/1/1997
#204                                        $0.00    Book Value                              $0.00

Debtor  __KMCO, LLC_____    Case number (if known) __20-60028_____
    Name

**S-3 New Reactor**
6/30/1997
#205                                          $0.00    Book Value                    $0.00

**PO Storage Tank**
6/30/1997
#206                                          $0.00    Book Value                    $0.00

**Pollution Control**
2/28/1996
#207                                          $0.00    Book Value                    $0.00

**200 32X45 Pails**
12/18/1996
#208                                          $0.00    Book Value                    $0.00

**Column Packing**
3/18/1997
#209                                          $0.00    Book Value                    $0.00

**Column Packing**
3/18/1997
#210                                          $0.00    Book Value                    $0.00

**Suction Strainer**
4/17/1997
#211                                          $0.00    Book Value                    $0.00

**200 5X8 Mesh 45# 20 Pail**
7/1/1997
#212                                          $0.00    Book Value                    $0.00

**HP3395 Integrator**
8/3/1994
#213                                          $0.00    Book Value                    $0.00

**Equipment**
2/9/1995
#214                                          $0.00    Book Value                    $0.00

**Equipment**
7/5/1995
#215                                          $0.00    Book Value                    $0.00

**Equipment**
10/19/1995
#216                                          $0.00    Book Value                    $0.00

**Restroom & Const. Addit.**
5/7/1997
#225                                          $0.00    Book Value                    $0.00

**Air Conditioner**
7/30/1997
#226                                          $0.00    Book Value                    $0.00

**Houston Sales Ofc./Fm196**
2/15/1999
#227                                          $0.00    Book Value                    $0.00

**Houston Sales Ofc./1960**
3/15/1999
#228                                          $0.00    Book Value                    $0.00

**Houston Sales Ofc/1960**
5/25/1999
#229                                          $0.00    Book Value                    $0.00

| Debtor | **KMCO, LLC** | | Case number (if known) | **20-60028** |
| | Name | | | |

**Carbon Steel Tubes**
7/15/1997
#231 | | $0.00 | Book Value | | $0.00

**Carbon Steel Tubes**
7/30/1997
#232 | | $0.00 | Book Value | | $0.00

**Hairpin Exchanger**
2/1/2015
2008 | | | Book Value | | $0.00

**Firewalls, Wiresless Access Points And Antivirius**
2/18/2015
#2009 | | | Book Value | | $0.00

**Chiller Repairs**
3/11/2015
#2010 | | | Book Value | | $0.00

**Excellence Titrator**
3/1/2015
#2011 | | | Book Value | | $0.00

**Sindie Gen 2 Analyzer**
3/1/2015
#2012 | | | Book Value | | $0.00

**Heat Exchanger**
3/9/2015
#2013 | | | Book Value | | $0.00

**Used Exchanger**
3/1/2015
#2014 | | | Book Value | | $0.00

**Cuno Filter**
3/1/2015
#2015 | | | Book Value | | $0.00

**K11 Valve Upgrade**
3/31/2015
#2016 | | | Book Value | | $0.00

**Sulfur System Modification K-8**
3/31/2015
#2017 | | | Book Value | | $0.00

**Global Labor-Safety Projects**
3/31/2015
#2018 | | | Book Value | | $0.00

**Global Labor-Di H20 T-752 For Eep**
3/31/2015
#2019 | | | Book Value | | $0.00

**Global Labor-H-7 Bottom Flange**
3/31/2015
#2020 | | | Book Value | | $0.00

**Global Labor-900 Tank Farm Ditch Covering**
3/31/2015
#2021 | | | Book Value | | $0.00

**Global Labor-G-1 Exchanger Changeout**
3/31/2015
#2022 | | | Book Value | | $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)   **20-60028**
          Name

**Global Labor-H-1 Jet Pot Caustic Line**
3/31/2015
#2023                                      Book Value                  $0.00

**Water Tank**
4/10/2015
#2024                                      Book Value                  $0.00

**Mass Flowmeter**
4/15/2015
#2025                                      Book Value                  $0.00

**Magnetic Level**
4/13/2015
#2026                                      Book Value                  $0.00

**Liquid Jet Exhauster W/ Protective Spray Coating**
4/8/2015
#2027                                      Book Value                  $0.00

**2015-Utv 390Cc Trail Wagon**
4/9/2015
#2028                                      Book Value                  $0.00

**Instrument For Total Organic Carbon**
5/5/2015
#2029                                      Book Value                  $0.00

**Prosonic Flow**
5/14/2015
#2030                                      Book Value                  $0.00

**Flowmeter**
5/14/2015
#2031                                      Book Value                  $0.00

**Flowmeter**
5/13/2015
#2032                                      Book Value                  $0.00

**Ross And Tms Upgrade**
5/8/2015
#2033                                      Book Value                  $0.00

**Honeywell Wireless Transmitter**
6/12/2015
#2035                                      Book Value                  $0.00

**Honeywell Wireless Transmitter**
6/12/2015
#2036                                      Book Value                  $0.00

**Heat Exchanger**
6/2/2015
#2037                                      Book Value                  $0.00

**Hkd 3400 Breaker**
6/1/2015
#2038                                      Book Value                  $0.00

**Hkd 3400 Breaker**
6/1/2015
#2039                                      Book Value                  $0.00

**Flow Meter**
6/1/2015
#2040                                      Book Value                  $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)   **20-60028**
_____              _____
Name

**H12 Shaft**
**6/1/2015**
**#2041** _____  _____  Book Value  _____ $0.00

**Rotary Piston Pump Repair**
**6/8/2015**
**#2042** _____  _____  Book Value  _____ $0.00

**H12 Agitator Repair**
**6/1/2015**
**#2043** _____  _____  Book Value  _____ $0.00

**Used-Exchanger**
**6/1/2015**
**#2044** _____  _____  Book Value  _____ $0.00

**Replace Heil 5 Ton A/C System & Heat Air Handler**
**6/24/2015**
**#2045** _____  _____  Book Value  _____ $0.00

**J-1 Accum Oh Cond Modif - Global Labor**
**6/30/2015**
**#2047** _____  _____  Book Value  _____ $0.00

**Heos Storage Tank Relocation - Global Labor**
**6/30/2015**
**#2048** _____  _____  Book Value  _____ $0.00

**Dbhp Storage Tank Relocation - Global Labor**
**6/30/2015**
**#2049** _____  _____  Book Value  _____ $0.00

**H-12 Reactor Agitator - Global Labor**
**6/30/2015**
**#2050** _____  _____  Book Value  _____ $0.00

**H-6 Reactor -  Global Labor**
**6/30/2015**
**#2051** _____  _____  Book Value  _____ $0.00

**K-2 Accum New Srv - Global Labor**
**6/30/2015**
**#2052** _____  _____  Book Value  _____ $0.00

**A Unit Turnaround - Global Labor**
**6/30/2015**
**#2053** _____  _____  Book Value  _____ $0.00

**Repl F-101 Filter Press W/New Press-Global Labor**
**6/30/2015**
**#2054** _____  _____  Book Value  _____ $0.00

**Seperate Process Water & Potable Water-Globa**
**Labor**
**6/30/2015**
**#2055** _____  _____  Book Value  _____ $0.00

**K-7 Exchanger & Coils-Global Labor**
**6/30/2015**
**#2056** _____  _____  Book Value  _____ $0.00

**J-4 Unit Turnaround & Vacuum Pump-Global**
**Labor**

**6/30/2015**
**#2057** _____  _____  Book Value  _____ $0.00

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**T-421 Modif. & Walkway - Global Labor**
6/30/2015
#2058 | | Book Value | $0.00

**K-4 Platform & N2 Lines On Oxide Lines-Global Labo**
6/30/2015
#2059 | | Book Value | $0.00

**Filter F-105 Install New Platform-Global Labor**
6/30/2015
#2060 | | Book Value | $0.00

**K-10 Unit Turnaround - Global Labor**
6/30/2015
#2061 | | Book Value | $0.00

**Radar Level**
7/1/2015
#2063 | | Book Value | $0.00

**Schneider Power Module**
7/1/2015
#2064 | | Book Value | $0.00

**Flow Meter**
7/9/2015
#2065 | | Book Value | $0.00

**Maag Gear Pump**
7/17/2015
#2066 | | Book Value | $0.00

**Openlab Cds**
7/20/2015
#2067 | | Book Value | $0.00

**Heat Exchanger**
8/3/2015
#2068 | | Book Value | Unknown

**Promass Flow Meter**
8/13/2015
#2069 | | Book Value | $0.00

**Micro Motion Transmitter**
8/14/2015
#2070 | | Book Value | $0.00

**Mosherflo D**
8/31/2015
#2071 | | Book Value | $0.00

**Railroad Tracks**
9/3/2015
#2072 | | Book Value | $0.00

**Valve**
9/14/2015
#2073 | | Book Value | $0.00

**Repairs To Forklift**
9/30/2015
#2074 | | Book Value | $0.00

**Global Labor-H-11 Unit Turn Around**
9/30/2015
#2075 | | Book Value | $0.00

Debtor   __KMCO, LLC_____     Case number (if known)   __20-60028_____
　　　　　Name

**Global Labor-K-11 Accumulator Turn Around**
9/30/2015
#2076 _____   _____   Book Value _____   $0.00

**Global Labor-Platflorm On 103 Filter**
9/30/2015
#2077 _____   _____   Book Value _____   $0.00

**Global Labor-Install Loading Line To T-509**
9/30/2015
#2078 _____   _____   Book Value _____   $0.00

**Global Labor-Rotate H-9 Fit-01 From Horiz. To Flag**
9/30/2015
#2079 _____   _____   Book Value _____   $0.00

**Global Labor-H-9 Unit Turn Around**
9/30/2015
#2080 _____   _____   Book Value _____   $0.00

**Global Labor-Fab & Repl Kbi-2440 Line K-4 To T-706**
9/30/2015
#2081 _____   _____   Book Value _____   $0.00

**Global Labor-H-8 Turn Around**
9/30/2015
#2082 _____   _____   Book Value _____   $0.00

**Global Labor-D-Unit Turn Around**
9/30/2015
#2083 _____   _____   Book Value _____   $0.00

**Global Labor-Install 100' Of 2"C.S. Line From**
9/30/2015
#2084 _____   _____   Book Value _____   $0.00

**Global Labor-Mod. For T-423 Maleic Tank**
9/30/2015
#2085 _____   _____   Book Value _____   $0.00

**Global Labor-T-522 Fab New Line**
9/30/2015
#2086 _____   _____   Book Value _____   $0.00

**Cip Infineum Dbhp/Heos Rx1**
9/30/2015
#2087 _____   _____   Book Value _____   $0.00

**Cip-Plant/City Water Split**
9/30/2015
#2088 _____   _____   Book Value _____   $0.00

**Cip-Plant Road Repair**
9/30/2015
#2089 _____   _____   Book Value _____   $0.00

**Cip-Plant Road Repair**
9/30/2015
#2090 _____   _____   Book Value _____   $0.00

**Cip-Plant Utility Upgrade**
9/30/2015
#2091 _____   _____   Book Value _____   $0.00

**Cip-Tank Painting/Refurb.**
9/30/2015
#2092 _____   _____   Book Value _____   $0.00

Debtor    **KMCO, LLC**                                   Case number (if known)  **20-60028**
        Name

**Cip-Atmosphere Storage Tank Rep.**
9/30/2015
#2093                                              Book Value                        $0.00

**Cip-Plant Fence-Plantwide**
9/30/2015
#2094                                              Book Value                        $0.00

**Cip-Plantwide Alarm Upgrade**
9/30/2015
#2095                                              Book Value                        $0.00

**Cip-Sulturic Acid Tank Modification D1**
9/30/2015
#2096                                              Book Value                        $0.00

**Cip-Storage Tank For Nash Rx2**
9/30/2015
#2097                                              Book Value                        $0.00

**Cip-744 Breaker Tank Repl**
9/30/2015
#2098                                              Book Value                        $0.00

**Cip-K-Unit Transformer**
9/30/2015
#2099                                              Book Value                        $0.00

**Cip-F101 Filter Replacement Rx2**
9/30/2015
#2100                                              Book Value                        $0.00

**Cip-K-7 Containment Rx2**
9/30/2015
#2101                                              Book Value                        $0.00

**Cip-Rk8 Nash Line Improv Rx2**
9/30/2015
#2102                                              Book Value                        $0.00

**Micro Motion 3500 Transmitter** 10/19/2015
#2103                                              Book Value                        $0.00

**Micro Motion Cmf100 Model**
10/30/2015
#2104                                              Book Value                        $0.00

**Teca Thermoelectric Air Conditioner**
10/1/2015
#2105                                              Book Value                        $0.00

**Gse Model 355ls**
10/7/2015
#2106                                              Book Value                        $0.00

**New Sewer Line Dist 1 To Waste Water**
10/31/2015
#2107                                              Book Value                        $0.00

**Insulation K-10 Exchanger**
10/31/2015
#2108                                              Book Value                        $0.00

**H-10 Turnaround**
11/30/2015
#2109                                              Book Value                        $0.00

**Pump And Line Charge Tp H12** 11/30/2015
#2110                                              Book Value                        $0.00

Debtor    __KMCO, LLC_____    Case number (if known)  __20-60028_____
               Name

**Stramline Piping & Reduce 90'S On H11**
11/30/2015
#2111 _____    _____    _____ Book Value    _____ $0.00

**Installation For Eo Chiller**
11/30/2015
#2112 _____    _____    _____ Book Value    _____ $0.00

**Used-Exchanger**
11/12/2015
#2113 _____    _____    _____ Book Value    _____ $0.00

**Repairs To North Boiler**
11/5/2015
#2114 _____    _____    _____ Book Value    _____ $0.00

**Valve Repairs**
11/1/2015
#2115 _____    _____    _____ Book Value    _____ $0.00

**Globaltherm Hot Oil Production Assist.**
11/30/2015
#2116 _____    _____    _____ Book Value    _____ $0.00

**I/O Cabinet A/C Unit Rx 2**
12/1/2015
#2117 _____    _____    _____ Book Value    _____ $0.00

**New-Maag Gear Pump Rt 56-1 Refitherm**
12/15/2015
#2118 _____    _____    _____ Book Value    _____ $0.00

**Rx2 Waste Line Refab**
12/31/2015
#2119 _____    _____    _____ Book Value    _____ $0.00

**G1 Cooling Waste Line**
12/31/2015
#2120 _____    _____    _____ Book Value    _____ $0.00

**Insulate K4 Reactor**
12/31/2015
#2121 _____    _____    _____ Book Value    _____ $0.00

**Remove & Replace H11 Condenser**
12/31/2015
#2122 _____    _____    _____ Book Value    _____ $0.00

**Replace Line On T701 & T798**

12/31/2015
#2123 _____    _____    _____ Book Value    _____ $0.00

**Cip-Ib Tank Relocation Rx2**
12/31/2015
#2124 _____    _____    _____ Book Value    _____ $0.00

**Cip-Heat Exchangers Upgrade Ku12/31/2015**
#2125 _____    _____    _____ Book Value    _____ $0.00

**Cip-K-1 Swordfish Project**
12/31/2015
#2126 _____    _____    _____ Book Value    _____ $0.00

**Cip-Misc Equipment 12/2015**
12/31/2015
#2127 _____    _____    _____ Book Value    _____ $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**Cip-Plc Upgrades**
12/31/2015
#2130

Book Value

$0.00

**Cip-Infineum Equipment**
12/31/2015
#2131

Book Value

$0.00

**Cip-N2 System Upgrade**
12/31/2015
#2132

Book Value

$0.00

**Cip-Fall Protection System**
12/31/2015
#2133

Book Value

$0.00

**Cip-New Tanks-Plantwide**
12/31/2015
#2134

Book Value

$0.00

**Cip-Replace C Unit/Acc Repairs**

12/31/2015
#2135

Book Value

$0.00

**Cip-N Boiler Fan/Valve Upgrade**

12/31/2015
#2136

Book Value

$0.00

**Cip-Cooling Tower Mod. Dist. 1**

12/31/2015
#2137

Book Value

$0.00

**Cip-H10 Accum. Repair/Upgrade**

12/31/2015
#2138

Book Value

$0.00

**Cip-Repl Tank 766 Rx1**
12/31/2015
#2139

Book Value

$0.00

**Cip-Eep Ea Scrubber Redesign**

12/31/2015
#2140

Book Value

$0.00

**Cip-H10 Hot Oil Exchanger**
12/31/2015
#2141

Book Value

$0.00

**Cip-Oxide Interlocks**
12/31/2015
#2142

Book Value

$0.00

**Cip-K Unit Cooling Tower Header**

12/31/2015
#2143

Book Value

$500,000.00

**Cip-2501/2502 Eo Storage Repair**

12/31/2015
#2144

Book Value

$0.00

Debtor    **KMCO, LLC**                                  Case number (if known)   **20-60028**
<br>Name

**Cip-K4 Repairs**
12/31/2015
#2145               Book Value             $0.00

**Cip-Septic System For Maint. Warehouse**
12/31/2015
#2146               Book Value             $0.00

**Cip-Wastewater Treatment Tank**

12/31/2015
#2147               Book Value         $500,000.00

**Portable Ramp**
1/27/2016
#2148               Book Value             $0.00

**Flow Meter**
1/21/2016
#2149               Book Value             $0.00

**Gearbox Rebuilt**
1/5/2016
#2150               Book Value             $0.00

**Eep Turnover**
1/31/2016
#2151               Book Value             $0.00

**Rail Tracks Replacement**
2/26/2016
#2152               Book Value             $0.00

**Eep Dryer**
2/9/2016
#2153               Book Value             $0.00

**Heat Exchanger**
2/18/2016
#2154               Book Value             $0.00

**P4Mx 91-6**
2/29/2016
#2155               Book Value             $0.00

**3" 300# Valtek Mk I**
3/1/2016
#2156               Book Value             $0.00

**New-Maag Gear Pump Rt 56-1 Refiltherm**
3/14/2016
#2157               Book Value             $0.00

**Heat Exchanger**
4/1/2016
#2158               Book Value             $0.00

**Cip-T1616 Sock Filter**
4/30/2016
#2159               Book Value             $0.00

**Bunker Gear**
5/19/2016
#2160               Book Value             $0.00

**Heat Exchanger**
5/25/2016
#2161               Book Value             $0.00

Debtor    **KMCO, LLC**
          Name                                                    Case number (if known)   **20-60028**

**Motor Pump For Boiler**
5/31/2016
#2162                                                   Book Value                    $0.00

**Parking Lot Resurfacing**
6/26/2016
#2163                                                   Book Value                    $0.00

**6 Ton Rooftop Unit**
6/17/2016
#2164                                                   Book Value                    $0.00

**Cip-S1/S2 Conversion To Sib**
6/30/2016
#2165                                                   Book Value                    $0.00

**Cip-500 Sump Repair**
6/30/2016
#2166                                                   Book Value                    $0.00

**Cip-1608 Filter Change**
6/30/2016
#2167                                                   Book Value                    $0.00

**Cip-K6 Exchange Repl. Phase 2**
6/30/2016
#2168                                                   Book Value                    $0.00

**Audible Alarms**
7/31/2016
#2169                                                   Book Value                    $0.00

**Rebuild Pumps**
7/31/2016
#2170                                                   Book Value                    $0.00

**Hydraulic Pump**
8/1/2016
#2171                                                   Book Value                    $0.00

**Flow Meter**
8/1/2016
#2172                                                   Book Value                    $0.00

**Chairs-Control Room**
8/31/2016
#2173                                                   Book Value                    $0.00

**Transmission**
7/31/2016
#2174                                                   Book Value                    $0.00

**Flanged Vortex Flowmater**
9/19/2016
#2175                                                   Book Value                    $0.00

**A/C Unit**
9/1/2016
#2176                                                   Book Value                    $0.00

**Horizontal Varec Flame**
10/3/2016
#2177                                                   Book Value                    $0.00

**H-8/3700 Transmitter**
10/14/2016
#2178                                                   Book Value                    $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**Sales Office Improvements**
11/3/2016
#2179

Book Value

$0.00

**Oil Test Centrifuge - Lab**
11/1/2016
#2181

Book Value

$0.00

**Velan Hard Face Seat, Bolted Bonnet Gate Valve**
11/2/2016
#2182

Book Value

$0.00

**Promass 83F50, Dn50 2"**
10/28/2016
#2183

Book Value

$0.00

**Coriolis Mass Flow Meters - 2Ea. 1"**
11/3/2016
#2184

Book Value

$0.00

**Coriolis Mass Flow Meters 2Ea. 2"**
11/14/2016
#2185

Book Value

$0.00

**Locomotive Axle Change**
11/9/2016
#2187

Book Value

$0.00

**Honeywell Expansion Project**
12/31/2016
#2190

Book Value

$0.00

**New Tanks For Plant**
12/31/2016
#2191

Book Value

$0.00

**Retubing Hot Oil Exchanger**
12/31/2016
#2192

Book Value

$0.00

**Ammonia/Water Process Phase 1**
12/31/2016
#2193

Book Value

$0.00

**500 Sump Repair**
12/31/2016
#2194

Book Value

$0.00

**Oxide Interlocs**
12/1/2016
#2195

Book Value

$0.00

**Sib Process Improvements**
12/1/2016
#2196

Book Value

$0.00

**Storage Booster Pump**
12/1/2016
#2197

Book Value

$0.00

**Employee Parking Lot Lighting**
12/1/2016
#2198

Book Value

$0.00

**Pha Bottom Valve Remote**
12/31/2016
#2199

Book Value

$0.00

Debtor     __KMCO, LLC_____     Case number (if known) __20-60028_____
               Name

**Dcs Expansion Cabinet**
12/1/2016
#2200 _____ _____ Book Value _____ $0.00

**Major Maintenance Agitators**
12/1/2016
#2201 _____ _____ Book Value _____ $0.00

**Quality Mgmt System Software Phase 2**
12/1/2016
#2202 _____ _____ Book Value _____ $0.00

**Wwt Plant Air Blower**
12/1/2016
#2203 _____ _____ Book Value _____ $0.00

**Wastewater Treatment Tanks**
12/1/2016
#2204 _____ _____ Book Value _____ $100,000.00

**Conference Table And Chairs**
12/13/2016
#2205 _____ _____ Book Value _____ $0.00

**Nox Upgrade**
12/31/2016
#2206 _____ _____ Book Value _____ $0.00

**Diamon Series Filter Press**
1/1/2017
#2207 _____ _____ Book Value _____ $0.00

**Afton Chiller-Major Rep**
2/28/2017
#2209 _____ _____ Book Value _____ $0.00

**Ammonia Gas Detection**
2/28/2017
#2210 _____ _____ Book Value _____ $0.00

**1227 Kmco Project Change**
2/28/2017
#2211 _____ _____ Book Value _____ $0.00

**Cooler Level Gauge**
2/28/2017
#2212 _____ _____ Book Value _____ $0.00

**Waste Water Blower Repair**
2/28/2017
#2213 _____ _____ Book Value _____ $0.00

**Coriolis Mass Flowmeter**
2/28/2017
#2215 _____ _____ Book Value _____ $0.00

**Coriolis Mass Flowmeter**
2/28/2017
#2216 _____ _____ Book Value _____ $0.00

**Toc-Lcsn Lab Equipment**
3/31/2017
#2218 _____ _____ Book Value _____ $0.00

**Heat Exchanger**
3/31/2017
#2219 _____ _____ Book Value _____ $0.00

Debtor    __KMCO, LLC_____    Case number (if known) __20-60028_____
                Name

**Liquid Ring Vaccum Pump**
3/1/2017
#2220                                                                    Book Value                    $0.00

**F101 Filter Replacement Rx2**
3/31/2017
#2221                                                                    Book Value                    $0.00

**Nonyl Phenol Insulation**
3/31/2017
#2222                                                                    Book Value                    $0.00

**Flashpoint Instrument**
3/31/2017
#2223                                                                    Book Value                    $0.00

**Carrier 15-T 2-Stage R-410A A/C & Heat Grn-196404**
4/24/2017
#2224                                                                    Book Value                    $0.00

**5 Ton Proserv Trsg Bridge Crane Grn-197324**
5/16/2017
#2226                                                                    Book Value                    $0.00

**Liquid Jet Exhauster Grn-196868**
5/1/2017
#2227                                                                    Book Value                    $0.00

**Liquid Jet Exhauster Grn-196869**
5/1/2017
#2228                                                                    Book Value                    $0.00

**241711 Grid Screen Grn-196893**
5/1/2017
#2229                                                                    Book Value                    $0.00

**Test Tube Bath Grn-196950**
5/1/2017
#2230                                                                    Book Value                    $0.00

**Eo R/C Unload Station**
6/30/2017
#2233                                                                    Book Value                    $0.00

**K-11 Reactor 9695**
6/30/2017
#2234                                                                    Book Value                    $0.00

**Oxygen Transmit**
6/30/2017
#2235                                                                    Book Value                    $0.00

**Jet Pot Duplex Strainer H6**
12/18/2016
#2236                                                                    Book Value                    $0.00

**Pha Overhead Valve Interlock**

12/31/2016
#2239                                                                    Book Value                    $0.00

**K11 Coil Upgrade**
5/1/2017
#2240                                                                    Book Value                    $0.00

**2501/2502 Eo Storage**
4/15/2016
#2241                                                                    Book Value                    $0.00

Debtor __**KMCO, LLC**_____     Case number (if known) __**20-60028**_____
Name

**Audible Alarms**
3/1/2017
#2242 _____ _____ | Book Value | $0.00

**Boiler Shutdown**
5/5/2017
#2243 _____ _____ | Book Value | $0.00

**Trailer Park Expansion**
6/30/2017
#2244 _____ _____ | Book Value | $0.00

**Skid Pump**
7/31/2017
#2246 _____ _____ | Book Value | $0.00

**Skid Pump**
7/31/2017
#2247 _____ _____ | Book Value | $0.00

**Skid Pump**
7/31/2017
#2248 _____ _____ | Book Value | $0.00

**Carrier 20 Ton A/C Unit**
7/31/2017
#2250 _____ _____ | Book Value | $0.00

**Sscf Heat Exchanger**
8/30/2017
#2251 _____ _____ | Book Value | $0.00

**K6 Gearbox**
8/31/2017
#2252 _____ _____ | Book Value | $0.00

**K6 Flange Adapter**
9/30/2017
#2253 _____ _____ | Book Value | $0.00

**Sales Office Furniture**
2/28/2017
#2254 _____ _____ | Book Value | $0.00

**Cad Soft/Hardware Upgrade**
7/31/2017
#2255 _____ _____ | Book Value | $0.00

**K-10 Fireproofing**
8/30/2017
#2256 _____ _____ | Book Value | $0.00

**Flare Instrumentation**
8/30/2017
#2257 _____ _____ | Book Value | $0.00

**North Drum Yard**
8/31/2017
#2258 _____ _____ | Book Value | $0.00

**Transformer**
9/30/2017
#2259 _____ _____ | Book Value | $0.00

**Lighting Panel Rx2**
9/30/2017
#2260 _____ _____ | Book Value | $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)  **20-60028**
                Name

**Lighting Panel Rx1**
9/30/2017
#2261                                                      Book Value                    $0.00

**Pump Motor Dist1**
9/30/2017
#2262                                                      Book Value                    $0.00

**Pump Motor Rx1**
9/30/2017
#2263                                                      Book Value                    $0.00

**Pressure Transmitter**
9/30/2017
#2264                                                      Book Value                    $0.00

**Starter Motor H8**
9/30/2017
#2265                                                      Book Value                    $0.00

**Flow Meter**
9/30/2017
#2266                                                      Book Value                    $0.00

**Pump Motor Cooling Tower**
9/30/2017
#2267                                                      Book Value                    $0.00

**Pump Motor Cooling Tower**
9/30/2017
#2268                                                      Book Value                    $0.00

**Starter Motor H12**
9/30/2017
#2269                                                      Book Value                    $0.00

**Pump Motor Cooling Tower K**
9/30/2017
#2270                                                      Book Value                    $0.00

**Pump Motor Cooling Tower K**
9/30/2017
#2271                                                      Book Value                    $0.00

**Pump Motor Cooling Tower K**
9/30/2017
#2272                                                      Book Value                    $0.00

**Starter Motor H12**
9/30/2017
#2273                                                      Book Value                    $0.00

**Pump Motor Dist1**
9/30/2017
#2274                                                      Book Value                    $0.00

**Pump Motor Rx1**
9/30/2017
#2275                                                      Book Value                    $0.00

**Pump Motor Cooling Tower**
9/30/2017
#2276                                                      Book Value                    $0.00

**Pump Motor Cooling Tower**
9/30/2017
#2277                                                      Book Value                    $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|--------|---------------|------------------------|--------------|
| | Name | | |

**Flow Meter K3**
9/30/2017
#2278 | | Book Value | $0.00

**Breaker Box**
9/30/2017
#2279 | | Book Value | $0.00

**Turnstiles**
11/30/2017
#2280 | | Book Value | $0.00

**Eep Chiller Rx1**
12/31/2017
#2281 | | Book Value | $0.00

**Control Room Rx1/Rx2**
12/31/2017
#2282 | | Book Value | $50,000.00

**Pipe Rack**
12/31/2017
#2283 | | Book Value | $100,000.00

**G1 Hoist Crane**
12/31/2017
#2284 | | Book Value | $0.00

**Cold Chamber Bath Tube**
1/31/2018
#2286 | | Book Value | $0.00

**Liquid Bath Tube**
1/31/2018
#2287 | | Book Value | $0.00

**Oxide Area Gad Detection**
4/30/2018
#2288 | | Book Value | $0.00

**C12 Oxide Pump K2**
4/30/2018
#2289 | | Book Value | $0.00

**K-Unit Cooling Tower**
4/30/2018
#2290 | | Book Value | $200,000.00

**Pressure Washer**
4/30/2018
#2291 | | Book Value | $0.00

**Motor Control Center**
4/30/2018
#2292 | | Book Value | $50,000.00

**Rail Track 27**
4/30/2018
#2293 | | Book Value | $0.00

**Rail Track 28**
4/30/2018
#2294 | | Book Value | $0.00

**K10 Agitator Stub Shaft**
5/31/2018
#2295 | | Book Value | $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Electrical Upgrade Phase 1**
6/30/2018
#2296

| | | Book Value | $0.00 |

**Eep Cooling Water Upgrade Project**
6/30/2018
#2297

| | | Book Value | $0.00 |

**Control Room Revison 3 Project**
6/30/2018
#2298

| | | Book Value | $0.00 |

**Eep Resin Bed Upgrade Project**
6/30/2018
#2299

| | | Book Value | $0.00 |

**Bt-6 Drum Scale**
6/30/2018
#2300

| | | Book Value | $0.00 |

**5 Ton A/C Sys - Changeroom**
8/1/2018
#2301

| | | Book Value | $0.00 |

**5 Ton A/C Sys - Rx1**
8/1/2018
#2302

| | | Book Value | $0.00 |

**K5 Flanged Nozzles**
8/1/2018
#2303

| | | Book Value | $0.00 |

**H8 Hightemp Interlock System**
8/1/2018
#2304

| | | Book Value | $0.00 |

**Plant Shutdown Jun-16 Project**
8/1/2018
#2305

| | | Book Value | $0.00 |

**T-571 Roof Replacement**
8/31/2018
#2306

| | | Book Value | $0.00 |

**Rxii K1-K4 Pipe Spools**
8/31/2018
#2307

| | | Book Value | $0.00 |

**Compressed Air Sys Pha-1**
8/31/2018
#2308

| | | Book Value | $0.00 |

**Eo Day Tank Cooling Project**
10/31/2018
#2309

| | | Book Value | $0.00 |

**K5 Boiler Retube Project**
10/31/2018
#2310

| | | Book Value | $0.00 |

**Plant Overhaul Assets**
1/1/2018
#2311

| | | Book Value | $0.00 |

**Plant Overhaul Assets Ii**
1/1/2018
#2312

| | | Book Value | $0.00 |

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**Overhaul Distillation 1**
1/1/2018
#2313 | Book Value | $0.00

**Overhaul Rx 1**
1/1/2018
#2314 | Book Value | $0.00

**T803 Overhaul Afe**
1/1/2018
#2315 | Book Value | $0.00

**Trimene Base Rx 2**
1/1/2018
#2316 | Book Value | $0.00

**Overhaul Rx 2**
1/1/2018
#2317 | Book Value | $0.00

**Firewater System**
1/1/2018
#2318 | Book Value | $0.00

**Overhaul Tank Farm**
1/1/2018
#2319 | Book Value | $0.00

**Office - New Addition**
1/1/2018
#2320 | Book Value | $0.00

**Plant Overhaul Assets Iii**
1/1/2018
#2321 | Book Value | $0.00

**Overhaul Utilitie System**
1/1/2018
#2322 | Book Value | $0.00

**Avatar Tech Reporting**
11/30/2018
#2323 | Book Value | $0.00

**K8 And K9 Multi-Sock Filter**
9/30/2018
#2324 | Book Value | $0.00

**H-11 Exchanger Condenser**
8/31/2018
#2325 | Book Value | $0.00

**K-10 Jacket Upgrade**
10/30/2018
#2326 | Book Value | $0.00

**K-5 Boiler Retube**
9/30/2018
#2327 | Book Value | $0.00

**2018 Hot Box Project**
10/30/2018
#2328 | Book Value | $0.00

**H-6 Reactor Overhaul**
10/30/2018
#2329 | Book Value | $0.00

Debtor    __KMCO, LLC_____    Case number (if known)  __20-60028_____
Name

**K-4 Piping**
10/31/2018
#2330                                                                    Book Value                        $0.00

**Formalin Line**
10/31/2018
#2331                                                                    Book Value                        $0.00

**F-8 Agitator Blades Assembly**
10/31/2018
#2332                                                                    Book Value                        $0.00

**F-8 Shaft Gearbox Pillar**
10/31/2018
#2333                                                                    Book Value                        $0.00

**G-1 Piping**
11/30/2018
#2334                                                                    Book Value                        $0.00

**T1611 Rail Upgrade**
11/30/2018
#2335                                                                    Book Value                        $0.00

**T1700 Condenate Line**
10/30/2018
#2336                                                                    Book Value                        $0.00

**Chlorine Contact Tank**
12/31/2018
#2337                                                                    Book Value                        $0.00

**T1800 Condesate Line Overhaul**12/31/2018
#2338                                                                    Book Value                        $0.00

**Process Water Tank Overhaul**12/31/2018
#2339                                                                    Book Value                        $0.00

**Control System Server Upgrade**


12/31/2018
#2340                                                                    Book Value                        $0.00

**Ross Implementation**
12/31/2018
#2341                                                                    Book Value                        $0.00

**Electrical Wiring Maint Office**
12/31/2018
#2342                                                                    Book Value                        $0.00

**Tabware Pm Scheduling Software**
12/31/2018
#2343                                                                    Book Value                        $0.00

**Railroad Curve Main Line**
11/30/2018
#2344                                                                    Book Value                        $0.00

**Facility Steam And Condensate  Overhaul**
12/31/2018
#2345                                                                    Book Value                        $0.00

**Electric Upgrade Phase 2**
12/31/2018
#2346                                                                    Book Value                        $0.00

Debtor    __KMCO, LLC__                                    Case number (if known)  __20-60028__
             Name

**Steam Upgrades Phase 1**
12/31/2018
#2347                                                    Book Value                    $0.00

**J-5 Agitator Assembly Upgrade**

12/31/2018
#2348                                                    Book Value                    $0.00

**Process Water Pumps Overha**

12/31/2018
#2349                                                    Book Value                    $0.00

**Pump Foundation Upgardes Phase 1**
12/31/2018
#2350                                                    Book Value                    $0.00

**Tank Inspection Project**
12/31/2018
#2351                                                    Book Value                    $0.00

**Pipe Inspection Project**
12/31/2018
#2352                                                    Book Value                    $0.00

**Hopper Ext Lids Supper Sack Upgrade**
11/30/2018
#2353                                                    Book Value                    $0.00

**K5 Shaft**
12/31/2018
#2354                                                    Book Value                    $0.00

**K5 Nozzle Overhaul Project**
12/31/2018
#2355                                                    Book Value                    $0.00

**Instrument Upgrade Phase 1**
12/31/2018
#2356                                                    Book Value                    $0.00

**Instrument Upgrade Phase 2**
12/31/2018
#2357                                                    Book Value                    $0.00

**Caustic Line**
10/31/2018
#2358                                                    Book Value                    $0.00

**K7 Clump Buster Cover**
12/31/2018
#2359                                                    Book Value                    $0.00

**V-101 Filter Press**
12/31/2018
#2360                                                    Book Value                    $0.00

**H-11 Exchanger Retube Project**

12/31/2018
#2361                                                    Book Value                    $0.00

**K5 Overhaul**
12/31/2018
#2362                                                    Book Value                    $0.00

Debtor  __KMCO, LLC_____   Case number (if known) __20-60028_____
  Name

**H10 Accumulator Overhaul**
12/31/2018
#2363                                                          Book Value                    $0.00

**Sulfur Feed System Upgrade**
12/31/2018
#2364                                                          Book Value                    $0.00

**E-Unit Tube Sheet Upgrade**
11/30/2018
#2365                                                          Book Value                    $0.00

**H6 Steam And Coolign Exchanger Retube**
12/31/2018
#2367                                                          Book Value                    $0.00

**Eep Equipment**
1/31/2019
#2368                                                          Book Value                    $0.00

**Salt Heater Tube**
1/31/2019
#2369                                                          Book Value                    $0.00

**Steam Boilers (2)**
3/1/2019
#2370                                                          Book Value              $100,000.00

**Sulfer Feed And Control Upgrade**
3/1/2019
#2371                                                          Book Value                    $0.00

**Flare Line Overhaul**
3/1/2019
#2372                                                          Book Value                    $0.00

**Rx2 Tempered Water Exchange**
3/1/2019
#2373                                                          Book Value                    $0.00

**Rx1 H5 Preheater Exchanger**
3/1/2019
#2374                                                          Book Value                    $0.00

**Volumetric Titrator**
3/1/2019
#2375                                                          BookValue                     $0.00

**Vacuum Pump**
8/7/1997
#233                                   $0.00    Book Value                    $0.00

**PSI 3500 Cat Pump**
9/17/1997
#234                                   $0.00    Book Value                    $0.00

**Pipe Threding Machine**
9/18/1997
#235                                   $0.00    Book Value                    $0.00

**Overhaul Kit**
10/24/1997
#236                                   $0.00    Book Value                    $0.00

**A/C Package**
10/9/1997
#237                                   $0.00    Book Value                    $0.00

Debtor __**KMCO, LLC**_____     Case number (if known)  __**20-60028**_____
         Name

**Gear Pump**
**11/13/1997**
**#238**                                              $0.00     Book Value                        $0.00

**Reliance 50 HP Motor**
**11/13/1997**
**#239**                                              $0.00     Book Value                        $0.00

**Storage Tank 14X30**
**1/9/1997**
**#240**                                              $0.00     Book Value                        $0.00

**Two 12X42 Storage Tanks**
**1/5/1998**
**#241**                                              $0.00     Book Value                        $0.00

**Expansion Joint**
**3/25/1998**
**#244**                                              $0.00     Book Value                        $0.00

**Air Compressor**
**3/26/1998**
**#245**                                              $0.00     Book Value                        $0.00

**Remanuf. Valves**
**3/30/1998**
**#246**                                              $0.00     Book Value                        $0.00

**Cone Bottom Storage Tank**
**5/20/1998**
**#250**                                              $0.00     Book Value                        $0.00

**Reman. Control Valve**
**5/20/1998**
**#251**                                              $0.00     Book Value                        $0.00

**Scale**
**6/11/1998**
**#252**                                              $0.00     Book Value                        $0.00

**Portable Building**
**6/11/1998**
**#253**                                              $0.00     Book Value                        $0.00

**Tank**
**6/29/1998**
**#254**                                              $0.00     Book Value                        $0.00

**Impeller**
**6/16/1998**
**#255**                                              $0.00     Book Value                        $0.00

**Blackmer Pump**
**7/27/1998**
**#256**                                              $0.00     Book Value                        $0.00

**FT1/90 System**
**7/1/1998**
**#257**                                              $0.00     Book Value                        $0.00

**Plastic Tank**
**8/5/1998**
**#258**                                              $0.00     Book Value                        $0.00

**Donovan Meter**
**9/8/1998**
**#259**                                              $0.00     Book Value                        $0.00

| Debtor | KMCO, LLC | | Case number (if known) | 20-60028 |
|--------|-----------|---|------------------------|----------|
| | Name | | | |

**Transmitter**
10/31/1998
#261      $0.00      Book Value      $0.00

**Filter Vessel**
1/4/1999
#262      $0.00      Book Value      $0.00

**Air Compressor**
1/15/1999
#263      $0.00      Book Value      $0.00

**Donovan Meter**
5/1/1999
#264      $0.00      Book Value      $0.00

**Cooling Tower**
6/1/1999
#265      $0.00      Book Value      $0.00

**Cooling Tower Repair**
7/9/1997
#266      $0.00      Book Value      $0.00

**Vacuum Pump**
8/7/1997
#267      $0.00      Book Value      $0.00

**3500 PSI Cat Pump**
9/17/1997
#268      $0.00      Book Value      $0.00

**Pipe Threading Machine**
9/18/1997
#269      $0.00      Book Value      $0.00

**Overhaul Kit**
10/24/1997
#270      $0.00      Book Value      $0.00

**A/C Package**
10/9/1997
#271      $0.00      Book Value      $0.00

**Gear Pump**
11/13/1997
#272      $0.00      Book Value      $0.00

**Relinace 50 Hp Motor**
11/13/1997
#273      $0.00      Book Value      $0.00

**Vessel Skirt**
3/12/1998
#274      $0.00      Book Value      $0.00

**Air Compressor**
3/26/1998
#277      $0.00      Book Value      $0.00

**Remanufactured Valves**
4/8/1998
#278      $0.00      Book Value      $0.00

**Radar Level Guage**
4/30/1998
#280      $0.00      Book Value      $0.00

Debtor    **KMCO, LLC**
_____     Case number (if known)   **20-60028**
Name

**Vacuum Pump**
5/20/1998
#283                                               $0.00     Book Value                    $0.00

**Portable Building**
6/11/1998
#284                                               $0.00     Book Value                    $0.00

**Tank**
6/29/1998
#285                                               $0.00     Book Value                    $0.00

**Plastic Tank**
8/5/1998
#287                                               $0.00     Book Value                    $0.00

**Sensor**
8/18/1998
#289                                               $0.00     Book Value                    $0.00

**Donovan Meter**
9/8/1998
#290                                               $0.00     Book Value                    $0.00

**GE Breaker**
9/18/1998
#291                                               $0.00     Book Value                    $0.00

**Filter Vessel**
1/4/1999
#292                                               $0.00     Book Value                    $0.00

**Air Compressor**
1/15/1999
#293                                               $0.00     Book Value                    $0.00

**Flow Meter**
4/21/1999
#294                                               $0.00     Book Value                    $0.00

**Donovan Meter**
5/1/1999
#295                                               $0.00     Book Value                    $0.00

**Impeller**
5/19/1999
#296                                               $0.00     Book Value                    $0.00

**J-2 Cip Transfer**
5/30/1999
#297                                               $0.00     Book Value                    $0.00

**Cooling Tower**
6/1/1999
#298                                               $0.00     Book Value                    $0.00

**585 Sq. Ft. Exchanger**
7/3/1997
#299                                               $0.00     Book Value                    $0.00

**Impeller**
7/30/1997
#300                                               $0.00     Book Value                    $0.00

**MBI Cartridge Seal Unit**
8/7/1997
#301                                               $0.00     Book Value                    $0.00

Debtor   **KMCO, LLC**                                           Case number (if known)  **20-60028**
             Name

**Impeller**
8/7/1997
#302                           $0.00   Book Value             $0.00

**SS Eductor**
9/2/1997
#303                           $0.00   Book Value             $0.00

**Viton Scale**
9/17/1997
#304                           $0.00   Book Value             $0.00

**3500 PSI Cat Pump**
9/17/1997
#305                           $0.00   Book Value             $0.00

**Pipe Threading Machine**
9/18/1997
#306                           $0.00   Book Value             $0.00

**Overhaul Kit**
10/24/1997
#307                           $0.00   Book Value             $0.00

**A/C Package**
10/9/1997
#308                           $0.00   Book Value             $0.00

**Gear Pump**
11/13/1997
#309                           $0.00   Book Value             $0.00

**Reliance 50 HP Motor**
11/13/1997
#310                           $0.00   Book Value             $0.00

**Air Compressor**
3/26/1998
#313                           $0.00   Book Value             $0.00

**Roper Pump**
3/31/1998
#314                           $0.00   Book Value             $0.00

**Flow Meter**
4/23/1998
#315                           $0.00   Book Value             $0.00

**Meter Replacement**
5/12/1998
#316                           $0.00   Book Value             $0.00

**Intermediate Drape-Over**
5/20/1998
#319                           $0.00   Book Value             $0.00

**Tandem Seal**
5/26/1998
#320                           $0.00   Book Value             $0.00

**Seal Unit**
5/31/1998
#322                           $0.00   Book Value             $0.00

**Portable Bldg.**
6/11/1998
#323                           $0.00   Book Value             $0.00

| Debtor | __KMCO, LLC_____ | Case number (if known) __20-60028_____ |
|---|---|---|
| | Name | |

**Tank**
**6/29/1998**
**#324**                                      **$0.00**   Book Value                        **$0.00**

**Eductor**
**7/9/1998**
**#325**                                      **$0.00**   Book Value                        **$0.00**

**326Plastic Tank8/5/1998**                   **$0.00**   Book Value                        **$0.00**

**5 Reactors**
**9/1/2006**
**#1035**                                                Book Value                        **$0.00**

**Used Exchanger**
**9/13/2006**
**#1036**                                                Book Value                        **$0.00**

**Dynapump**
**9/14/2006**
**#1037**                                                Book Value                        **$0.00**

**Heat Exchanger**
**9/1/2006**
**#1039**                                                Book Value                        **$0.00**

**Autocad Upgrade**
**9/1/2006**
**#1040**                                                Book Value                        **$0.00**

**Tanker Parking Area**
**10/10/2006**
**#1041**                                                Book Value                        **$0.00**

**Cs Stiffening Rings**
**10/10/2006**
**#1042**                                                Book Value                        **$0.00**

**Cs Stiffening Rings**
**10/10/2006**
**#1043**                                                Book Value                        **$0.00**

**Cs Stiffening Rings**
**10/10/2006**
**#1044**                                                Book Value                        **$0.00**

**Cs Stiffening Rings**
**10/10/2006**
**#1045**                                                Book Value                        **$0.00**

**Used Exchanger**
**10/1/2006**
**#1046**                                                Book Value                        **$0.00**

**Used Exchanger**
**10/1/2006**
**#1047**                                                Book Value                        **$0.00**

**Fisher Ball Valve**
**10/1/2006**
**#1048**                                                Book Value                        **$0.00**

**Transmitter With Seals**
**10/12/2006**
**#1049**                                                Book Value                        **$0.00**

**Gate Valve**
**10/6/2006**
**#1050**                                                Book Value                        **$0.00**

Debtor  **KMCO, LLC**                              Case number (if known)  **20-60028**
        Name

**Air Fin Cooler**
10/1/2006
#1051                                              Book Value                      $0.00

**Transmitter & Sensor**
10/1/2006
#1052                                              Book Value                      $0.00

**Transmitter**
10/13/2006
#1053                                              Book Value                      $0.00

**Chemineer Gear Box**
10/19/2006
#1054                                              Book Value                      $0.00

**Fisher Control Valve**
10/12/2006
#1055                                              Book Value                      $0.00

**Various Pollution Control**
10/1/2006
#1056                                              Book Value                      $0.00

**Railroad Drainage Imp**
11/3/2006
#1057                                              Book Value                      $0.00

**Dike Wall No Office**
11/1/2006
#1058                                              Book Value                      $0.00

**Nebraska Boiler**
11/6/2006
#1059                                              Book Value                      $0.00

**Nebraska Boiler**
11/6/2006
#1060                                              Book Value                      $0.00

**Nebraska Boiler**
11/6/2006
#1061                                              Book Value                      $0.00

**Nebraska Boiler**
11/6/2006
#1062                                              Book Value                      $0.00

**Grid Screen**
11/9/2006
#1063                                              Book Value                      $0.00

**Used Exchanger**
11/8/2006
#1064                                              Book Value                      $0.00

**Reliance Motor**
11/9/2006
#1065                                              Book Value                      $0.00

**Pollution Control**
11/1/2006
#1066                                              Book Value                      $0.00

**New Office Addition**
12/1/2006
#1067                                              Book Value                      $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**New Office Addition**
12/1/2006
#1068                                          Book Value                          $0.00

**Stainless Tank**
12/1/2006
#1069                                          Book Value                          $0.00

**Close Adipure Cip**
12/1/2006
#1070                                          Book Value                          $0.00

**Ross Erp Computer Syst**
12/1/2006
#1072                                          Book Value                          $0.00

**Railrd. Drainage Impr.**
1/15/2007
#1073                                          Book Value                          $0.00

**Platecoil Bank**
1/15/2007
#1074                                          Book Value                          $0.00

**Vacuum Pump**
1/11/2007
#1075                                          Book Value                          $0.00

**Rebar-Pollution Control**
1/1/2007
#1076                                          Book Value                          $0.00

**Rr Culvert Replacement**
2/16/2007
#1077                                          Book Value                          $0.00

Cycloblower
2/5/2007
#1078                                          Book Value                          $0.00

**2 Steel Cone Btm Tank**
2/19/2007
#1079                                          0.00                                $0.00

**Instrument Control System**
2/1/2007
#1081                                          Book Value                          $0.00

**12X42 Cone Bottom Tank**
2/19/2007
#1082                                          Book Value                          $0.00

**12 X 42 Cone Bottom Tank**
2/19/2007
#1083                                          0.00                                $0.00

**12 X 42 Cone Btm Tank**
2/19/2007
#1084                                          Book Value                          $0.00

**12 X 42 Cone Btm Tank**
2/19/2007
#1085                                          Book Value                          $0.00

**12 X 42 Cone Bttom Tank**
2/19/2007
#1086                                          Book Value                          $0.00

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**2 Used Vessels**
3/1/2007
#1087                                            Book Value                    $0.00

**2 Cs Steel Tanks**
3/1/2007
#1088                                            Book Value                    $0.00

**2 Cstanks 16X42**
3/5/2007
#1089                                            Book Value                    $0.00

**Vacuum Pump**
3/15/2007
#1090                                            Book Value                    $0.00

**Filter Cartridge**
3/1/2007
#1091                                            Book Value                    $0.00

**Temp.Bath Unit**
3/20/2007
#1092                                            Book Value                    $0.00

**Rebar**
3/20/2007
#1093                                            Book Value                    $0.00

**Concrete Hardware**
3/19/2007
#1094                                            Book Value                    $0.00

**Railroad Upgrades**
4/7/2007
#1096                                            Book Value                    $0.00

**2 Used Exchangers**
4/1/2007
#1097                                            Book Value                    $0.00

**2 Used Exchangers**
4/1/2007
#1098                                            Book Value                    $0.00

**2 Used Exchangers**
4/1/2007
#1099                                            Book Value                    $0.00

**2 Used Exchangers**
4/1/2007
#1100                                            Book Value                    $0.00

**Oil Heating System**
4/1/2007
#1101                                            Book Value                    $0.00

**Reb Drive And Flange**
4/17/2007
#1102                                            Book Value                    $0.00

**Gear Pump**
4/10/2007
#1104                                            Book Value                    $0.00

**2200 Gal. C.S. Tank**
4/1/2007
#1105                                            Book Value                    $0.00

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Pump Kit**
4/9/2007
#1106

Book Value | $0.00

**5900 Gal. Clad Vessel**
4/16/2007
#1108

Book Value | $0.00

**Pump Assembly/Impeller**
4/25/2007
#1109

Book Value | $0.00

**Chiller**
4/26/2007
#1110

Book Value | $0.00

**Pollution Cntrol**
4/1/2007
#1111

Book Value | $0.00

**12 X 42 Cs Tank**
5/18/2007
#1112

Book Value | $0.00

**12 X 42 Cs Tank**
5/18/2007
#1113

Book Value | $0.00

**12 X 42 Cs Tank**
5/18/2007
#1114

Book Value | $0.00

**12 X 42 Cs Tank**
5/18/2007
#1115

Book Value | $0.00

**Transformer**
5/1/2007
#1116

Book Value | $0.00

**Transformer**
5/1/2007
#1117

Book Value | $0.00

**Transformer**
5/1/2007
#1118

Book Value | $0.00

**Transfirmer**
5/1/2007
#1119

Book Value | $0.00

**12 X 42 Ss Tank**
5/18/2007
#1120

Book Value | $0.00

**124 Ton Chiller**
5/1/2007
#1121

Book Value | $0.00

**Platecoil Bank**
5/16/2007
#1122

Book Value | $0.00

**Recond Chempump**
5/16/2007
#1123

Book Value | $0.00

**Schedule A/B: Assets -- Real and Personal Property**

Debtor    **KMCO, LLC**            Case number (if known)   **20-60028**
         Name

**GE Breaker**
9/18/1998
#328                   $0.00      Book Value             $0.00

**4 Transmitter-Eo Storage**
5/4/2007
#1124                       Book Value             $0.00

**Filter Housing**
5/18/2007
#1125                       Book Value             $0.00

**Air Compressor**
1/15/1999
#330                   $0.00      Book Value             $0.00

**Recond. Control Valve**
5/1/2007
#1126                       Book Value             $0.00

**Digital Viscometer**
2/10/1999
#331                   $0.00      Book Value             $0.00

**Galvenized Fabrication**
5/15/2007
#1127                       Book Value             $0.00

**End Gate Valve**
5/19/1999
#332                   $0.00      Book Value             $0.00

**Used Exchanger**
5/3/2007
#1128                       Book Value             $0.00

333Used Exchanger5/1/1999         $0.00      Book Value             $0.00

**Filter Housing**
5/1/2007
#1129                       Book Value             $0.00

**Pollution Control Equip**
5/1/2007
#1130                       Book Value             $0.00

**Steel R/R Crossing**
6/1/2007
#1131                       Book Value             $0.00

**12 X 42 C/S Tank**
6/5/2007
#1132                       Book Value             $0.00

**12 X 42 Cs Tank**
6/5/2007
#1133                       Book Value             $0.00

**12 X 42 Cs Tank**
6/5/2007
#1134                       Book Value             $0.00

**12X42 Cs Tank**
6/5/2007
#1135                       Book Value             $0.00

**3 16X42 Cs Tanks**
6/1/2007
#1136                       Book Value             $0.00

Debtor   **KMCO, LLC**
_____   Case number (if known)   **20-60028**
Name

**3-16X42 Cs Tanks**
6/1/2007
#1137                                        Book Value                     $0.00

**3-16X42 Cs Tanks**
6/1/2007
#1138                                        Book Value                     $0.00

**3-16X421 Cs Tanks**
6/1/2007
#1139                                        Book Value                     $0.00

**2 16 X 42 Cs Tanks**
6/1/2007
#1140                                        Book Value                     $0.00

**2 16X42 Cs Tanks**
6/1/2007
#1141                                        Book Value                     $0.00

**2 16X42 Cs Tanks**
6/1/2007
#1142                                        Book Value                     $0.00

**2 16 X 42 Cs Tanks**
6/1/2007
#1143                                        Book Value                     $0.00

**2 18 X 50 Cs Storage Tank**
6/4/2007
#1144                                        Book Value                     $0.00

**2 18 X 50 Cs Tanks**
6/4/2007
#1145                                        Book Value                     $0.00

**2 18 X 50 Cs Tanks**
6/4/2007
#1146                                        Book Value                     $0.00

**2 18X50 Cs Tanks**
6/4/2007
#1147                                        Book Value                     $0.00

**3 16X42 Cs Tanks**
6/4/2007
#1148                                        Book Value                     $0.00

**3 16X42 Cs Tanks**
6/4/2007
#1149                                        Book Value                     $0.00

**3 16X42 Cs Tanks**
6/4/2007
#1150                                        Book Value                     $0.00

**3 16X42 Cs Tanks**
6/4/2007
#1151                                        Book Value                     $0.00

**2- 12X42 Cs,Ss Tanks**
6/4/2007
#1152                                        Book Value                     $0.00

**2 12X42 Cs,Ss, Tanks**
6/4/2007
#1153                                        Book Value                     $0.00

Debtor    __KMCO, LLC__                 Case number (if known)   __20-60028__
        Name

**2 12X42 Cs,Ss, Tanks**
6/4/2007
#1154                                Book Value              $0.00

**2 12X42 Cs,Ss Tanks**
6/4/2007
#1155                                Book Value              $0.00

**12 X 42 Ss Tank**
6/5/2007
#1156                                Book Value              $0.00

**350 Psi Nebraska Boiler**
6/1/2007
#1158                                Book Value              $0.00

**Ultra Low Nox Burner**
6/1/2007
#1159                                Book Value              $0.00

**Goulds Ss Pump**
6/4/2007
#1160                                Book Value              $0.00

**Fisher Valve**
6/8/2007
#1161                                Book Value              $0.00

**Heat Exchanger**
6/18/2007
#1162                                Book Value              $0.00

**4 Loading Ramps**
6/21/2007
#1164                                Book Value              $0.00

**Pollution Control Equip**
6/1/2007
#1165                                Book Value              $0.00

**Process Pump**
7/11/2007
#1170                                Book Value              $0.00

**Pollution Control**
7/1/2007
#1171                                Book Value              $0.00

**Security Cameras**
7/10/2007
#1172                                Book Value              $0.00

**Rosedale Filter Housing**
7/16/2007
#1175                                Book Value              $0.00

**4 Loading Walkways**
7/18/2007
#1176                                Book Value              $0.00

**Liquid Ring Vac. Pump**
7/19/2007
#1178                                Book Value              $0.00

**Baldor Motor**
7/20/2007
#1179                                Book Value              $0.00

Debtor   **KMCO, LLC**
_____   Case number (if known)   **20-60028**
Name

**Flame Arrestor**
7/25/2007
#1180                                                                    Book Value                              $0.00

**Pollution Control Equip**
7/1/2007
#1181                                                                    Book Value                              $0.00

**Pollution Control Equip**
7/16/2007
#1182                                                                    Book Value                              $0.00

**4 Used Exchangers**
7/12/2007
#1183                                                                    Book Value                              $0.00

**Transportation Cart**
8/23/2007
#1184                                                                    Book Value                              $0.00

**Transportation Cart**
8/23/2007
#1185                                                                    Book Value                              $0.00

**Transportation Cart**
8/23/2007
#1186                                                                    Book Value                              $0.00

**Transportation Cart**
8/23/2007
#1187                                                                    Book Value                              $0.00

**Used Vessel**
8/8/2007
#1192                                                                    Book Value                              $0.00

**Used Vessel**
8/8/2007
#1193                                                                    Book Value                              $0.00

**Used Vessel**
8/8/2007
#1194                                                                    Book Value                              $0.00

**Used Vessel**
8/8/2007
#1195                                                                    Book Value                              $0.00

**Used Pump**
8/1/2007
#1196                                                                    Book Value                              $0.00

**Various Pollution Control**
8/1/2007
#1197                                                                    Book Value                              $0.00

**2-95000 Gal. Tank**
9/1/2007
#1202                                                                    Book Value                              $0.00

**2-95000 Gal. Tanks**
9/1/2007
#1203                                                                    Book Value                              $0.00

**2-95000 Gal Tanks**
9/1/2007
#1204                                                                    Book Value                              $0.00

Debtor      **KMCO, LLC**                                    Case number (if known)   **20-60028**
_____                          _____
Name

**2-95000 Gal. Tanks**
9/1/2007
#1205 _____    _____    Book Value    _____    $0.00

**3 16X42 Steel Tanks**
9/1/2007
#1206 _____    _____    Book Value    _____    $0.00

**3 16X42 Steel Tanks**
9/1/2007
#1207 _____    _____    Book Value    _____    $0.00

**3 16X42 Steel Tanks**
9/1/2007
#1208 _____    _____    Book Value    _____    $0.00

**3 16X42 Steel Tanks**
9/1/2007
#1209 _____    _____    Book Value    _____    $0.00

**Oscillating Monitor**
9/1/2007
#1210 _____    _____    Book Value    _____    $0.00

**1200 & 1000 Gal. Vessel**
9/1/2007
#1211 _____    _____    Book Value    _____    $0.00

**3 Storage Tanks**
9/11/2007
#1212 _____    _____    Book Value    _____    $0.00

**3 Storage Tanks**
9/11/2007
#1213 _____    _____    Book Value    _____    $0.00

**3 Storage Tanks**
9/11/2007
#1214 _____    _____    Book Value    _____    $0.00

**3 Storage Tanks**
9/11/2007
#1215 _____    _____    Book Value    _____    $0.00

**Durco Stainless Pump**
3/2/2007
#1216 _____    _____    Book Value    _____    $0.00

**930 Gal. Stainless Vessel**
8/8/2007
#1217 _____    _____    Book Value    _____    $0.00

**Used Exchanger**
4/11/2007
#1218 _____    _____    Book Value    _____    $0.00

**Retube Exchanger**
9/1/2007
#1219 _____    _____    Book Value    _____    $0.00

**Liquid Ring Vacuum Pump**
9/1/2007
#1220 _____    _____    Book Value    _____    $0.00

**2 Dynapumps**
9/1/2007
#1221 _____    _____    Book Value    _____    $0.00

Debtor    **KMCO, LLC**                                          Case number (if known) **20-60028**
                Name

**Chiller**
**9/12/2007**
**#1222**                                                        Book Value                          $0.00

**Used Exchanger**
**9/17/2007**
**#1223**                                                        Book Value                          $0.00

**Liquid Ring Vacuum Pump**
**9/5/2007**
**#1224**                                                        Book Value                          $0.00

**Filter Housing**
**9/20/2007**
**#1226**                                                        Book Value                          $0.00

**Pollution Control**
**9/1/2007**
**#1227**                                                        Book Value                          $0.00

**Ottawa Plant Mule**
**10/9/2007**
**#1228**                                                        Book Value                          $0.00

**Ottawa Plant Muile**
**10/9/2007**
**#1229**                                                        Book Value                          $0.00

**Opttawa Plant Mule**
**10/9/2007**
**#1230**                                                        Book Value                          $0.00

**Ottawa Plant Mule**
**10/9/2007**
**#1231**                                                        Book Value                          $0.00

**Cartridge Filter**
**10/1/2007**
**#1233**                                                        Book Value                          $0.00

**Baldor Motor**
**10/5/2007**
**#1234**                                                        Book Value                          $0.00

**Baldor Motor**
**10/5/2007**
**#1235**                                                        Book Value                          $0.00

**Baldor Motor**
**10/5/2007**
**#1236**                                                        Book Value                          $0.00

**Baldor Motor**
**10/5/2007**
**#1237**                                                        Book Value                          $0.00

**Vortex Flowmeter**
**10/1/2007**
**#1238**                                                        Book Value                          $0.00

**Heat Exchanger**
**10/23/2007**
**#1239**                                                        Book Value                          $0.00

**Heat Exchanger**
**10/8/2007**
**#1240**                                                        Book Value                          $0.00

Debtor __**KMCO, LLC**_____     Case number (if known) __**20-60028**_____
        Name

**Durco Pump**
10/12/2007
#1241 _____ _____ Book Value _____ $0.00

**Fin Fan**
10/1/2007
#1242 _____ _____ Book Value _____ $0.00

**Compressor**
10/10/2007
#1243 _____ _____ Book Value _____ $0.00

**2 Used Exchangers**
10/1/2007
#1244 _____ _____ Book Value _____ $0.00

**Remote  Monitor**
10/12/2007
#1245 _____ _____ Book Value _____ $0.00

**Titrator**
10/1/2007
#1246 _____ _____ Book Value _____ $0.00

**Eep Loading Walkway**
11/8/2007
#1251 _____ _____ Book Value _____ $0.00

**Vacuum Pump**
11/7/2007
#1252 _____ _____ Book Value _____ $0.00

**Vacuum Pump**
11/1/2007
#1253 _____ _____ Book Value _____ $0.00

**New Malaic Tank**
11/20/2007
#1254 _____ _____ Book Value _____ $0.00

**Cooling Tower Kit**
11/15/2007
#1255 _____ _____ Book Value _____ $0.00

**Blackmer Pump**
11/13/2007
#1256 _____ _____ Book Value _____ $0.00

**Centrifuge**
11/1/2007
#1257 _____ _____ Book Value _____ $0.00

**Polluition Control**
11/20/2007
#1259 _____ _____ Book Value _____ $0.00

**Used Exchanger**
12/1/2007
#1261 _____ _____ Book Value _____ $0.00

**Flowtube/Transmitter**
12/1/2007
#1262 _____ _____ Book Value _____ $0.00

**Used Exchanger**
12/1/2007
#1263 _____ _____ Book Value _____ $0.00

Debtor **KMCO, LLC** _____  Case number (if known) **20-60028** _____
Name

**1988 Equipment Additions**
1/15/1988
#1264                                                              Book Value                                $0.00

**1991 Equip. Additions**
1/15/1991
#1265                                                              Book Value                                $0.00

**1992 Equip. Additions**
1/15/1992
#1266                                                              Book Value                                $0.00

**1993 Equip. Additions**
1/15/1993
#1267                                                              Book Value                                $0.00

**1989 Equip. Additions**
1/15/1989
#1268                                                              Book Value                                $0.00

**1975-1980 Equip Additions**
1/1/1980
#1269                                                              Book Value                                $0.00

**Adipure J5 Cip**
12/31/2007
#1271                                                              Book Value                                $0.00

**Infineum Rx1 Cip**
12/31/2007
#1272                                                              Book Value                                $0.00

**Huntsman Polyamide Cip**
12/31/2007
#1273                                                              Book Value                                $0.00

**Aminator Rx11 Cip**
12/31/2007
#1274                                                              Book Value                                $0.00

**Exxon Mobil Cip**
12/31/2007
#1275                                                              Book Value                                $0.00

**New Bldg. Addit-Cip**
12/31/2007
#1276                                                              Book Value                                $0.00

**Ross Erp Computer Systemj**
12/31/2007
#1277                                                              Book Value                                $0.00

**Old World/Huntsman Cip**
12/31/2007
#1278                                                              Book Value                                $0.00

**Used Surplus Mat'L**
1/1/2008
#1279                                                              Book Value                                $0.00

**Flowsensor&Transmitter**
1/1/2008
#1280                                                              Book Value                                $0.00

**Rotary Pump**
1/11/2008
#1281                                                              Book Value                                $0.00

Debtor    **KMCO, LLC**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯    Case number (if known)    **20-60028**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
         Name

**Pressure Filter**
**1/9/2008**
**#1282** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Pressure Filter**
**1/9/2008**
**#1283** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Flowtube**
**1/1/2008**
**#1284** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Sensor,Transmitter**
**1/1/2008**
**#1285** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Pvc Fil Retrofit Kit**
**1/1/2008**
**#1286** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Dehumidifier**
**1/30/2008**
**#1287** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Rudd 5 Ton A/C Unit**
**1/9/2008**
**#1288** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Air Compressor**
**2/1/2008**
**#1289** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Truck Scale**
**2/21/2008**
**#1290** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Durco Stainless Pump**
**2/21/2008**
**#1291** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Burner Install**
**2/8/2008**
**#1292** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Hot Oil Heater Controls**
**2/1/2008**
**#1293** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Gear Pumping Unit**
**2/22/2008**
**#1294** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**2 Used Columns,Vessels**
**3/1/2008**
**#1297** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**2 Flow Sensors**
**3/1/2008**
**#1298** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Centrifugal Pump**
**3/13/2008**
**#1299** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

**Used Pumps&Exchangers**
**3/4/2008**
**#1300** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **Book Value** ⎯⎯⎯⎯⎯⎯⎯⎯ **$0.00**

Debtor   **KMCO, LLC**                                     Case number (if known)   **20-60028**
Name

**Control Valve**
3/17/2008
#1301                                              Book Value                        $0.00

**Wide Line Inducer**
3/24/2008
#1302                                              Book Value                        $0.00

**Rail Expansion Envir.**
3/1/2008
#1303                                              Book Value                        $0.00

**1975-1980 Equip Additions**
1/1/1980
#1304                                              Book Value                        $0.00

**12 X 12 Metal Bldg**
4/1/2008
#1305                                              Book Value                        $0.00

**Impeller For Durco Pump**
4/14/2008
#1306                                              Book Value                        $0.00

**Roper Pumping Unit**
4/1/2008
#1307                                              Book Value                        $0.00

**Used Exchanger**
4/2/2008
#1308                                              Book Value                        $0.00

**Single Seal Viton**
4/1/2008
#1309                                              Book Value                        $0.00

**2 Storage Tanks**
4/15/2008
#1310                                              Book Value                        $0.00

**Level Transmitter**
4/10/2008
#1311                                              Book Value                        $0.00

**Stainless  Exchanger**
4/29/2008
#1312                                              Book Value                        $0.00

**Vacuum Tank-4500 Gal.**
10/1/2005
#1314                                              Book Value                        $0.00

**Fisher Control Valve**
5/9/2008
#1315                                              Book Value                        $0.00

**Environmental Work**
5/1/2008
#1316                                              Book Value                        $0.00

**Used 15,655 Gal. Vessel**
6/20/2008
#1317                                              Book Value                        $0.00

**Heat Exchanger**
6/25/2008
#1318                                              Book Value                        $0.00

Debtor __KMCO, LLC_____   Case number (if known) __20-60028_____
            Name

**Rail Expansion Envir.**
6/1/2008
#1320 _____ | _____ | Book Value | _____ $0.00

**Catalyst  Meter**
7/1/2008
#1321 _____ | _____ | Book Value | _____ $0.00

**Cooling Tower**
6/1/1999
#334 _____ $0.00 | Book Value | _____ $0.00

**Crne Chempump**
6/21/1999
#335 _____ $0.00 | Book Value | _____ $0.00

**Toshiba Motor**
7/16/2008
#1322 _____ | _____ | Book Value | _____ $0.00

**Vacuum Pump**
6/25/1999
#336 _____ $0.00 | Book Value | _____ $0.00

**Pollution Control**
7/1/2008
#1324 _____ | _____ | Book Value | _____ $0.00

**Mechanical Seal**
8/7/1997
#337 _____ $0.00 | Book Value | _____ $0.00

**Building For Rx Lab**
8/15/2008
#1325 _____ | _____ | Book Value | _____ $0.00

**3500 PSI Cat Pump**
9/17/1997
#338 _____ $0.00 | Book Value | _____ $0.00

**Generator-750 Kw Cat**
8/1/2008
#1326 _____ | _____ | Book Value | _____ $0.00

**Pipe Threading Machine**
9/18/1997
#339 _____ $0.00 | Book Value | _____ $0.00

**MBII Cartridge Seal Unit**
10/2/1997
#340 _____ $0.00 | Book Value | _____ $0.00

**Chem Pump**
8/29/2008
#1327 _____ | _____ | Book Value | _____ $0.00

**Overhaul Kit**
10/24/1997
#341 _____ $0.00 | Book Value | _____ $0.00

**4 Storage Tanks**
8/11/2008
#1328 _____ | _____ | Book Value | _____ $0.00

**A/C Package**
10/9/1997
#342 _____ $0.00 | Book Value | _____ $0.00

Debtor    **KMCO, LLC**
Name

Case number (if known)    **20-60028**

**Pollution Control**
8/1/2008
#1329 | | Book Value | $0.00

**Pressure Transmitter**
10/14/1997
#343 | $0.00 | Book Value | $0.00

**2 Work Carts**
8/15/2008
#1330 | | Book Value | $0.00

**2 In. Pump**
9/18/2008
#1331 | | Book Value | $0.00

**Gear Pump**
11/13/1997
#344 | $0.00 | Book Value | $0.00

**Reliance 50 HP Motor**
11/13/1997
#345 | $0.00 | Book Value | $0.00

**Used Exchanger**
9/1/2008
#1332 | | Book Value | $0.00

**Baldor Motor**
9/30/2008
#1333 | | Book Value | $0.00

**Flow Sensor & Transmitter**
9/1/2008
#1334 | | Book Value | $0.00

**Pollution Control**
9/9/2008
#1335 | | Book Value | $0.00

**Tandem Bellows**
3/18/1998
#348 | $0.00 | Book Value | $0.00

**Alarm System**
9/4/2008
#1336 | | Book Value | $0.00

**Air Compressor**
3/26/1998
#349 | $0.00 | Book Value | $0.00

**Air Compressor**
10/8/2008
#1337 | | Book Value | $0.00

**40 HP GE Motor**
10/10/2008
#1338 | | Book Value | $0.00

**Roper Pump**
4/8/1998
#350 | $0.00 | Book Value | $0.00

**Heat Exchanger**
10/14/2008
#1339 | | Book Value | $0.00

Debtor   **KMCO, LLC**
_____   Case number (if known)  __20-60028__
Name

**Hydracell Pump**
10/23/2008
#1340 _____   _____   Book Value   _____ $0.00

**Used Exchanger**
10/28/2008
#1341 _____   _____   Book Value   _____ $0.00

**Flowtube**
10/24/2008
#1342 _____   _____   Book Value   _____ $0.00

**Transmitter**
10/29/2008
#1343 _____   _____   Book Value   _____ $0.00

**7 Used Reactors**
11/3/2008
#1346 _____   _____   Book Value   _____ $0.00

**Instrumentation**
11/7/2008
#1347 _____   _____   Book Value   _____ $0.00

**New Locomotive**
12/31/2008
#1348 _____   _____   Book Value   $100,000.00

**New Rail Project**
12/31/2008
#1349 _____   _____   Book Value   _____ $0.00

**Used Pumps**
11/20/2008
#1350 _____   _____   Book Value   _____ $0.00

**Vacuum Eductor**
12/9/2008
#1351 _____   _____   Book Value   _____ $0.00

**Mitsubishi Forklift**
12/18/2008
#1352 _____   _____   Book Value   _____ $0.00

**Used Exchanger**
12/5/2008
#1353 _____   _____   Book Value   _____ $0.00

**Used Exchanger**
12/10/2008
#1354 _____   _____   Book Value   _____ $0.00

**Used Exchanger**
12/10/2008
#1355 _____   _____   Book Value   _____ $0.00

**H-6 Reactor Cip**
12/31/2008
#1357 _____   _____   Book Value   _____ $0.00

**Stainless Filter**
12/23/2008
#1358 _____   _____   Book Value   _____ $0.00

**Rail Project**
12/3/2008
#1359 _____   _____   Book Value   _____ $0.00

Debtor      **KMCO, LLC**
_____      Case number (if known)   **20-60028**
Name

**1700 Tank Farm Cip**
12/31/2008
#1360                                                                          Book Value                        $0.00

**Eductor**
1/1/2009
#1361                                                                          Book Value                        $0.00

**4 Four In. Pumps**
1/1/2009
#1362                                                                          Book Value                        $0.00

**Flow Meter**
4/23/1998
#351                                                     $0.00      Book Value                        $0.00

**Used Atlas 375 Compressor**
1/22/2009
#1363                                                                          Book Value                        $0.00

**2 Durco Pumps**
1/28/2009
#1364                                                                          Book Value                        $0.00

**Scale**
5/26/1998
#354                                                     $0.00      Book Value                        $0.00

**Fisher Regulator**
1/22/2009
#1365                                                                          Book Value                        $0.00

**Portable Bldg.**
6/11/1998
#355                                                     $0.00      Book Value                        $0.00

**Pressure Transmitter**
6/11/1998
#356                                                     $0.00      Book Value                        $0.00

**Autotitrator**
1/1/2009
#1366                                                                          Book Value                        $0.00

**Concrete Work-Drain**
1/20/2009
#1367                                                                          Book Value                        $0.00

**Tank**
6/29/1998
#358                                                     $0.00      Book Value                        $0.00

**Egr Regulator-Boiler**
2/23/2009
#1368                                                                          Book Value                        $0.00

**Shaft & Bearing Set**
6/19/1998
#359                                                     $0.00      Book Value                        $0.00

**Boiler Feedwater  Pump**
2/13/2009
#1369                                                                          Book Value                        $0.00

**Cross Hinds Grounding**
6/30/1998
#360                                                     $0.00      Book Value                        $0.00

Debtor    **KMCO, LLC**
_____          Case number (if known)   **20-60028**
Name

**H-11 Chage Meter**
2/11/2009
#1370                                          Book Value                         $0.00

**Donovan Meter**
7/13/1998
#361                        $0.00          Book Value                         $0.00

**Plastic Tank**
8/5/1998
#362                        $0.00          Book Value                         $0.00

**2 Fin Fans**
2/1/2009
#1371                                          Book Value                         $0.00

**Cf Ball Valve**
8/21/1998
#363                        $0.00          Book Value                         $0.00

**MB 11 Cartridge Seal**
11/16/1998
#364                        $0.00          Book Value                         $0.00

**Air Compressor**
1/15/1999
#365                        $0.00          Book Value                         $0.00

**PDN 4009**
1/10/1999
#366                        $0.00          Book Value                         $0.00

**Heat Exchanger**
4/13/1999
#367                        $0.00          Book Value                         $0.00

**Griswold Pump**
5/5/1999
#368                        $0.00          Book Value                         $0.00

**Pollution Control**
2/1/2009
#1372                                          Book Value                         $0.00

**End Gate Valve**
5/19/1999
#369                        $0.00          Book Value                         $0.00

**C Transport Software**
2/1/2009
#1373                                          Book Value                         $0.00

**Cooling Tower**
6/1/1999
#370                        $0.00          Book Value                         $0.00

**Piers For New Filter Pres**
3/24/2009
#1374                                          Book Value                         $0.00

**Shaft Set**
6/21/1999
#371                        $0.00          Book Value                         $0.00

**Forms & Rebar**
3/24/2009
#1375                                          Book Value                         $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)   **20-60028**
_____                                          _____
Name

**2 Used Exchangers**
4/23/2009
#1376                                          Book Value                              $0.00

**SS Used Exchanger**
4/20/2009
#1377                                          Book Value                              $0.00

**Sawdust**
4/8/2009
#1378                                          Book Value                              $0.00

**Septic Work Behind Admin**
4/6/2009
#1379                                          Book Value                              $0.00

**Used Exchanger**
5/27/2009
#1380                                          Book Value                              $0.00

**4 Carbon Steel Tank**
5/1/2009
#1381                                          Book Value                              $0.00

**Carrier Ac/Heating Syster**
5/6/2009
#1382                                          Book Value                              $0.00

**Marine Sawdust**
5/12/2009
#1383                                          Book Value                              $0.00

**Used Reactors**
6/1/2009
#1384                                          Book Value                              $0.00

**Used Exchanger**
6/15/2009
#1385                                          Book Value                              $0.00

**Sawdust-Poll.Control**
6/23/2009
#1386                                          Book Value                              $0.00

**1975-1980 Equip Additions**
1/1/1980
#1387                                          Book Value                              $0.00

**1991 Equip. Additions**
1/15/1991
#1388                                          Book Value                              $0.00

**Plant Alarm System**
7/1/2009
#1390                                          Book Value                              $0.00

**N.E. Boiler Rework**
8/1/2009
#1391                                          Book Value                              $0.00

**Heat Exchanger**
8/22/2009
#1392                                          Book Value                              $0.00

**Heat Exchanger**
8/18/2009
#1393                                          Book Value                              $0.00

Debtor    **KMCO, LLC**
　　　　　Name

Case number (if known)   **20-60028**

**Marine Sawdust**
8/14/2009
#1394                                                              Book Value                          $0.00

**Liquid Ring Vac.Pump**
9/2/2009
#1395                                                              Book Value                          $0.00

**45 Ton Carrier Chiller**
9/1/2009
#1396                                                              Book Value                          $0.00

**Centrifugl Pump**
9/28/2009
#1397                                                              Book Value                          $0.00

**Road Repair @ Eng.Bldg**
10/18/2009
#1398                                                             Book Value                          $0.00

**U Tube Exchanger**
10/2/2009
#1399                                                             Book Value                          $0.00

**Used Agitator**
10/23/2009
#1400                                                             Book Value                          $0.00

**Micro Motion Sensor**
10/12/2009
#1401                                                             Book Value                          $0.00

**Marine Sawdust**
10/12/2009
#1402                                                             Book Value                          $0.00

**Rotary Piston Pump**
11/18/2009
#1403                                                             Book Value                          $0.00

**Rotary Piston Pump**
11/6/2009
#1404                                                             Book Value                          $0.00

**7800 Gal. Storage Tank**
11/24/2009
#1405                                                             Book Value                          $0.00

**Used Pumps**
11/1/2009
#1407                                                             Book Value                          $0.00

**Roof For Dist. 1**
12/29/2009
#1408                                                             Book Value                          $0.00

**Sensor**
6/21/1999
#372                                         $0.00                Book Value                          $0.00

**Used Tanks**
12/1/2009
#1409                                                             Book Value                          $0.00

**Roper Pump**
6/21/1999
#373                                         $0.00                Book Value                          $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Storage Tanks**
12/15/2009
#1410 | | Book Value | $0.00

**Storge Tank**
12/15/2009
#1411 | | Book Value | $0.00

**Sawdust**
12/9/2009
#1412 | | Book Value | $0.00

**Cip-Afton Pp05**
12/31/2009
#1413 | | Book Value | $0.00

**Cip-Close Km2024**
12/31/2009
#1414 | | Book Value | $0.00

**Cip-Close Huntsman Xtf947**
12/31/2009
#1415 | | Book Value | $0.00

**Used Exchanger**
1/7/2010
#1416 | | Book Value | $0.00

**2 Process Pumps**
1/5/2010
#1417 | | Book Value | $0.00

**Stainless Steel Tank**
1/25/2010
#1418 | | Book Value | $0.00

**Sawdust**
2/22/2010
#1419 | | Book Value | $0.00

**Durco Pump**
3/26/2010
#1420 | | Book Value | $0.00

**Security Cameras**
3/1/2010
#1421 | | Book Value | $0.00

**50 Hp Motor**
4/1/2010
#1422 | | Book Value | $0.00

**Cone Btm Tank**
4/21/2010
#1423 | | Book Value | $0.00

**Sand**
4/1/2010
#1424 | | Book Value | $0.00

**Crushed Concrete**
4/7/2010
#1425 | | Book Value | $0.00

**Concrete**
4/27/2010
#1426 | | Book Value | $0.00

| Debtor | **KMCO, LLC** | | Case number (if known) | **20-60028** |
| | Name | | | |

**Donovan 3# Meter**
5/14/1999
#374 | | $0.00 | Book Value | | $0.00

**Close Fire Water Pond**
12/31/2005
#1430 | | | Book Value | | $0.00

**Cooling Tower**
9/2/1997
#375 | | $0.00 | Book Value | | $0.00

**3.5 Ton Carrier A/C**
5/19/2010
#1431 | | | Book Value | | $0.00

**Chromotograph**
11/17/1998
#376 | | $0.00 | Book Value | | $0.00

**Change Room**
5/17/2010
#1432 | | | Book Value | | $0.00

377Spectrometer12/18/1998 | | $0.00 | Book Value | | $0.00

**Roadway To Rx1**
5/22/2010
#1433 | | | Book Value | | $0.00

**Labor For Scrubber System**
12/31/1994
#379 | | $0.00 | Book Value | | $0.00

**Sorb All Sawdust**
5/15/2010
#1434 | | | Book Value | | $0.00

**1984 Equip. Additions**
1/15/1984
#1435 | | | Book Value | | $0.00

**Labor For Digestion Syste**
12/31/1994
#380 | | $0.00 | Book Value | | $0.00

**Vacuum Recovery Labor**
12/31/1994
#381 | | $0.00 | Book Value | | $0.00

**Used Exchanger**
6/10/2010
#1437 | | | Book Value | | $0.00

**Open Top Tank**
11/15/1995
#382 | | $0.00 | Book Value | | $0.00

**100.5 Ton Carrydeck Crane**
6/1/2010
#1438 | | | Book Value | | $0.00

**16 Boxes Mark 2**
9/22/1997
#383 | | $0.00 | Book Value | | $0.00

**Drainage Work-Chiller**
6/15/2010
#1439 | | | Book Value | | $0.00

Debtor    **KMCO, LLC**
Name        Case number (if known)   **20-60028**

**C-1000 Mark 2**
11/25/1997
#384      $0.00    Book Value      $0.00

**Adt Security System**
7/1/2010
#1441    Book Value      $0.00

**1600 Mark 2 Pails**
1/26/1998
#385      $0.00    Book Value      $0.00

**Used Exchanger**
7/19/2010
#1442    Book Value      $0.00

**Stainless Storage Tank**
7/7/2010
#1444    Book Value      $0.00

**40 Boxes Mark 2 Pails**
3/31/1998
#386      $0.00    Book Value      $0.00

**Sawdust**
7/13/2010
#1445    Book Value      $0.00

**40 Boxes Mark 2 Pails**
5/31/1998
#387      $0.00    Book Value      $0.00

**Sawdust**
8/17/2010
#1446    Book Value      $0.00

**Air Monitor**
12/1/1998
#388      $0.00    Book Value      $0.00

**Main Gate Upgrade**
9/22/2010
#1447    Book Value      $0.00

**X-Ray Spectrometer**
8/20/1997
#389      $0.00    Book Value      $0.00

**Diesel Boom Lift**
9/21/2010
#1448    Book Value      $0.00

**X-Ray Spectrometer**
12/10/1997
#390      $0.00    Book Value      $0.00

**Standby Generator**
9/22/2010
#1449    Book Value      $0.00

**Tax On X-Ray Spectrometer**
3/27/1998
#391      $0.00    Book Value      $0.00

**Gas Chromotgraph**
9/7/2010
#1450    Book Value      $0.00

Debtor    **KMCO, LLC**
_____
Name

Case number (if known)    **20-60028**
_____

**Pm Cond. Motor**
4/28/1998
#392                                          $0.00        Book Value                        $0.00

**Sawdust,Rebar**
9/22/2010
#1451                                                        Book Value                        $0.00

**Air Monitor**
12/1/1998
#393                                          $0.00        Book Value                        $0.00

**1984 Equip. Additions**
1/15/1984
#1452                                                        Book Value                        $0.00

**486Slc 2-66 System**
10/28/1994
#395                                          $0.00        Book Value                        $0.00

**Micro Motion Sensor**
10/28/2010
#1453                                                        Book Value                        $0.00

**Two Used Exchangers**
11/4/2010
#1454                                                        Book Value                        $0.00

**Detroit Fire Pump**
11/11/2010
#1455                                                        Book Value                        $0.00

**Used Exchanger**
11/4/2010
#1456                                                        Book Value                        $0.00

**Maag Pump**
10/13/2010
#1457                                                        Book Value                        $0.00

**Two Control Valves**
12/17/2010
#1458                                                        Book Value                        $0.00

**Fire Pump Controller**
12/20/2010
#1460                                                        Book Value                        $0.00

**Used 600 Gal. Vessel**
12/20/2010
#1461                                                        Book Value                        $0.00

**Used Tank-9700 Gal.**
12/20/2010
#1462                                                        Book Value                        $0.00

**Used 600 Gal. Vessel**
12/20/2010
#1463                                                        Book Value                        $0.00

**To Close Afton Polysulfid**
12/31/2010
#1464                                                        Book Value                        $0.00

**To Close F7/F8 Cip**
12/1/2010
#1465                                                        Book Value                        $0.00

Debtor __**KMCO, LLC**_____     Case number (if known) __**20-60028**_____
      Name

**To Close  Exxn Mobil Susp**
12/1/2010
#1466 _____  _____  Book Value _____  $0.00

**Afton Pp05 Cip Proj.**
12/1/2010
#1467 _____  _____  Book Value _____  $0.00

**Air Compressor**
1/17/2011
#1468 _____  _____  Book Value _____  $0.00

**Vacuum Skid**
12/31/2010
#1469 _____  _____  Book Value _____  $0.00

**Parking Lot Repair**
2/28/2011
#1470 _____  _____  Book Value _____  $0.00

**Spectrometer**
1/24/2011
#1471 _____  _____  Book Value _____  $0.00

**Stainless Steel Tank**
3/1/2011
#1472 _____  _____  Book Value _____  $0.00

**Rain Drainage Sump**
3/29/2011
#1473 _____  _____  Book Value _____  $0.00

**Tree Seedlings**
3/28/2011
#1474 _____  _____  Book Value _____  $0.00

**Used Surplus Mat'L**
1/1/2008
#1475 _____  _____  Book Value _____  $0.00

**Cooling Tower Repairs**
3/30/2011
#1476 _____  _____  Book Value _____  $0.00

**Stainless Tank-9400 Gal**
4/5/2011
#1477 _____  _____  Book Value _____  $0.00

**Dist. Column W/Packing**
3/31/2011
#1478 _____  _____  Book Value _____  $0.00

**Portable Building**
5/17/2011
#1479 _____  _____  Book Value _____  $0.00

**Stainless Steel Vessel**
5/18/2011
#1480 _____  _____  Book Value _____  $0.00

**Welding Machine**
5/27/2011
#1481 _____  _____  Book Value _____  $0.00

**Exchanger Head**
4/28/2011
#1482 _____  _____  Book Value _____  $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)   **20-60028**
                Name

**Used Stainless Exchanger**
6/3/2011
#1483                                                        Book Value                    $0.00

**Heat Exchanger**
6/1/2011
#1484                                                        Book Value                    $0.00

**Platter Scanner**
6/1/2011
#1485                                                        Book Value                    $0.00

**Air Fin Coolers(7)**
7/1/2011
#1486                                                        Book Value                    $0.00

**Railroad Crossties**
7/1/2011
#1487                                                        Book Value                    $0.00

**Walk In Freezer**
7/1/2011
#1488                                                        Book Value                    $0.00

**Heat Exchanger**
8/1/2011
#1489                                                        Book Value                    $0.00

**Concrete Work-Aug.**
8/1/2011
#1490                                                        Book Value                    $0.00

**Agitator Shaft**
9/1/2011
#1491                                                        Book Value                    $0.00

**Agitator Shaft**
9/1/2011
#1492                                                        Book Value                    $0.00

**Stainless Steel Tank**
9/13/2011
#1493                                                        Book Value                    $0.00

**Compressor**
9/1/2011
#1494                                                        Book Value                    $0.00

**Concrete And Rebar**
9/1/2011
#1497                                                        Book Value                    $0.00

**Used Exchanger**
10/1/2011
#1498                                                        Book Value                    $0.00

**Used Vessel**
10/1/2011
#1499                                                        Book Value                    $0.00

**Used Exchanger**
10/1/2011
#1500                                                        Book Value                    $0.00

**Used SS Tank**
10/7/2011
#1501                                                        Book Value                    $0.00

Debtor __KMCO, LLC_____     Case number (if known) __20-60028__
         Name

**Storage Remoite**
10/1/2011
#1503 _____ _____  Book Value _____ $0.00

**32 AC.Tipton Walker Srvey**
12/26/1995
#438 _____ $0.00  Book Value _____ $0.00

**Condensation Unit-Freezer**
10/3/2011
#1504 _____ _____  Book Value _____ $0.00

**Concrete Slab W/ Piers**
10/25/2011
#1505 _____ _____  Book Value _____ $0.00

**Sales Ofc. FM 1960W**
5/25/1999
#439 _____ $0.00  Book Value _____ $0.00

**Analyst 200**
10/1/2011
#1506 _____ _____  Book Value _____ $0.00

**Roof For S&R Dist 2**
3/3/1999
#440 _____ $0.00  Book Value _____ $0.00

**Scroll York Chiller**
11/1/2011
#1507 _____ _____  Book Value _____ $0.00

**1975-1994 Land Additions**
7/1/1975
#441 _____ $0.00  Book Value _____ $0.00

**Blasting Shed Pad**
11/2/2011
#1508 _____ _____  Book Value _____ $0.00

**1975-1980 Equip Additions**
1/1/1980
#1509 _____ _____  Book Value _____ $0.00

**1978 Additions**
7/1/1978
#442 _____ $0.00  Book Value _____ $0.00

**Ali 12  System**
12/1/2011
#1510 _____ _____  Book Value _____ $0.00

**1980 Additions**
7/1/1980
#443 _____ $0.00  Book Value _____ $0.00

**Cip-Dow Nop**
12/31/2011
#1511 _____ _____  Book Value _____ $0.00

**1983 Additions**
7/1/1983
#444 _____ $0.00  Book Value _____ $0.00

**Cip Afton H3193**
12/31/2011
#1512 _____ _____  Book Value _____ $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**1984 Additions**
7/1/1984
#445 | | $0.00 | Book Value | $0.00

**Cip-Afton Pp05**
12/31/2011
#1513 | | | Book Value | $0.00

**Cip-Afton Polysulfide**
12/31/2011
#1514 | | | Book Value | $0.00

**1985 Additions**
7/1/1985
#446 | | $0.00 | Book Value | $0.00

**Cip Km 2024 Wash System**
12/31/2011
#1515 | | | Book Value | $0.00

**1986 Additions**
7/1/1986
#447 | | $0.00 | Book Value | $0.00

**Cip-Elevance**
12/31/2011
#1518 | | | Book Value | $0.00

**1987 Additions**
7/1/1987
#448 | | $0.00 | Book Value | $0.00

**Cip-Catalyst-Pmne**
12/31/2011
#1519 | | | Book Value | $0.00

**1988 Additions**
7/1/1988
#449 | | $0.00 | Book Value | $0.00

**Cip-Huntsman Surfonic**
12/31/2011
#1520 | | | Book Value | $0.00

**1989 Additions**
7/1/1989
#450 | | $0.00 | Book Value | $0.00

**Cip-Vorasurf**
12/31/2011
#1521 | | | Book Value | $0.00

**Cip-=Lubrizol**
12/31/2011
#1522 | | | Book Value | $0.00

**1990 Additions**
7/1/1990
#451 | | $0.00 | Book Value | $0.00

**Hcc Closing Device**
12/7/2011
#1523 | | | Book Value | $0.00

**1991 Additions**
7/1/1991
#452 | | $0.00 | Book Value | $0.00

Debtor __**KMCO, LLC**_____     Case number (if known)   **20-60028**_____
　　　　　Name

**York Chiller**
12/19/2011
#1524 _____ |_____ | Book Value _____ | $0.00

**1992 Additions**
7/1/1992
#453 _____ | $0.00 | Book Value _____ | $0.00

**Rx-11 Work E3 Filter Pr**
12/28/2011
#1525 _____ |_____ | Book Value _____ | $0.00

**1984 Additions F&F**
7/1/1984
#455 _____ | $0.00 | Book Value _____ | $0.00

**Enlarge Area Dy**
12/28/2011
#1526 _____ |_____ | Book Value _____ | $0.00

**1985 Additions F&F**
7/1/1985
#456 _____ | $0.00 | Book Value _____ | $0.00

**1975-1980 Equip Additions**
1/1/1980
#1527 _____ |_____ | Book Value _____ | $0.00

**1986 Additions F&F**
7/1/1986
#457 _____ | $0.00 | Book Value _____ | $0.00

**Used 90 Ton Grove Crane**
1/18/2012
#1528 _____ |_____ | Book Value _____ | $0.00

**1987 Additions F&F**
7/1/1987
#458 _____ | $0.00 | Book Value _____ | $0.00

**Termpered Water Pad**
1/10/2012
#1530 _____ |_____ | Book Value _____ | $0.00

**1988 Additions F&F**
7/1/1988
#459 _____ | $0.00 | Book Value _____ | $0.00

**Heat Exchanger**
2/14/2012
#1532 _____ |_____ | Book Value _____ | $0.00

**1990 Additions F&F**
7/1/1990
#460 _____ | $0.00 | Book Value _____ | $0.00

**Gorman Pump**
2/20/2012
#1533 _____ |_____ | Book Value _____ | $0.00

**1991 Additions F&F**
7/1/1991
#461 _____ | $0.00 | Book Value _____ | $0.00

**Reman. Blower**
2/17/2012
#1534 _____ |_____ | Book Value _____ | $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**1991 Additions F&F**
7/1/1991
#462 | $0.00 | Book Value | $0.00

**Used Reactor**
2/20/2012
#1535 | | Book Value | $0.00

**Coiled Vessel 12X 35**
2/9/2012
#1536 | | Book Value | $0.00

**1992 Additions F&F**
7/1/1992
#463 | $0.00 | Book Value | $0.00

**Seal Support  System**
2/24/2012
#1537 | | Book Value | $0.00

**Filter Rebuild**
2/1/2012
#1538 | | Book Value | $0.00

**Autocad Licenses3**
2/3/2012
#1540 | | Book Value | $0.00

**1992 Additions F&F**
7/1/1992
#464 | $0.00 | Book Value | $0.00

**Drobo San Uard Drive**
2/7/2012
#1541 | | Book Value | $0.00

**1993 Additions F&F**
7/1/1993
#465 | $0.00 | Book Value | $0.00

**Durco Pump**
1/12/2012
#1542 | | Book Value | $0.00

**1993 Additions-F&F**
7/1/1993
#466 | $0.00 | Book Value | $0.00

**Exchanger Head Fab**
1/26/2012
#1543 | | Book Value | $0.00

**1994 Additions F&F**
7/1/1994
#467 | $0.00 | Book Value | $0.00

**Vacuum Pump**
1/4/2012
#1544 | | Book Value | $0.00

**1994 Additions - Comp**
7/1/1994
#468 | $0.00 | Book Value | $0.00

**Radar Transmitter**
1/13/2012
#1545 | | Book Value | $0.00

Debtor   **KMCO, LLC**   Case number (if known)   **20-60028**
   Name

**Control Valve**
1/18/2012
#1546 | | Book Value | $0.00

**1975-1980 Equip Additions**
1/1/1980
#469 | $0.00 | Book Value | $0.00

**Electric Heat System**
3/31/2012
#1547 | | Book Value | $0.00

**Power Upgrade Labor**
3/2/2012
#1548 | | Book Value | $0.00

**1981 Equip. Additions**
12/31/1980
#470 | $0.00 | Book Value | $0.00

**Flow Thru Sample Sys.**
3/28/2012
#1549 | | Book Value | $0.00

**Level Transmitter**
3/1/2012
#1550 | | Book Value | $0.00

**Carrier A/C System**
3/31/2012
#1552 | | Book Value | $0.00

**Labor For Tank Top,Vessel**
3/12/2012
#1553 | | Book Value | $0.00

**1983 Equip. Additions**
12/30/1981
#471 | $0.00 | Book Value | $0.00

**Labor V4 & H7**
3/19/2012
#1554 | | Book Value | $0.00

**1983 Equip. Additions**
1/15/1983
#472 | $0.00 | Book Value | $0.00

**Labor V4 Eo Storage**
3/26/2012
#1555 | | Book Value | $0.00

**K11 Road Concrete**
3/19/2012
#1556 | | Book Value | $0.00

**1984 Equip. Additions**
1/15/1984
#473 | $0.00 | Book Value | $0.00

**Turndown Shaft**
4/1/2012
#1560 | | Book Value | $0.00

**1985 Additions**
1/15/1985
#474 | $0.00 | Book Value | $0.00

Debtor **KMCO, LLC**
Name

Case number (if known) **20-60028**

**Maint. To Ne Boiler**
4/1/2012
#1561 | | Book Value | $0.00

**1986 Equip. Additions**
1/15/1986
#475 | $0.00 | Book Value | $0.00

**Honeywell Gp, Xmtr**
4/12/2012
#1562 | | Book Value | $0.00

**Support Beams For Air Fin Coolers**
4/1/2012
#1563 | | Book Value | $0.00

**1987 Equip. Additions**
1/15/1987
#476 | $0.00 | Book Value | $0.00

**Repair To Crane**
4/6/2012
#1564 | | Book Value | $0.00

**Mdx Configured System**
4/1/2012
#1565 | | Book Value | $0.00

**Labor-Global**
4/2/2012
#1566 | | Book Value | $0.00

**Labor-Global Welding**
4/9/2012
#1567 | | Book Value | $0.00

**Labor-Global**
4/16/2012
#1568 | | Book Value | $0.00

**La Bor-Global**
4/23/2012
#1569 | | Book Value | $0.00

**1988 Equipment Additions**
1/15/1988
#477 | $0.00 | Book Value | $0.00

**Project Scope Plan System**
4/19/2012
#1570 | | Book Value | $0.00

**Pip Standards**
4/17/2012
#1571 | | Book Value | $0.00

**1989 Equip. Additions**
1/15/1989
#478 | $0.00 | Book Value | $0.00

**Ross Erp 10 Users  Lic.**
4/1/2012
#1572 | | Book Value | $0.00

**1990 Equip. Additions**
1/15/1990
#479 | $0.00 | Book Value | $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Vortex Flowmeters-5**
5/1/2012
#1574 | | Book Value | $0.00

**1991 Equip. Additions**
1/15/1991
#480 | $0.00 | Book Value | $0.00

**Used Exchangers-2**
5/17/2012
#1575 | | Book Value | $0.00

**Electric Motor-60 Hp**
5/18/2012
#1576 | | Book Value | $0.00

**1992 Equip. Additions**
1/15/1992
#481 | $0.00 | Book Value | $0.00

**Multicoupler**
5/2/2012
#1577 | | Book Value | $0.00

**1993 Equip. Additions**
1/15/1993
#482 | $0.00 | Book Value | $0.00

**Combiner**
5/3/2012
#1578 | | Book Value | $0.00

**1994 Equip. Additions**
1/15/1994
#483 | $0.00 | Book Value | $0.00

**Watt Repeater**
5/2/2012
#1579 | | Book Value | $0.00

**1997 Adjustments-Equip.**
1/15/1997
#484 | $0.00 | Book Value | $0.00

**1997 F&F Additions**
1/15/1997
#485 | $0.00 | Book Value | $0.00

**Heat Exchanger**
8/9/1999
#488 | $0.00 | Book Value | $0.00

**Used Agitator**
8/1/1999
#489 | $0.00 | Book Value | $0.00

**Surpus Material**
8/21/1999
#490 | $0.00 | Book Value | $0.00

**Storage Tank**
9/1/1999
#491 | $0.00 | Book Value | $0.00

**Heat Exchanger**
8/9/1999
#492 | $0.00 | Book Value | $0.00

| Debtor | KMCO, LLC | Case number (if known) | 20-60028 |
|---|---|---|---|
| | Name | | |

**Used Agitator**
8/1/1999
#493       $0.00      Book Value      $0.00

**Surplus Material**
8/21/1999
#494       $0.00      Book Value      $0.00

**Heat Exchanger**
8/9/1999
#495       $0.00      Book Value      $0.00

**Surplus Material**
8/21/1999
#496       $0.00      Book Value      $0.00

**Donovan 3# Meter**
7/7/1999
#497       $0.00      Book Value      $0.00

**Roper Pump**
7/7/1999
#498       $0.00      Book Value      $0.00

**Transmitter**
7/14/1999
#499       $0.00      Book Value      $0.00

**45 Ton Chiller**
7/21/1999
#500       $0.00      Book Value      $0.00

**Heat Exchanger**
8/9/1999
#501       $0.00      Book Value      $0.00

**Used Agitator**
8/1/1999
#502       $0.00      Book Value      $0.00

**Surplus Material**
8/21/1999
#503       $0.00      Book Value      $0.00

**2 Tanks W/Steam Coils**
9/1/1999
#504       $0.00      Book Value      $0.00

**Grove Model AP308**
9/29/1999
#505       $0.00      Book Value      $0.00

**Groves Model AP308**
9/29/1999
#506       $0.00      Book Value      $0.00

**Groves Model AP308**
9/29/1999
#507       $0.00      Book Value      $0.00

**Grove Model AP308**
9/29/1999
#508       $0.00      Book Value      $0.00

**Titrator**
8/10/1999
#509       Book Value      $0.00

Debtor __KMCO, LLC__                                    Case number (if known) __20-60028__
Name

**Titrator,2 Burette Drive**
9/2/1999
#510                                                    Book Value                    $0.00

**Lap Top Comp.For Willie**
9/16/1999
#512                                                    Book Value                    $0.00

**Network Computer**
9/27/1999
#513                                                    Book Value                    $0.00

**Varec 3# Flame Arrstr**
10/6/1999
#514                                                    Book Value                    $0.00

**Varec 3# Flamer Arrstr**
10/6/1999
#516                                                    Book Value                    $0.00

**Varec 3# Flame Arrstr**
10/6/1999
#517                                                    Book Value                    $0.00

**Varec 3# Flame Arrstr**
10/6/1999
#518                                                    Book Value                    $0.00

**Scale**
10/25/1999
#519                                                    Book Value                    $0.00

**Scale**
10/25/1999
#520                                                    Book Value                    $0.00

**Scale**
10/25/1999
#521                                                    Book Value                    $0.00

**Scale**
10/25/1999
#522                                                    Book Value                    $0.00

**Stokes Vacuum Pump**
10/18/1999
#523                                                    Book Value                    $0.00

**Bare Liquid Ring Vac.Pump**
10/29/1999
#524                                                    Book Value                    $0.00

**32 Boxes Mark 2**
#10/14/1999
#525                                                    Book Value                    $0.00

**Liquid Control Meter**
11/22/1999
#527                                                    Book Value                    $0.00

**Fisher Control Valve**
11/24/1999
#528                                                    Book Value                    $0.00

**Sensor And Transmitter**
11/1/1999
#529                                                    Book Value                    $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Pump Woodruff Key**
**11/11/1999**
**#530**                                   Book Value                    $0.00

**Sphere Sensor**
**11/12/1999**
**#531**                                   Book Value                    $0.00

**Stainless Steel "U"Bends**
**11/15/1999**
**#532**                                   Book Value                    $0.00

**New A/C Unit-Sales Ofc.**
**11/1/1999**
**#533**                                   Book Value                    $0.00

**Phone Upgrades-Sales**
**11/2/1999**
**#534**                                   Book Value                    $0.00

**Cip K-7 Dow Project**
**12/31/1999**
**#535**                                   Book Value                    $0.00

**Impeller**
**12/1/1999**
**#536**                                   Book Value                    $0.00

**Beach-Russ Vacuum Pump**
**12/27/1999**
**#537**                                   Book Value                    $0.00

**Cip K-6 Chloropib**
**12/31/1999**
**#538**                                   Book Value                    $0.00

**Bal.Moisture 120 Vac.**
**12/7/1999**
**#539**                                   Book Value                    $0.00

**Beach-Russ Vacuum Pump**
**1/5/2000**
**#540**                                   Book Value                    $0.00

**Gearreducer &Blade Fan**
**1/19/2000**
**#541**                                   Book Value                    $0.00

**Sensor**
**1/5/2000**
**#542**                                   Book Value                    $0.00

**Phone System Upgrades**
**1/1/2000**
**#543**                                   Book Value                    $0.00

**Vacuum Pump**
**2/14/2000**
**#544**                                   Book Value                    $0.00

**Sales Ofc.Renovations**
**5/25/1999**
**#545**                                   Book Value                    $0.00

**Office Furn.**
**6/1/1999**
**#546**                                   Book Value                    $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)  **20-60028**
          Name

**10 X 14 Portable Building**
3/14/2000
#547                                                    Book Value                        $0.00

**Prop Aerator 50Hp**
3/1/2000
#548                                                    Book Value                        $0.00

**Donovan 3' Meter & Regist**
3/6/2000
#549                                                    Book Value                        $0.00

**Piii 500 System For Maint**
4/26/2000
#550                                                    Book Value                        $0.00

**Organic Carbon Analyzer**
5/31/2000
#551                                                    Book Value                        $0.00

**Corsicana /Wfe Cip**
5/1/2000
#552                                                    Book Value                        $0.00

**Portable Molesieve Cip**
5/1/2000
#553                                                    Book Value                        $0.00

**Used Pressure Vessel**
6/8/2000
#554                                                    Book Value                        $0.00

**Used Pressure  Vessel**
6/8/2000
#555                                                    Book Value                        $0.00

**Used Pressure Vessel**
6/8/2000
#556                                                    Book Value                        $0.00

**Used Pressure Vessel**
6/8/2000
#557                                                    Book Value                        $0.00

**Forklift**
4/17/2000
#558                                                    Book Value                        $0.00

**Forklift**
4/17/2000
#559                                                    Book Value                        $0.00

**Used Exchanger**
6/1/2000
#560                                                    Book Value                        $0.00

**Used Exchanger**
6/1/2000
#561                                                    Book Value                        $0.00

**Used Exchanger**
6/1/2000
#562                                                    Book Value                        $0.00

**Used Exchanger**
6/1/2000
#563                                                    Book Value                        $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Stokes Vacuum Pump**
7/1/2000
#564         Book Value         $0.00

**Forklift**
7/1/2000
#565         Book Value         $0.00

**Used Pressure Vessel**
7/5/2000
#566         Book Value         $0.00

**Used Pressure Vessel**
7/5/2000
#567         Book Value         $0.00

**Used Pressure Vessel**
7/5/2000
#568         Book Value         $0.00

**2" 150# Sensor**
8/10/2000
#569         Book Value         $0.00

**Cip-Paratorq**
8/1/2000
#570         Book Value         $0.00

**New Tank Farm**
8/1/2000
#571         Book Value         $0.00

**Jet Pot Scrubber**
8/1/2000
#572         Book Value         $0.00

**Rk-8 Mole Sieve**
8/1/2000
#573         Book Value         $0.00

**Eep Expansion**
8/1/2000
#574         Book Value         $0.00

**Rx1 Tank 908**
8/1/2000
#575         Book Value         $0.00

**Lab Controller**
9/19/2000
#576         Book Value         $0.00

**Used Exchanger**
9/1/2000
#578         Book Value         $0.00

**Used Exchanger**
9/1/2000
#579         Book Value         $0.00

**Used Exchanger**
9/1/2000
#580         Book Value         $0.00

**Used Exchanger**
9/1/2000
#581         Book Value         $0.00

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Two Storage Tanks**
10/11/2000
#582 | | Book Value | | $0.00

**Forklift**
11/1/2000
#585 | | Book Value | | $0.00

**Hp 5890 Fid**
12/5/2000
#586 | | Book Value | | $0.00

**Forklift**
12/5/2000
#587 | | Book Value | | $0.00

**Used Sparkler Filter Mode**
12/11/2000
#588 | | Book Value | | $0.00

**Sensor**
12/6/2000
#589 | | Book Value | | $0.00

**Hp Design Plotter**
12/7/2000
#590 | | Book Value | | $0.00

**K-6 Chloropib Proj.**
12/1/2000
#591 | | Book Value | | $0.00

**Train Derailment**
12/1/2000
#592 | | Book Value | | $0.00

**New Data Acqauisition**
12/1/2000
#593 | | Book Value | | $0.00

**Interplant Network**
12/1/2000
#594 | | Book Value | | $0.00

**RI-8 Mole Sievde**
#12/1/2000
#595 | | Book Value | | $0.00

**Dow Voranol**
12/1/2000
#596 | | Book Value | | $0.00

**Boiler Upgrade**
12/1/2000
#597 | | Book Value | | $0.00

**Rk-8 Project**
12/1/2000
#598 | | Book Value | | $0.00

**Pm 1969 Project**
12/1/2000
#599 | | 0.00 | | $0.00

**U/C Sa3 Proj.**
12/1/2000
#600 | | Book Value | | $0.00

Debtor **KMCO, LLC**
Name

Case number (if known) **20-60028**

**P2S5 Tote Bin**
12/1/2000
#601

Book Value $0.00

**U/C Tepa**
12/1/2000
#602

Book Value $0.00

**Huntsman Propyl Carbitol**
12/1/2000
#603

Book Value $0.00

**Cognis Stearic Acid**
12/1/2000
#604

Book Value $0.00

**Roof For Dry Storage Blde**
1/30/2001
#605

Book Value $0.00

**Forklift**
1/1/2001
#606

Book Value $0.00

**Forklift**
1/30/2001
#607

Book Value $0.00

**Liquid Ring Pump**
1/1/2001
#608

Book Value $0.00

**Sensor, Transmitter**
1/26/2001
#609

Book Value $0.00

**Forklifts**
2/27/2001
#610

Book Value $0.00

**Maag Pump Case**
2/1/2001
#611

Book Value $0.00

**Liquid Ring Vacuum Pump**
3/1/2001
#612

Book Value $0.00

**Titrator**
3/1/2001
#613

Book Value $0.00

**Forklift**
4/1/2001
#614

Book Value $0.00

**Sensor**
4/13/2001
#617

Book Value $0.00

**Reducer & Drive Assembly**
4/1/2001
#618

Book Value $0.00

**Mechanical Seal**
5/1/2001
#619

Book Value $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Forklift**
5/1/2001
#620                                          Book Value                    $0.00

**Surplus Reactor**
5/1/2001
#621                                          Book Value                    $0.00

**Vacuum Pump**
5/15/2001
#622                                          Book Value                    $0.00

**Duct Bank & Trsfmr Pad**
5/23/2001
#623                                          Book Value                    $0.00

**Duct Bank & Trsfmr Pad**
5/23/2001
#624                                          Book Value                    $0.00

**Duct Bank & Trsfmr Pad**
5/23/2001
#625                                          Book Value                    $0.00

**Duct Bank & Trsfmr. Pad**
5/23/2001
#626                                          Book Value                    $0.00

**Pump Case**
5/1/2001
#627                                          Book Value                    $0.00

**Lamimating Tags**
5/31/2001
#628                                          Book Value                    $0.00

**Forklift**
6/1/2001
#630                                          Book Value                    $0.00

**Chiller Barrell**
6/1/2001
#631                                          Book Value                    $0.00

**Full Port Ball Valve**
6/4/2001
#632                                          Book Value                    $0.00

**Transmitter**
6/1/2001
#633                                          Book Value                    $0.00

**New Phone System**
6/30/2001
#634                                          Book Value                    $0.00

**Forklift**
7/1/2001
#635                                          Book Value                    $0.00

**Forklift**
7/30/2001
#636                                          Book Value                    $0.00

**Pm 1969 Const.**
8/1/2001
#637                                          Book Value                    $0.00

Debtor  **KMCO, LLC**
_____  Case number (if known)  **20-60028**
Name

**U/C Sa-3 Const.**
8/1/2001
#638                                             Book Value                    $0.00

**Tepa Construction**
8/1/2001
#639                                             Book Value                    $0.00

**Liquid Ring Pump**
8/1/2001
#640                                             Book Value                    $0.00

**New Data Acq. Const.**
8/1/2001
#643                                             Book Value                    $0.00

**Boiler Upgrade Const.**
8/1/2001
#644                                             Book Value                    $0.00

**P2S5 Tote Bin Const.**
8/1/2001
#645                                             Book Value                    $0.00

**Cartride And Rings**
8/30/2001
#647                                             Book Value                    $0.00

**Enductor**
8/30/2001
#648                                             Book Value                    $0.00

**Octel 9000 Const.**
8/1/2001
#649                                             Book Value                    $0.00

**Rk-8 Project Const.**
8/1/2001
#650                                             Book Value                    $0.00

**Dow Voranol Const.**
8/1/2001
#651                                             Book Value                    $0.00

**Cognis Stearic Acid Const**
8/1/2001
#652                                             Book Value                    $0.00

**Forklift**
8/30/2001
#654                                             Book Value                    $0.00

**Prop.16615,16619 Ramsey**
9/30/2001
#655                                             Book Value                    $0.00

**Bldg.@16615,16619 Ramsey**
9/30/2001
#656                                             Book Value                    $0.00

**Liquid Control Meter**
9/10/2001
#657                                             Book Value                    $0.00

**Used Reactor**
9/20/2001
#658                                             Book Value                    $0.00

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

**Equipment**
9/10/2001
#659 | | Book Value | $0.00

**Vacuum Pump**
9/19/2001
#660 | | Book Value | $0.00

**Forklift**
10/1/2001
#661 | | Book Value | $0.00

**Bare Vacuum Unit**
10/17/2001
#662 | | Book Value | $0.00

**Labeling Machine**
11/12/2001
#664 | | Book Value | $0.00

**Beach Russ Vacuum Pump**
11/1/2001
#665 | | Book Value | $0.00

**Forklift Payout**
11/1/2001
#666 | | Book Value | $0.00

**1222 Crosby Dayton Rd.**
10/19/2001
#667 | | Book Value | $0.00

**1222 Crosby Dayton Rd.**
10/19/2001
#668 | | Book Value | $0.00

**Lab Equipment**
11/9/2001
#669 | | Book Value | $0.00

**5 Hp Pump And Cable**
12/11/2001
#670 | | Book Value | $0.00

**Forklift**
12/1/2001
#671 | | Book Value | $0.00

**115 Vac D/P**
12/11/2001
#672 | | Book Value | $0.00

**Huntsman Propyl Cip**
12/1/2001
#673 | | Book Value | $0.00

**Eep Expansion Cip**
12/1/2001
#674 | | Book Value | $0.00

**Parking Lot Addition**
12/1/2001
#675 | | Book Value | $0.00

**Grove Crane**
1/1/2002
#676 | | Book Value | $0.00

Debtor    **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Forklift**
1/1/2002
#677       Book Value       $0.00

**Gate Valve**
1/15/2002
#678       Book Value       $0.00

**Beach Russ Vacuum Pump**
2/1/2002
#679       Book Value       $0.00

**Glas Lined Reactor**
2/27/2002
#680       Book Value       $0.00

**Storage Tank**
2/1/2002
#681       Book Value       $0.00

**Baffle**
3/22/2002
#682       Book Value       $0.00

**K Unit C Tower Motor**
3/1/2002
#683       Book Value       $0.00

**Hot Water Press**
3/20/2002
#684       Book Value       $0.00

**Tergitol Cip**
4/1/2002
#685       Book Value       $0.00

**Koch Project Cip**
4/1/2002
#686       Book Value       $0.00

**Agitator Seal**
4/23/2002
#687       Book Value       $0.00

**Sensor**
4/26/2002
#688       Book Value       $0.00

**Monitor**
4/4/2002
#689       Book Value       $0.00

**Monitor, Remote**
4/10/2002
#690       Book Value       $0.00

**Chromotograph**
4/18/2002
#691       Book Value       $0.00

**Liquid Ring Pump**
5/15/2002
#692       Book Value       $0.00

**Bag Filter**
5/30/2002
#693       Book Value       $0.00

Debtor  **KMCO, LLC**
Name

Case number (if known)  **20-60028**

**Driveway/Ramp**
6/13/2002
#695 | | Book Value | $0.00

**830 Crosby Dayton Prop**
6/5/2002
#696 | | Book Value | $0.00

**Heat Exchanger**
6/1/2002
#697 | | Book Value | $0.00

**Series Iii Integrator**
6/14/2002
#698 | | Book Value | $0.00

**Pentium 4 Processor**
6/1/2002
#699 | | Book Value | $0.00

**Oval Gear Meter**
7/12/2002
#700 | | Book Value | $0.00

**Air Conditioner Unit**
7/1/2002
#701 | | Book Value | $0.00

**Storage Tank**
8/1/2002
#702 | | Book Value | $0.00

**Sensor**
8/8/2002
#703 | | Book Value | $0.00

**Sweeper**
9/19/2002
#704 | | Book Value | $0.00

**Meter With Root Register**
9/20/2002
#705 | | Book Value | $0.00

**Cast Iron Meter**
9/1/2002
#706 | | Book Value | $0.00

**Vacuum Pump**
9/19/2002
#707 | | Book Value | $0.00

**Sphere Sensor**
9/20/2002
#708 | | Book Value | $0.00

**Air Purification Boxes**
9/10/2002
#709 | | Book Value | $0.00

**Forklift**
10/31/2002
#710 | | Book Value | $0.00

**S20316Ss**
10/15/2002
#711 | | Book Value | $0.00

Debtor      **KMCO, LLC**
      Name

Case number (if known)    **20-60028**

**Exchanger**
10/21/2002
#712                  Book Value           $0.00

**Grinder**
11/1/2002
#713                  Book Value           $0.00

**J-4,K7 U/C Sa3 Cip**
12/31/2002
#715                  Book Value           $0.00

**J4, K7 U/C Sa3 Cip**
12/31/2002
#716                  Book Value           $0.00

**Bare Vacuum Pump**
12/1/2002
#717                  Book Value           $0.00

**Crompton Cip**
12/31/2002
#718                  Book Value           $0.00

**Stadis Cip**
12/31/2002
#719                  Book Value           $0.00

**Eep Cip`**
12/31/2002
#720                  Book Value           $0.00

**15000 Gal. Vessel**
12/31/2002
#721                  Book Value           $0.00

**Bearing Kit**
12/3/2002
#722                  Book Value           $0.00

**Seal & Shaft Kit**
12/1/2002
#723                  Book Value           $0.00

**Tempered Water Cip**
12/31/2002
#724                  Book Value           $0.00

**Xus Fiilter Cip**
12/31/2002
#725                  Book Value           $0.00

**Daqs Upgrade Cip**
12/31/2002
#726                  Book Value           $0.00

**Exchanger**
12/12/2002
#727                  Book Value           $0.00

**Fixed Tube Sheet**
1/13/2003
#728                  Book Value           $0.00

**Cooling Tower**
1/27/2003
#729                  Book Value           $0.00

Debtor __**KMCO, LLC**_____     Case number (if known)  __**20-60028**__
        Name

**Concrete & Monofill**
1/16/2003
#730 _____    _____     Book Value _____     $0.00

**Air Hammer Rental**
1/15/2003
#731 _____    _____     Book Value _____     $0.00

**Hardware**
1/8/2003
#732 _____    _____     Book Value _____     $0.00

**Dumbell/Shepler'S Equip**
1/13/2003
#733 _____    _____     Book Value _____     $0.00

**Rebar**
1/9/2003
#734 _____    _____     Book Value _____     $0.00

**Pump**
2/7/2003
#735 _____    _____     Book Value _____     $0.00

**Economizer**
2/14/2003
#736 _____    _____     Book Value _____     $0.00

**Economizer**
2/14/2003
#737 _____    _____     Book Value _____     $0.00

**Economizer**
2/14/2003
#738 _____    _____     Book Value _____     $0.00

**Economizer**
2/14/2003
#739 _____    _____     Book Value _____     $0.00

**Sensor, Transmitter**
2/5/2003
#740 _____    _____     Book Value _____     $0.00

**Vacuum Pump**
2/4/2003
#741 _____    _____     Book Value _____     $0.00

**Flow Tube**
2/10/2003
#742 _____    _____     Book Value _____     $0.00

**Adapter With Gasket**
2/12/2003
#743 _____    _____     Book Value _____     $0.00

**Evaporator**
2/18/2003
#744 _____    _____     Book Value _____     $0.00

**Dump Truck Rental**
2/1/2003
#745 _____    _____     Book Value _____     $0.00

**Excavator**
2/1/2003
#746 _____    _____     Book Value _____     $0.00

Debtor **KMCO, LLC**
     Name

Case number (if known) **20-60028**

**Complete Roof**
3/1/2003
#747 | | Book Value | $0.00

**Glasslined Dip Pipe**
3/3/2003
#748 | | Book Value | $0.00

**Mass Flow Tube/Transmitte**
2/12/2003
#749 | | Book Value | $0.00

**Packed Pump**
4/23/2003
#750 | | Book Value | $0.00

**Reconditioned Chempump**
4/1/2003
#751 | | Book Value | $0.00

**Scale Base & Remote**
4/1/2003
#752 | | Book Value | $0.00

**Butterfly Valve**
4/1/2003
#753 | | Book Value | $0.00

**Pressure Transmitter**
4/1/2003
#754 | | Book Value | $0.00

**Coupled Pump**
5/5/2003
#755 | | Book Value | $0.00

**10 Ton Chiller**
5/15/2003
#756 | | Book Value | $0.00

**Used Stock Pumps**
5/9/2003
#757 | | Book Value | $0.00

**Flexring J-1 Column**
5/16/2003
#758 | | Book Value | $0.00

**Cast Iron Meter**
6/2/2003
#759 | | Book Value | $0.00

**Buna Cover Gasket**
6/23/2003
#760 | | Book Value | $0.00

**Mark 2 Boxes**
6/13/2003
#761 | | Book Value | $0.00

**Butterfly Valve**
7/1/2003
#762 | | Book Value | $0.00

**Butterfly Valve**
7/1/2003
#763 | | Book Value | $0.00

Debtor   __**KMCO, LLC**_____     Case number (if known)   __**20-60028**_____
Name

**Butterfly Valve**
7/1/2003
#764 _____     _____     Book Value     _____ **$0.00**

**Butterfly Valve**
7/1/2003
#765 _____     _____     Book Value     _____ **$0.00**

**Lightning Mixer**
7/2/2003
#766 _____     _____     Book Value     _____ **$0.00**

**14 X 42 Stainless Tank**
8/1/2003
#768 _____     _____     Book Value     _____ **$0.00**

**Transmitter**
8/1/2003
#769 _____     _____     Book Value     _____ **$0.00**

**Sensor, Transmitter**
8/15/2003
#770 _____     _____     Book Value     _____ **$0.00**

**Differential Press, Seals**
8/1/2003
#771 _____     _____     Book Value     _____ **$0.00**

**Dell Computer,Printer,Sof**
8/1/2003
#772 _____     _____     Book Value     _____ **$0.00**

**Software Kit**
8/1/2003
#773 _____     _____     Book Value     _____ **$0.00**

**Sensor**
3/1/2003
#774 _____     _____     Book Value     _____ **$0.00**

**Stainless St. Cartridge**
9/25/2003
#775 _____     _____     Book Value     _____ **$0.00**

**Used Pressure Vessels**
10/7/2003
#776 _____     _____     Book Value     _____ **$0.00**

**Carbon Steel Tank**
11/20/2003
#777 _____     _____     Book Value     _____ **$0.00**

**Carbon Steel Tank**
11/20/2003
#778 _____     _____     Book Value     _____ **$0.00**

**Steam Regulator**
12/9/2003
#779 _____     _____     Book Value     _____ **$0.00**

**Auto Flash Tester**
12/1/2003
#780 _____     _____     Book Value     _____ **$0.00**

**Integrator**
12/23/2003
#781 _____     _____     Book Value     _____ **$0.00**

Debtor    **KMCO, LLC**                                      Case number (if known)    **20-60028**
_____                  _____
Name

**Cose H-12 Cip**
12/1/2003
#783                                                      Book Value                      $0.00

**Sensor & Transmitter**
1/1/2004
#784                                                      Book Value                      $0.00

**3" Sensor**
2/3/2004
#785                                                      Book Value                      $0.00

**12' X 35' Tank**
2/1/2004
#786                                                      Book Value                      $0.00

**(2) Durco Pumps 8X6X14**
3/8/2004
#787                                                      Book Value                      $0.00

**L 41 Bearing**
3/1/2004
#788                                                      Book Value                      $0.00

**Flowmeter With Converter**
4/12/2004
#789                                                      Book Value                      $0.00

**2 Ton Trolley, 40' Lift**
4/1/2004
#790                                                      Book Value                      $0.00

**Micro Motion Sensor**
4/1/2004
#791                                                      Book Value                      $0.00

**Sulphur Pump**
4/1/2004
#792                                                      Book Value                      $0.00

**Flowmeter With Converter**
4/12/2004
#793                                                      Book Value                      $0.00

**Bearing**
4/1/2004
#794                                                      Book Value                      $0.00

**Replacement Transmitter**
5/4/2004
#795                                                      Book Value                      $0.00

**Filter Vessel**
5/6/2004
#796                                                      Book Value                      $0.00

**Teflon Gasket**
5/1/2004
#797                                                      Book Value                      $0.00

**Ultrasonic Flow Meter**
5/10/2004
#798                                                      Book Value                      $0.00

**100 Ton Chiller**
5/20/2004
#799                                                      Book Value                      $0.00

Debtor    __KMCO, LLC_____    Case number (if known)  __20-60028_____
                    Name

**Gas Regulator**
**5/1/2004**
**#800**                                                        Book Value                        $0.00

**Vacuum Pump Unit**
**6/1/2004**
**#801**                                                        Book Value                        $0.00

**Conductivity Sensor**
**6/9/2004**
**#802**                                                        Book Value                        $0.00

**Gc Network System**
**6/1/2004**
**#803**                                                        Book Value                        $0.00

**Gc Interface  Board**
**6/14/2004**
**#804**                                                        Book Value                        $0.00

**Kf Titrator**
**8/19/2004**
**#805**                                                        Book Value                        $0.00

**Concrete**
**8/1/2004**
**#806**                                                        Book Value                        $0.00

**Misc. Equip-H-12 Project**
**9/1/2004**
**#807**                                                        Book Value                        $0.00

**Misc. Vip Voranol Rev.**
**9/1/2004**
**#808**                                                        Book Value                        $0.00

**Misc. Ciip-Quats Proj.**
**9/1/2004**
**#809**                                                        Book Value                        $0.00

**Cip-Infineum Pb Tankage**
**10/1/2004**
**#810**                                                        Book Value                        $0.00

**Eep Chill Water Expansion**
**10/1/2004**
**#811**                                                        Book Value                        $0.00

**Sensor & Transmitter**
**10/21/2004**
**#812**                                                        Book Value                        $0.00

**S1&S2 Crompton Cip**
**10/1/2004**
**#813**                                                        Book Value                        $0.00

**Sulfolene Exp. Cip**
**11/1/2004**
**#814**                                                        Book Value                        $0.00

**Rhodia Iboma Cip**
**11/1/2004**
**#815**                                                        Book Value                        $0.00

**G1 Adipure Cip**
**11/1/2004**
**#816**                                                        Book Value                        $0.00

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Cyclo Hexene Blend**
11/1/2004
#817 | Book Value | $0.00

**Exxon Mobil Mcp 595**
11/1/2004
#818 | Book Value | $0.00

**Pe 400 Cip**
11/1/2004
#819 | Book Value | $0.00

**Thx Tergitol Cip**
11/1/2004
#820 | Book Value | $0.00

**Roof Dist 1**
12/1/2004
#821 | Book Value | $0.00

**Roof Rx 1**
12/1/2004
#822 | Book Value | $0.00

**Carbon Steel Tank**
12/1/2004
#823 | Book Value | $0.00

**Land Across Street**
1/11/2005
#824 | Book Value | $0.00

**Electric Hoist & Motor**
1/1/2005
#825 | Book Value | $0.00

**Carbon Steel Housing**
1/10/2005
#826 | Book Value | $0.00

**Fisher Control Valve**
2/3/2005
#827 | Book Value | $0.00

**Golf Cart**
2/16/2005
#828 | Book Value | $0.00

**Golf Cart**
2/16/2005
#831 | Book Value | $0.00

**Golf Cart**
2/16/2005
#832 | Book Value | $0.00

**9 Tanks**
2/16/2005
#833 | Book Value | $0.00

**Golf Cart**
2/16/2005
#834 | Book Value | $0.00

**36 Boxes Mark 2**
2/18/2005
#835 | Book Value | $0.00

Debtor   **KMCO, LLC**
_____   Case number (if known)   **20-60028**
Name

**Vacuum Pump**
3/4/2005
#836                                                          Book Value                    $0.00

**Golf Ca Rt**
3/15/2005
#837                                                          Book Value                    $0.00

**Seal Housing**
3/22/2005
#838                                                          Book Value                    $0.00

**Loading Racks**
3/28/2005
#839                                                          Book Value                    $0.00

**Chempump- Assembly**
3/2/2005
#840                                                          Book Value                    $0.00

**Flow Control Meter**
3/1/2005
#841                                                          Book Value                    $0.00

**Durasamplir Ii Pe2000**
3/3/2005
#842                                                          Book Value                    $0.00

**Dirtwork, Rebar**
3/1/2005
#843                                                          Book Value                    $0.00

**Expansion Joint**
4/15/2005
#844                                                          Book Value                    $0.00

Chempump
4/29/2005
#845                                                          Book Value                    $0.00

**Pollution Control**
4/15/2005
#846                                                          Book Value                    $0.00

330 Ft Track
5/2/2005
#847                                                          Book Value                    $0.00

**Two Forklifts**
5/4/2005
#848                                                          Book Value                    $0.00

**Oxide Reactor**
5/10/2005
#849                                                          Book Value                    $0.00

Perkin Elmer 3110 Aa
5/9/2005
#850                                                          Book Value                    $0.00

**Various Poll. Control**
5/1/2005
#851                                                          Book Value                    $0.00

**5 Tanks With Rails & Coil**
6/21/2005
#852                                                          Book Value                    $0.00

| Debtor | __KMCO, LLC__ | | Case number (if known) | __20-60028__ |
|---|---|---|---|---|
| | Name | | | |

**Used Exchanger**
6/1/2005
#853         Book Value        $0.00

**Used Exchanger**
6/1/2005
#854         Book Value        $0.00

**Filter Housing**
6/20/2005
#855         Book Value        $0.00

**Filter Vessel**
6/3/2005
#856         Book Value        $0.00

**Cooling Tower**
6/29/2005
#857         Book Value        $0.00

**Various Pollution Control**
6/1/2005
#858         Book Value        $0.00

**Truck Scale**
7/1/2005
#859         Book Value        $0.00

**Transm Itter 9739**
7/18/2005
#860         Book Value        $0.00

**Used 98 Groves Crane**
7/5/2005
#861         Book Value        $0.00

**Ss Filter Housing**
7/19/2005
#862         Book Value        $0.00

**Baffle**
7/1/2005
#863         Book Value        $0.00

**Heat Exchanger**
7/22/2005
#864         Book Value        $0.00

**Load Cell W/Readout**
7/1/2005
#865         Book Value        $0.00

**Pollution Control**
7/1/2005
#866         Book Value        $0.00

**Fabricate Nw Rr Crossing**
8/30/2005
#867         Book Value        $0.00

**Rec.Economizer**
8/1/2005
#868         Book Value        $0.00

**Rec. Economizer**
8/1/2005
#869         Book Value        $0.00

Debtor **KMCO, LLC**
Name

Case number (if known) **20-60028**

**Rec. Economizer**
8/1/2005
#870 | Book Value | $0.00

**Rec. Economizer**
8/1/2005
#871 | Book Value | $0.00

**Cycloblower**
8/1/2005
#872 | Book Value | $0.00

**Cycloblower**
8/1/2005
#873 | Book Value | $0.00

**Cycloblower**
8/1/2005
#874 | Book Value | $0.00

**Cycloblower**
8/1/2005
#875 | Book Value | $0.00

**Tub Condensor**
8/1/2005
#876 | Book Value | $0.00

**Filter Housing & Bags**
8/23/2005
#877 | Book Value | $0.00

**Used Exchanger**
8/11/2005
#878 | Book Value | $0.00

**Vacuum Pump**
8/26/2005
#879 | Book Value | $0.00

**Sparkler Filter**
8/25/2005
#880 | Book Value | $0.00

**Used 285 Sf Exchanger**
8/11/2005
#881 | Book Value | $0.00

**Golf Cart**
6/30/2005
#882 | Book Value | $0.00

**Pollution Control**
8/1/2005
#883 | Book Value | $0.00

**Roper Rotary Pump**
8/1/2005
#884 | Book Value | $0.00

**Control Valve**
9/1/2005
#886 | Book Value | $0.00

**Vacuum Unit**
9/9/2005
#887 | Book Value | $0.00

Debtor   **KMCO, LLC**                                   Case number (if known)   **20-60028**
         Name

**Single Pass Exchanger**
9/12/2005
#888                                              Book Value                    $0.00

**Water Well Pump**
9/19/2005
#889                                              Book Value                    $0.00

**Const Temp Bath**
9/15/2005
#890                                              Book Value                    $0.00

**Sulfuir Oil Analyzer**
9/8/2005
#891                                              Book Value                    $0.00

**Concrete For Pipe Rack**
9/15/2005
#892                                              Book Value                    $0.00

**Carbon Steel Tank 18X50**
10/6/2005
#893                                              Book Value                    $0.00

**Cast Iron Vlve**
10/21/2005
#894                                              Book Value                    $0.00

**Pollution Control**
10/1/2005
#895                                              Book Value                    $0.00

**Truck Scale**
11/1/2005
#897                                              Book Value                    $0.00

**Used Exchanger/Agitator**
11/1/2005
#898                                              Book Value                    $0.00

**Used Exchanger**
11/1/2005
#899                                              Book Value                    $0.00

**Reguolator**
11/7/2005
#900                                              Book Value                    $0.00

**Used Exchnger**
11/1/2005
#901                                              Book Value                    $0.00

**Control Valve**
11/1/2005
#902                                              Book Value                    $0.00

**Used Exchanger**
11/1/2005
#903                                              Book Value                    $0.00

**Pollution Control Equip**
11/1/2005
#904                                              Book Value                    $0.00

**Used Exchanger**
12/1/2005
#905                                              Book Value                    $0.00

Debtor    **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Controller**
12/19/2005
#906

Book Value

$0.00

**Control Vave**
12/19/2005
#907

Book Value

$0.00

**Npt Connection**
12/7/2005
#908

Book Value

$0.00

**Vacuum Pump**
12/20/2005
#909

Book Value

$0.00

**Fisher Control Valves(2)**
12/19/2005
#910

Book Value

$0.00

**Close Pmne Proj.**
12/31/2005
#911

Book Value

$0.00

**Close Fire Water Pond**
12/31/2005
#912

Book Value

$0.00

**Close Rhiodia Iboma**
12/31/2005
#913

Book Value

$0.00

**Mag Housing&Gear Shafts**
12/1/2005
#914

Book Value

$0.00

**Control Valve**
12/19/2005
#915

Book Value

$0.00

**Close Tergitol Tmn**
12/31/2005
#916

Book Value

$0.00

**Close Rk10 Reactor**
12/31/2005
#917

Book Value

$0.00

**Close Siltech**
12/31/2005
#918

Book Value

$0.00

**Close Dow Voracor**
12/31/2005
#920

Book Value

$0.00

**Close Office Addition**
12/31/2005
#921

Book Value

$0.00

**Mark 2 Boxes**
12/9/2005
#922

Book Value

$0.00

**Two Cooling Towers**
1/25/2006
#924

Book Value

$0.00

Debtor   **KMCO, LLC**
_____   Case number (if known) **20-60028**
Name

**Control Valve**
1/18/2006
#925 _____   _____ Book Value   $0.00

**Gc System**
1/1/2006
#926 _____   _____ Book Value   $0.00

**Isocrtic Pump&Degasser**
1/1/2006
#927 _____   _____ Book Value   $0.00

**Spectrum Dtgs Instrument**
1/1/2006
#928 _____   _____ Book Value   $0.00

**Gate Valve**
1/9/2006
#929 _____   _____ Book Value   $0.00

**Fisher Control Valve**
1/4/2006
#930 _____   _____ Book Value   $0.00

**Screen Grid**
1/10/2006
#931 _____   _____ Book Value   $0.00

**3 Carbon Steel Tanks**
1/24/2006
#932 _____   _____ Book Value   $0.00

**Boom Lift 60-64 Ft**
1/13/2006
#933 _____   _____ Book Value   $0.00

**Asco Transfer Switch**
1/1/2006
#934 _____   _____ Book Value   $0.00

**Pollution  Control**
1/9/2006
#935 _____   _____ Book Value   $0.00

**Vacuum Booster**
2/1/2006
#936 _____   _____ Book Value   $0.00

**Reactors 13X19 Cs**
2/22/2006
#937 _____   _____ Book Value   $0.00

**(2) Pumps And Drive Shaft**
2/8/2006
#938 _____   _____ Book Value   $0.00

**Pollution Control Equip**
2/6/2006
#939 _____   _____ Book Value   $0.00

**Fire Monitor**
2/24/2006
#940 _____   _____ Book Value   $0.00

**Bag Filter Housing**
2/23/2006
#942 _____   _____ Book Value   $0.00

Debtor   **KMCO, LLC**
_____   Case number (if known)   **20-60028**
Name

**Platecoil**
**2/1/2006**
**#943** _____   _____   Book Value   **$0.00**

**Pilot Regulator**
**2/13/2006**
**#944** _____   _____   Book Value   **$0.00**

**Used 8000 Gal. Press. Ves**
**2/1/2006**
**#945** _____   _____   Book Value   **$0.00**

**8000 Gallon Vessel**
**2/3/2006**
**#946** _____   _____   Book Value   **$0.00**

**Filter Housing**
**2/21/2006**
**#947** _____   _____   Book Value   **$0.00**

**Recoil Ar Pump**
**2/20/2006**
**#948** _____   _____   Book Value   **$0.00**

**Baldor Motor**
**3/8/2006**
**#949** _____   _____   Book Value   **$0.00**

**2003 Utility Vehicle**
**3/2/2006**
**#950** _____   _____   Book Value   **$0.00**

**2003Utility Vehicle**
**3/2/2006**
**#951** _____   _____   Book Value   **$0.00**

**2003 Utility Vehicle**
**3/2/2006**
**#952** _____   _____   Book Value   **$0.00**

**2003 Utility Vehicle**
**3/2/2006**
**#953** _____   _____   Book Value   **$0.00**

**Siemens Motor**
**3/1/2006**
**#954** _____   _____   Book Value   **$0.00**

**Atomic Ball Valve**
**3/27/2006**
**#955** _____   _____   Book Value   **$0.00**

**Used Exchanger**
**3/16/2006**
**#956** _____   _____   Book Value   **$0.00**

**Cartridge Filter**
**3/1/2006**
**#957** _____   _____   Book Value   **$0.00**

**Jib Crane**
**3/1/2006**
**#958** _____   _____   Book Value   **$0.00**

**Reliance Motor**
**3/15/2006**
**#959** _____   _____   Book Value   **$0.00**

Debtor   **KMCO, LLC**
Name

Case number (if known)   **20-60028**

**Atomic Valve**
3/17/2006
#960

Book Value

$0.00

**Concrete**
3/16/2006
#961

Book Value

$0.00

**Cooling Towers (2)**
3/1/2006
#962

Book Value

$0.00

**Track Repair**
4/1/2006
#963

Book Value

$0.00

**Six Loadcells-Scale**
4/5/2006
#964

Book Value

$0.00

**Sensor/Transmitter**
4/1/2006
#965

Book Value

$0.00

**Eductor**
4/19/2006
#966

Book Value

$0.00

**Control Valve**
4/1/2006
#967

Book Value

$0.00

**Chiller Barrel**
4/20/2006
#968

Book Value

$0.00

**Restock Module**
4/10/2006
#969

Book Value

$0.00

**Portable Building 12X12**
5/16/2006
#971

Book Value

$0.00

**Control Valve**
5/1/2006
#972

Book Value

$0.00

**Toshiba Motor**
5/1/2006
#973

Book Value

$0.00

**Fisher Ball Valve**
5/2/2006
#974

Book Value

$0.00

**Heat Exchanger**
5/24/2006
#975

Book Value

$0.00

**Lined Dip Tube**
5/1/2006
#976

Book Value

$0.00

**Fisher Control Valve**
5/1/2006
#977

Book Value

$0.00

Debtor **KMCO, LLC**
_____ Case number (if known) **20-60028**
Name _____

**Used Vessel**
5/1/2006
#978 | Book Value | $0.00

**Cycloblower**
5/1/2006
#979 | Book Value | $0.00

**Heat Exchanger**
5/24/2006
#980 | Book Value | $0.00

**Backfill Firewater**
5/11/2006
#981 | Book Value | $0.00

**Oxide  Storage Pad**
5/23/2006
#982 | Book Value | $0.00

**Dell Server**
5/2/2006
#983 | Book Value | $0.00

**Stainless Cooling Tower**
5/23/2006
#984 | Book Value | $0.00

**Vortex Meter**
6/7/2006
#985 | Book Value | $0.00

**Cooling Tower**
6/26/2006
#986 | Book Value | $0.00

**Cooling Tower**
6/24/2006
#987 | Book Value | $0.00

**Siemens Motor**
6/19/2006
#988 | Book Value | $0.00

**Dynapump**
6/1/2006
#989 | Book Value | $0.00

**Vacuum Pump**
6/1/2006
#990 | Book Value | $0.00

**Baldor Motor**
6/1/2006
#991 | Book Value | $0.00

**Hoit Oil Pump**
6/7/2006
#992 | Book Value | $0.00

**Baldor Motor**
6/1/2006
#993 | Book Value | $0.00

**Maag Pump**
6/1/2006
#994 | Book Value | $0.00

Debtor __**KMCO, LLC**_____     Case number (if known) __**20-60028**_____
Name

**Cone Bottom Tank**
6/1/2006
#995 _____  _____  Book Value _____  $0.00

**Vacuum Pump**
6/1/2006
#996 _____  _____  Book Value _____  $0.00

**Vacuum Pump**
6/1/2006
#997 _____  _____  Book Value _____  $0.00

**Variopus Pollution Contro**
6/15/2006
#998 _____  _____  Book Value _____  $0.00

**Used Column/Agitator**
7/1/2006
#999 _____  _____  Book Value _____  $0.00

**Sensor/Transmitter**
7/15/2006
#1000 _____  _____  Book Value _____  $0.00

**Starter Control Panel**
7/19/2006
#1001 _____  _____  Book Value _____  $0.00

**Liquid Ring Pump**
7/21/2006
#1002 _____  _____  Book Value _____  $0.00

**12 X 36 Cone Bottom Tank**
7/20/2006
#1003 _____  _____  Book Value _____  $0.00

**Sensor**
7/22/2006
#1004 _____  _____  Book Value _____  $0.00

**Sensor**
7/22/2006
#1005 _____  _____  Book Value _____  $0.00

**Various Ciip**
7/1/2006
#1006 _____  _____  Book Value _____  $0.00

**Baldor Motor**
7/1/2006
#1007 _____  _____  Book Value _____  $0.00

**Used Column/Agitator**
7/1/2006
#1008 _____  _____  Book Value _____  $0.00

**New Rail Construction**
8/21/2006
#1009 _____  _____  Book Value _____  $0.00

**Reconditioned Aerator**
8/1/2006
#1010 _____  _____  Book Value _____  $0.00

**Golf Cart**
8/1/2006
#1011 _____  _____  Book Value _____  $0.00

Debtor    **KMCO, LLC**                                    Case number (if known)   **20-60028**
Name

**16 X 42 Cone Bottom Tank**
8/10/2006
#1012                                                          Book Value                    $0.00

**16 X 42 Cone Bottom Tank**
8/1/2006
#1013                                                          Book Value                    $0.00

**Scale And Foundation**
8/18/2006
#1014                                                          Book Value                    $0.00

**Golf Cart**
8/1/2006
#1015                                                          Book Value                    $0.00

**16 X 42 Cone  Bottom Tank**
8/1/2006
#1016                                                          Book Value                    $0.00

**16 X 42 Cone  Bottom Tank**
8/10/2006
#1017                                                          Book Value                    $0.00

**Used Exchanger**
8/1/2006
#1018                                                          Book Value                    $0.00

**Golf Cart**
8/1/2006
#1019                                                          Book Value                    $0.00

**12 X 42 Ss Tank**
8/10/2006
#1020                                                          Book Value                    $0.00

**16 X 42 Cone Bottom Tank**
8/10/2006
#1021                                                          Book Value                    $0.00

**Used 291 Sf Exchanger**
8/1/2006
#1022                                                          Book Value                    $0.00

**Roper Pump**
8/11/2006
#1023                                                          Book Value                    $0.00

**3 Ton Wire Rope Hoist**
8/1/2006
#1024                                                          Book Value                    $0.00

**Gol.F Cart**
8/1/2006
#1025                                                          Book Value                    $0.00

**3070 Sf Heat Exchanger**
8/17/2006
#1026                                                          Book Value                    $0.00

**16 X42 Cone Bottom Tank**
8/10/2006
#1027                                                          Book Value                    $0.00

**Sensor & Transmitter**
8/9/2006
#1028                                                          Book Value                    $0.00

Debtor   **KMCO, LLC**                                        Case number (if known)  **20-60028**
_____                      _____
Name

**Bank Sand**
**8/1/2006**
**#1029**  _____  _____  Book Value  _____  **$0.00**

**Sensor**
**8/1/2006**
**#1030**  _____  _____  Book Value  _____  **$0.00**

**Close Infineum Pmne**
**8/1/2006**
**#1031**  _____  _____  Book Value  _____  **$0.00**

**Close Fire Water Pond**
**8/1/2006**
**#1032**  _____  _____  Book Value  _____  **$0.00**

**Close Lyondell Pem**
**8/1/2006**
**#1033**  _____  _____  Book Value  _____  **$0.00**

**Road Between Tracks**
**9/1/2006**
**#1034**  _____  _____  Book Value  _____  **$0.00**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                        **$3,850,757.83**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐  No
     ☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑  No
     ☐  Yes

**Part 9:   Real property**

54.  **Does the debtor own or lease any real property?**

     ☐  No.  Go to Part 10.
     ☑  Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **16503 Ramsey Rd, Crosby, TX 77532**<br>**16503 Ramsey Rd, Crosby, TX 77532** | **Fee Simple** | | | **$0.00** |
| 55.2.  **16503 Ramsey Rd., Crosby, TX**<br>**77532**<br>**16503 Ramsey Rd., Crosby, TX 77532** | **Fee Simple** | | | **$0.00** |
| 55.3.  **16619 Ramsey Rd, Crosby, TX 77532**<br><br>**16619 Ramsey Rd, Crosby, TX 77532** | **Fee Simple** | | | **$0.00** |
| 55.4.  **1126 Crosby Dayton Rd, Crosby, TX**<br>**77532**<br><br>**1126 Crosby Dayton Rd, Crosby, TX**<br>**77532** | **Fee Simple** | | | **$0.00** |

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.5. | **1222 Crosby Dayton Rd, Crosby, TX 77532** | | | | |
| | **1222 Crosby Dayton Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.6. | **1038 Clara Wilson Rd, Crosby, TX 77532** | | | | |
| | **1038 Clara Wilson Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.7. | **1002 Clara Wilson Rd, Crosby, TX 77532** | | | | |
| | **1002 Clara Wilson Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.8. | **910 Clara Wilson Rd, Crosby, TX 77532** | | | | |
| | **910 Clara Wilson Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.9. | **0 Crosby Dayton Rd, Crosby, TX 77532** | | | | |
| | **0 Crosby Dayton Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.10. | **16615 Ramsey Rd, Crosby, TX 77532** | | | | |
| | **16615 Ramsey Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.11. | **1308 Clara Wilson Rd, Crosby, TX 77532** | | | | |
| | **1308 Clara Wilson Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.12. | **0 Highway 90, Crosby, TX 77532** | | | | |
| | **0 Highway 90, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.13. | **830 Crosby Dayton Rd, Crosby, TX 77532** | | | | |
| | **830 Crosby Dayton Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.14. | **16510 Ramsey Rd, Crosby, TX 77532** | | | | |
| | **16510 Ramsey Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.15. | **0 Ramsey Rd, Crosby, TX 77532** | | | | |
| | **0 Ramsey Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |
| 55.16. | **16616 Ramsey Rd, Crosby, TX 77532** | | | | |
| | **16616 Ramsey Rd, Crosby, TX 77532** | Fee Simple | | | $0.00 |

| **56.** | **Total of Part 9.** | | |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | | **$0.00** |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

Debtor   **KMCO, LLC**                                          Case number (if known)   **20-60028**
         Name

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| www.kmcollc.com | $0.00 | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                                                   $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| Cyber Security insurance policy with Beazley Insurance Company. | $0.00 |
| Primary Marine Terminal insurance policy with Continental insurance company. | $0.00 |
| Excess Marine Terminal insurance policy with StarStone National insurance company. | $0.00 |
| Excess Marine Terminal insurance policy with Continental insurance company. | $0.00 |

Debtor    **KMCO, LLC**                                     Case number (if known)   20-60028
          Name

|  | Workers Compensation insurance policy with Texas Mutual. | | $0.00 |

**74. Causes of action against third parties** (whether or not a lawsuit has been filed)

**75. Other contingent and unliquidated claims or causes of action of every nature,**
including counterclaims of the debtor and rights to set off claims

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                          $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,093.26 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $19,500.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $710,867.72 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $27,336.21 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,850,757.83 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column.   91a. | $4,614,555.02  +  91b. | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................   $4,614,555.02

**Fill in this information to identify the case:**

Debtor name **KMCO, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-60028**
(if known)

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**     **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

   **$41,812,098.80**

Debtor   **KMCO, LLC**                                  Case number (if known) **20-60028**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.1**

| Creditor's name<br>**Ann Harris Bennett** | Describe debtor's property that is<br>subject to a lien | $163,375.71 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**Tax Assessor Collector**

**16503 Ramsey Rd, Crosby, TX 77532**

**PO Box 3547**

Describe the lien
**Statutory Lien**

**Houston            TX     77253**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number                    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☐ No
☒ Yes.  Specify each creditor, including this
creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

For 16503 Ramsey Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Goose Creek Cons. Isd; 3) Crosby Mud; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services.  For 16503 Ramsey Rd., Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners.  For 16619 Ramsey Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners.  For 1126 Crosby Dayton Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners.  For 1222 Crosby Dayton Rd, Crosby, TX 77532: 1) Crosby Mud; 2) Ann Harris Bennett; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners.  For 1038 Clara Wilson Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Dejean Company - Service &; 6) Chubes Equipment Co.; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 1002 Clara Wilson Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 910 Clara Wilson Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 0 Crosby Dayton Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 16615 Ramsey Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 1308 Clara Wilson Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 0 Highway 90, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 830 Crosby Dayton Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Gator Speciality Services; 7) Dejean Company - Service &; 8) Mesa Mechanical, Inc.; 9) Majesty Investments, LLC.  For 16510 Ramsey Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Mesa Mechanical, Inc.; 9) Majesty Investments, LLC.  For 0 Ramsey Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..  For 16616 Ramsey Rd, Crosby, TX 77532: 1) Ann Harris Bennett; 2) Crosby Mud; 3) Goose Creek Cons. Isd; 4) Benefit Street Partners; 5) Chubes Equipment Co.; 6) Dejean Company - Service &; 7) Gator Speciality Services; 8) Majesty Investments, LLC; 9) Mesa Mechanical, Inc..

Debtor    **KMCO, LLC**                                    Case number (if known) **20-60028**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2**

**Creditor's name**
**Benefit Street Partners**

**Creditor's mailing address**
**9 West 57th Street, Suite 4920**

**New York          NY    10019**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Real Prop. & all pers.prop excluding A/R**

**Describe the lien**
**Non-Purchase Money**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$36,088,814.02**          **$0.00**

**2.3**

**Creditor's name**
**Cadence Bank**

**Creditor's mailing address**
**2800 Post Oak Blvd**

**Suite 3800**

**Houston          TX    77056**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**A/R and Inventory**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,861,839.54**          **$290,804.03**

---

Debtor   **KMCO, LLC**                                      Case number (if known) **20-60028**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.4**

**Creditor's name**
**Chubes Equipment Co.**

**Creditor's mailing address**
**C/O Andrew Mccormick**

**4950 Bissonnet St., Ste A**

**Belliare            TX    77401**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**16503 Ramsey Road, Crosby, TX 77532**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

$104,082.19        $0.00

---

**2.5**

**Creditor's name**
**Crosby Mud**

**Creditor's mailing address**
**103 Kerry Rd**

**Highlands            TX    77562**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**363 N Sam Houston Parkway, Houston, TX 77060**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$79,687.18        $0.00

---

| Debtor | KMCO, LLC | Case number (if known) | 20-60028 |

**Part 1:   Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6**

**Creditor's name**
**Dejean Company - Service &**

**Creditor's mailing address**
**Maintenance, Inc.**

**C/O William Westcott**

**1885 Saint James Place, 15th Floor**

**Houston            TX    77056**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**16503 Ramsey Road, Crosby, TX 77532**

**Describe the lien**
**M&M lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**$274,367.83** | **$0.00**

**2.7**

**Creditor's name**
**Gator Speciality Services**

**Creditor's mailing address**
**2589 Westside Drive**

_____

**Pasadena            TX    77502**

**Creditor's email address, if known**
_____

**Date debt was incurred** **2018**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**16503 Ramsey Road, Crosby, TX**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**$167,882.00** | **$0.00**

Debtor  **KMCO, LLC** _____  Case number (if known) **20-60028**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.8**

**Creditor's name**
**Goose Creek Cons. Isd**

**Creditor's mailing address**
**Tax Services**

**PO Box 2805**

_____

**Baytown          TX     77522**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**3647 Willowbend Blvd Ste 800, Houston, TX 77054**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$378,912.95        $0.00

---

**2.9**

**Creditor's name**
**Majesty Investments, LLC**

**Creditor's mailing address**
**C/O Richard Fulton**

**Greenway Plaza, Ste 1000**

_____

**Houston          TX     77046**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**16503 Ramsey Road, Crosby, TX 77532**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

$15,670.70        $0.00

---

| Debtor | **KMCO, LLC** | Case number (if known) | **20-60028** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.10**

**Creditor's name**
**Mesa Mechanical, Inc.**

**Creditor's mailing address**
**C/O Jason Walker**

**1885 Saint James Place, 15th Floor**

_____

**Houston          TX    77056**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

**16503 Ramsey Road, Crosby, TX 77532**

**Describe the lien**

**M&M lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: $677,466.68

Value of collateral: $0.00