**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| KMCO, LLC, | § § | Case No. 20-60028 |
| Debtor. | § § § | |

**CERTIFICATE OF SERVICE
(This Relates to Doc. No. 80)**

On July 1, 2020, I did cause a copy of the following documents to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein:

- *Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone, LLP as Insurance Counsel Effective June 12, 2020* [DE 80]

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed. R. Bankr. P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

As reflected in the attached affidavit, the documents were mailed to all parties on the service list attached thereto. In addition, all parties that requested to receive notice received notice through the Court's Electronic Noticing System.

Parties who are participants in the Court's Electronic Noticing System, if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

Dated: July 1, 2020

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty
Jones Murray & Beatty LLP
4119 Montrose Blvd., Suite 240
Houston, TX 77006
Tel: 832-529-3381

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: KMCO, LLC | CASE NO: 20-60028 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No. 80 |

On 7/1/2020, a copy of the following documents, described below,

Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone, LLP as Insurance Counsel Effective June 12, 2020 ECF Docket Reference No. 80

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/1/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
J. Maxwell Beatty
Jones Murray & Beatty LLP
4119 Montrose Blvd, Suite 230
Houston, TX  77006

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | BSP AGENCY LLC | CHRYSALIS MSP LLC |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | JENNIFER F WERTZ | CO JAMES E CUELLAR |
| 05416 | JACKSON WALKER LLP | 440 LOUISIANA SUITE 718 |
| CASE 20-60028 | 100 CONGRESS AVENUE | HOUSTON TX 77002-1058 |
| SOUTHERN DISTRICT OF TEXAS | SUITE 1100 | |
| VICTORIA | AUSTIN TX 78701-4042 | |
| TUE JUN 30 16-20-03 CDT 2020 | | |

CROSBY INDEPENDENT SCHOOL DISTRICT ET AL
CO OWEN M SONIK
PBFCM LLP
1325 N LOOP W SUITE 600
HOUSTON TX 77008

HARRIS COUNTY
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO TARA L GRUNDEMEIER
PO BOX 3064
HOUSTON TX 77253-3064

DEBTOR
KMCO LLC
16503 RAMSEY ROAD
CROSBY TX 77532-5916

LANIER LAW FIRM
10940 W SAM HOUSTON PKWY N
SUITE 100
HOUSTON TX 77064-5768

MESA MECHANICAL INC
CO ANDREWS MYERS PC
ATTN- LISA M NORMAN
1885 SAINT JAMES PLACE
15TH FLOOR
HOUSTON TX 77056-4176

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
CO OFFICE OF THE ATTORNEY GENERAL
P O BOX 12548 MC-008
AUSTIN TX 78711-2548

WEISER SECURITY SERVICES INC
PO BOX 51720
NEW ORLEANS LA 70151-1720

6
UNITED STATES BANKRUPTCY COURT
PO BOX 61010
HOUSTON TX 77208-1010

AB ENVIRONMENTAL SERVICES
10100 EAST FREEWAY SUITE 100
HOUSTON TX 77029-1919

A INTERNATIONAL DISTRIBUTION CORP
13103 BAYPARK RD
PASADENA TX 77507-1105

A VAC SEPTIC SERVICE LLC
PO BOX 973
HUFFMAN TX 77336-0973

ACE IMAGEWEAR
735 LIBERTY
BEAUMONT TX 77701-2219

ACTION RESOURCES INC
204 20TH STREET NORTH
BIRMNGHAM AL 35203-3610

AFTON CHEMICAL CORPORATION
101 W BYRD ST
RICHMOND VA 23219

AIRGAS SPECIALTY PRODUCTS
PO BOX 934434
ATLANTA GA 31193-4434

ALLOMETRICS INC
PO BOX 15825
BATON ROUGE LA 70895-5825

AMERIBULK TRANSPORT LLC
6300 PHILADELPHIA PIKE
CLAYMONT DE 19703-2712

ANAHUAC TRANSPORT INC
CO ARNOLD CHARPIOT
309 SOUTH STREET FM 1724
ANAHUAC TX 77514-1679

ANN HARRIS BENNETT
TAX ASSESSOR COLLECTOR
PO BOX 3547
HOUSTON TX 77253-3547

ANN HARRIS BENNETT
TAX ASSESSOR COLLECTOR
PO BOX 4622
HOUSTON TX 77210-4622

APACHE OIL CO INC
PO BOX 60436
HOUSTON TX 77205-0436

APTEAN INC
DEPT AT 952034
ATLANTA GA 31192-2034

ARCENEAUX SHELLICE
CO ROBERT A SCHWARTZ
300 FANNIN SUITE 200
HOUSTON TX 77002-2057

ARGUINDEGUI OIL COIILTD
PO BOX 1367
LAREDO TX 78042-1367

PARTIES DESIGNATED AS EXCLUDED WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ARIBA INC<br>PO BOX 642962<br>PITTSBURGH PA 15264-2962 | ARKADIN INC<br>LOCKBOX  32726<br>COLLECTION CENTER DR<br>CHICAGO IL 60693-0726 | ASTM<br>100 BARR HARBOR DRIVE<br>WEST CONSHOHOCKEN PA 19428-2959 |
| ATOMIC ENERGY INDUSTRIAL LABOR<br>9261 KIRBY DRIVE<br>HOUSTON TX 77054 | AXYS INDUSTRIAL SOLUTIONS<br>309 SOUTH FM 1724<br>HANKAMER TX 77560 | BALMORAL ADVISORS LLC<br>100 S WACKER DRIVE<br>SUITE 850<br>CHICAGO IL 60606-4049 |
| BASF CORPORATION<br>100 PARK AVE<br>FLORHAM PARK NJ 07932-1089 | BATES CHEMICAL<br>107 S RAMSEY LOOP<br>CROSBY TX 77532-6764 | BEARCOM OPERATING LLC<br>PO BOX 5859001<br>DALLAS TX 75355-9901 |
| BELLARD NEMAR<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | BELLARD PAUL<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | BENEFIT STREET PARTNERS<br>9 WEST 57TH STREET SUITE 4920<br>NEW YORK NY 10019-2705 |
| BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | BIOLOGIX PRODUCTS GROUP INC<br>1561 FAIRVIEW AVE<br>ST LOUIS MO 63132-1324 | BLACKARD CYNTHIA<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 |
| BLACKARD JAMES TROY<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | BLUECROSS BLUESHIELD OF TX<br>PO BOX 655730<br>DALLAS TX 75265-5730 | BOOTH LENETTER<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 |
| BOOTH LESTER<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 | BRAHMA GROUP INC<br>1132 SOUTH 500 WEST<br>SALT LAKE CITY UT 84101-3018 | BRANHAM CORPORATION<br>PO BOX 856300<br>DEPT 137<br>LOUISVILLE KY 40285-6300 |
| BRENNTAG SOUTHWEST INC<br>PO BOX 970230<br>DALLAS TX 75397-0230 | BRENT COON  ASSOCIATES<br>ROBERT SWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | BRIAN M FLEISCHER<br>FOUR GREENTREE CENTRE<br>601 ROUTE 73 NORTH<br>SUITE 305<br>MARLTON NJ 08053-3475 |
| BRISHER TESSA INDIVIDUALLY AND AS NEXT<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | BROWN WILLIE LEE<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 | BRYANTS TRANSPORT<br>4014 HARVEY RD<br>CROSBY TX 77532-4986 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BRYANT AIDEN
CO LOUIS A MCWHERTER
2616 SOUTH LOOP WEST
SUITE 520
HOUSTON TX 77054-2761

BRYANT ANYIA
CO LOUIS A MCWHERTER
2616 SOUTH LOOP WEST
SUITE 520
HOUSTON TX 77054-2761

BRYANT MORGHEN
CO LOUIS A MCWHERTER
2616 SOUTH LOOP WEST
SUITE 520
HOUSTON TX 77054-2761

BURLESON JAYDEN
CO LOUIS A MCWHERTER
2616 SOUTH LOOP WEST
SUITE 520
HOUSTON TX 77054-2761

BURNS MCDONNELL ENGINEERING COINC
9400 WARD PARKWAY
KANSAS CITY MO 64114-3319

BURROW GLOBAL
PO BOX 26019
BEAUMONT TX 77720-6019

BUTLER BUSINESS PRODUCTS LC
6942 SIGNAT DRIVE
HOUSTON TX 77041-2719

BUTLER DELLA
CO ROBERT A SCHWARTZ
300 FANNIN SUITE 200
HOUSTON TX 77002-2057

CE ELANTECH INC
170 OBERLIN AVE NORTH
SUITE 5
LAEKWOOD NJ 08701-4548

CGI TECHNOLOGIES AND SOLUTIONS INC
11325 RANDOM HILLS ROAD
FAIRFAX VA 22030-6051

CADENCE BANK
2800 POST OAK BLVD
SUITE 3800
HOUSTON TX 77056-6170

CAMPBELL LINDA
CO LOUIS A MCWHERTER
2616 SOUTH LOOP WEST
SUITE 520
HOUSTON TX 77054-2761

CAMPOS AURELIO
CO LAWRENCE P WILSON
10940 W SAM HOUSTON PKWY N
SUITE 100
HOUSTON TX 77064-5768

CANNON INSTRUMENT CO
2139 HIGH TECH ROAD
STATE COLLEGE PA 16803-1733

CARTER RICHARD
CO LOUIS A MCWHERTER
2616 SOUTH LOOP WEST
SUITE 520
HOUSTON TX 77054-2761

CASTILLO FRANCISCO
CO JASON A ITKIN
6009 MEMORIAL DRIVE
HOUSTON TX 77007-7035

CASTILLO ROBERT
CO JASON A ITKIN
6009 MEMORIAL DRIVE
HOUSTON TX 77007-7035

CENTERPOINT ENERGY SERVICES
INTRASTATE PIPELINES INC
PO BOX 201847
HOUSTON TX 77216-1847

CHAMPION TECHNOLOGIES
11824 MARKET PLACE AVE
BATON ROUGE LA 70816-6013

CHAMPION TECHNOLOGY SERVINC
11824 MARKET PLACE AVENUE
BATON ROUGE LA 70816-6013

CHANCE A MCMILLAN
440 LOUISIANA STREET
SUITE 1200
HOUSTON TX 77002-1063

CHAVEZ JULIO
CO CHANCE A MCMILLAN
440 LOUISIANA STREET SUITE 1200
HOUSTON TX 77002-1063

CHEMICAL RESOURCES CORP
36 N NEW YORK AVENUE
HUNTINGTON NY 11743-2164

CHEMPACK INTL INC
3647 WILLOWBEND BLVD
SUITE 800
HOUSTON TX 77054-1111

CHEMTRAN SERVICES USA INC
5722 EDWARD DRIVE
HOUSTON TX 77032-2612

CHEMTREAT INC
PO BOX 60473
CHARLOTTE NC 28260-0473

CHOCTAW CONSTRUCTION SERVICES LLC
PO BOX 187
KATY TX 77492-0187

PARTIES DESIGNATED AS EXCLUDED WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CHRYSALIS MSP LLC<br>14550 TORREY CHASE BLVD  110<br>HOUSTON TX 77014-1031 | CHUBES EQUIPMENT CO<br>CO ANDREW MCCORMICK<br>4950 BISSONNET ST STE A<br>BELLIARE TX 77401-4059 | CINTAS CORPORATION<br>PO BOX 631025<br>CINCINNATI OH 45263-1025 |
| CLARISSA KAY BAUER<br>1019 CONGRESS<br>15TH FLOOR<br>HOUSTON TX 77002-1799 | CLEAN COAST SUPPLY LLC<br>1041 THOMAS AVE<br>PASADENA TX 77506-3637 | CLEAN HARBORS ENV SERVICES IN<br>500 BATTLEGROUND RD<br>LA PORTE TX 77571-9768 |
| COLBERT ANN INDIVIDUALLY AND AS NEXT OF<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | COLE PARMER INSTRUMENTS<br>13927 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0001 | COLLINS MARY<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| COMMERCIAL FUNDING INC<br>8950 FM 1405<br>BAYTOWN TX 77523-8665 | COMPASS PROF HEALTH SERVICES<br>DEPT 3504<br>PO BOX 123504<br>DALLAS TX 75312-3504 | CROSBY MUD<br>103 KERRY RD<br>HIGHLANDS TX 77562-3801 |
| CROSBY HUFFMAN CHAMBER<br>OF COMMERCE<br>PO BOX 452<br>CROSBY TX 77532-0452 | DACON CORPORATION<br>PO BOX 840954<br>DALLAS TX 75284-0954 | DANA TRANSPORT<br>PO BOX 370<br>AVENEL NJ 07001-0370 |
| DASHIELL CORP<br>PO BOX 840954<br>DALLAS TX 75284-0954 | DATASITE LLC MERRILL COMM<br>733 MARQUETTE AVENUE<br>BAKER CENTER<br>SUITE 600<br>MINNEAPOLIS MN 55402-2352 | DAVID A TERRY   ATTORNEY GENERAL OFFICE<br>PO BOX 12548<br>MC-066<br>AUSTIN TX 78711-2548 |
| DAY  ZIMMERMANN INTL INC<br>1500 SPRING GARDEN STREET<br>PHILADELPHIA PA 19130-4067 | DEALERS ELECTRICAL SUPPLY CO<br>PO BOX 2535<br>WACO TX 76702-2535 | DEER PARK FAMILY CLINIC PA<br>2910 CENTER STREET<br>DEER PARK TX 77536-4199 |
| DEJEAN COMPANY   SERVICE MAINTENANCE INC<br>CO WILLIAM WESTCOTT<br>1885 SAINT JAMES PLACE 15TH FLOOR<br>HOUSTON TX 77056-4175 | DELEON PEDRO<br>CO JASON A ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON TX 77007-7035 | DIGITAL AIR CONTROL INC<br>11251 NORTHWEST FRWY<br>SUITE 200<br>HOUSTON TX 77092-6526 |
| DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION  RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | DORF KETAL<br>11601 MCKINLEY<br>SUITE 114<br>STAFFORD TX 77477 | DORF KETAL CHEMICALS TOLL<br>CO ALLCHEM<br>9011 E ALMEDA RD<br>HOUSTON TX 77054 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DOW CHEMICAL                      DUNN JAMIE                        DXP ENTERPRISES
100 ENTERPRISE DRIVE              CO ROBERT A SCHWARTZ              REGULATOR
CARTERSVILLE GA 30120-8220        300 FANNIN SUITE 200              PO BOX 34089
                                  HOUSTON TX 77002-2057             HOUSTON TX 77234-4089


DXP ENTERPRISES INC               EAGLIN WILL L                     EAST BRODERICH
PO BOX 201791                     CO LOUIS A MCWHERTER              CO LOUIS A MCWHERTER
DALLAS TX 75320-1791              2616 SOUTH LOOP WEST              2616 SOUTH LOOP WEST
                                  SUITE 520                         SUITE 520
                                  HOUSTON TX 77054-2761             HOUSTON TX 77054-2761


EAST GLENDA                       ECHO GLOBAL LOGISTICS             ECHO GLOBAL LOGISTICS INC
CO LOUIS A MCWHERTER              ATTN JEFF SHORT                   22168 NETWORK PLACE
2616 SOUTH LOOP WEST              600 W CHICAGO AVENUE SUITE 725    CHICAGO IL 60673-1221
SUITE 520                         CHICAGO IL 60654-2522
HOUSTON TX 77054-2761


EDWARDS CYNTHIA                   ELEMENT INTEGRITY GROUP INC       ELLIS ALYSE
CO ROBERT A SCHWARTZ              7251 INDUSTRIAL BLVD              CO LOUIS A MCWHERTER
300 FANNIN SUITE 200              BARTLESVILLE OK 74006-6054        2616 SOUTH LOOP WEST
HOUSTON TX 77002-2057                                               SUITE 520
                                                                    HOUSTON TX 77054-2761


EMERGE SYSTEMS OF LA LLC          ENERMECH MECHANICAL SERVICES INC  ENRUD RESOURCES INC
ATTN CORKY SMITH                  14000 WEST ROAD                   1006 VISTA RD
7600 GSRI AVENUE                  HOUSTON TX 77041-1120             PASADENA TX 77504-1616
BATON ROUGE LA 70820


ENVIRONMENTAL PROTECTION AGENCY   ENVIRONMENTAL PROTECTION AGENCY   ERNST  YOUNG LLP
OFFICE OF THE GENERAL COUNSEL     SUITE 500                         200 PLAZA DRIVE
MAIL CODE 2310A                   1201 ELM ST                       SUITE 2222
1200 PENNSYLVANIA AVE NW          DALLAS TX 75270-2162              SECAUCUS NJ 07094-3699
WASHINGTON DC 20460-0001


ESCALANTE ERIKA                   ESTRADA JAVIER                    ESTRADA JOSE
CO BENNY AGOSTO JR                CO LOUIS A MCWHERTER              CO BENNY AGOSTO JR
800 COMMERCE STREET               2616 SOUTH LOOP WEST              800 COMMERCE STREET
HOUSTON TX 77002-1707             SUITE 520                         HOUSTON TX 77002-1707
                                  HOUSTON TX 77054-2761


EVERETT BOBBIE                    EXPONENT INC                      FASTENAL COMPANY
CO LOUIS A MCWHERTER              149 COMMONWEALTH DRIVE            PO BOX 978
2616 SOUTH LOOP WEST              MENLO PARK CA 94025-1133          WINONA MN 55987-0978
SUITE 520
HOUSTON TX 77054-2761


FEDERAL EXPRESS CORPORATION       FETUGBO MARILN                    FISHER SCIENTIFIC
PO BOX 1140                       CO LOUIS A MCWHERTER              PO BOX 404705
MEMPHIS TN 38101-1140             2616 SOUTH LOOP WEST              ATLANTA GA 30384-4705
                                  SUITE 520
                                  HOUSTON TX 77054-2761
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FISHER CAMERON                      FLORES JOSE                              FLORES NOE
CO JASON A ITKIN                    CO LAWRENCE P WILSON                     CO LAWRENCE P WILSON
6009 MEMORIAL DRIVE                 10940 W SAM HOUSTON PKWY N SUITE 100     10940 W SAM HOUSTON PKWY N SUITE 100
HOUSTON TX 77007-7035               HOUSTON TX 77064-5768                    HOUSTON TX 77064-5768



FOSTER FENCE CORPORATION            FOUR WAY PALLET                          FRANK DOMERE
PO BOX 96116                        PO BOX 202                               CO LOUIS A MCWHERTER
HOUSTON TX 77213-6116               GALENA PARK TX 77547-0202                2616 SOUTH LOOP WEST
                                                                             SUITE 520
                                                                             HOUSTON TX 77054-2761



FRONTIER COMMUNICATIONS             FRONTIER COMMUNICATIONS                  FULLERS
BANKRUPTCY DEPT                     PO BOX 740407                            2108 NO ALEXANDER
19 JOHN STREET                      CINCINNATI OH 45274-0407                 BAYTOWN TX 77520-3454
MIDDLETOWN NY 10940-4918



FUNCTION 4 LLC                      GARRETT AMANDA                           GATOR SPECIALITY SERVICES
12560 REED RD                       CO ROBERT A SCHWARTZ                     2589 WESTSIDE DRIVE
SUITE 200                           300 FANNIN SUITE 200                     PASADENA TX 77502
SUGAR LAND TX 77478-3380            HOUSTON TX 77002-2057



GLASPIE JESSIE                      GOOSE CREEK CONS ISD                     GRACE CARLOS
CO LOUIS A MCWHERTER                TAX SERVICES                             CO ROBERT A SCHWARTZ
2616 SOUTH LOOP WEST                PO BOX 2805                              300 FANNIN SUITE 200
SUITE 520                           BAYTOWN TX 77522-2805                    HOUSTON TX 77002-2057
HOUSTON TX 77054-2761



GRAINGER                            GREAT AMERICAN GROUP ADVISORY            GREAT WESTERN VALVE LLC
DEPT 352804072023                   VALUATIO                                 14247 BANDERA ST
PALATINE IL 60038-0001              21255 BURBANK BLVD                       HOUSTON TX 77015-5247
                                    SUITE 400
                                    WOODLAND HILLS CA 91367-6747



GREAT WESTERN VALVE INC             GROENDYKE TRANSPORT INC                  GUILLORY ELIZABETH
14247 BANDERA STREET                CO BANK OF OKLAHOMA                      CO ROBERT A SCHWARTZ
DEER PARK TX 77356                  DEPT 1706                                300 FANNIN SUITE 200
                                    TULSA OK 74182-0001                      HOUSTON TX 77002-2057



GUSS JOY                            GUSS HARRIS JACE                         H MARK BURCK
CO ROBERT A SCHWARTZ                CO ROBERT A SCHWARTZ                     14201 MEMORIAL DRIVE
300 FANNIN SUITE 200                300 FANNIN SUITE 200                     HOUSTON TX 77079-6742
HOUSTON TX 77002-2057               HOUSTON TX 77002-2057



HACH COMPANY                        HARRIS COUNTY WATER CONTROL              HARTIS KELLIE
2207 COLLECTIONS CENTER DRIVE       AND IMPROVEMENT DISTRICT                 CO ROBERT A SCHWARTZ
CHICAGO IL 60693-0022               125 SAN JACINTO                          300 FANNIN SUITE 200
                                    HIGHLANDS TX 77562-3760                  HOUSTON TX 77002-2057
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
HAYNES AND BOONE LLP              HAYNES AND BOONE LLP                    HERNANDEZ ISAAC
2323 VICTORY AVENUE               ATTN IAN T PECK PARTNER                 CO ROBERT A SCHWARTZ
STE 700                           2323 VICTORY AVENUE SUITE 700           300 FANNIN SUITE 200
DALLAS TX 75219-7673              DALLAS TX 75219-7673                    HOUSTON TX 77002-2057


HERRERA ERICK                     HILL   KNOWLTON STRATEGIES              HITACHI HIGH TECH
CO ROBERT A SCHWARTZ              PO BOX 101264                           2 TECXHNOLOGY PARK DRIVE
300 FANNIN SUITE 200              ATLANTA GA 30392-1264                   2ND FLOOR
HOUSTON TX 77002-2057                                                     WESTFORD MA 01886-3164


HOUSTON CONTROLS INC              HOUSTON TRANSFER  STORAGE CO            HUBERT JOHNETT
PO BOX 24067                      13103 BAY PARK RD                       CO LOUIS A MCWHERTER
HOUSTON TX 77229-4067             PASADENA TX 77507-1105                  2616 SOUTH LOOP WEST SUITE 520
                                                                          HOUSTON TX 77054-2761


IAN GROETSCH                      IBOY EDUARDO                            IDS ENGINEERING GROUP INC
TCEQ LITIGATION DIVISION          CO ROBERT A SCHWARTZ                    13430 NORTHWEST FREEWAY
12100 PARK 35 CIRCLE              300 FANNIN SUITE 200                    SUITE 700
BLDG A                            HOUSTON TX 77002-2057                   HOUSTON TX 77040-6091
AUSTIN TX 78711


INFINEUM USA LP                   INGEVITY CORPORATION                    INNER PLANT PRODUCT STORAGE CO
ATTN ANNETTE L POBLETE            5255 VIRGINIA AVENUE                    626 WEST ALABAMA
1900 EAST LINDEN AVE              NORTH CHARLESTON SC 29406-3615          HOUSTON TX 77006-5004
LINDEN NEW JERSEY 07036-1133


INNOSPEC FUEL SPECIALTIES         INSIGHT DIRECT USA                      INTEGRATED PROCESS RESOURCES
8375 S WILLOW ST                  PO BOX 78825                            ENVIRONMENTAL MONITORING SVC
LITTLETON CO 80124-2837           PHOENIX AZ 85062-8825                   905 GEMINI
                                                                          HOUSTON TX 77058-2762


MEXICO                            IRON MOUNTAIN RECORDS MANAGEME          ISAAC VILLARREAL
IPAC INC                          PO BOX 915004                           2000 WEST LOOP SOUTH
NORTE 3 NO 13                     DALLAS TX 75391-5004                    SUITE 1850
NUEVO PARQUE INDUSTRIAL                                                   HOUSTON TX 77027-3744
SAN JUAN DEL RIO QUERETA - 76809


JACKSON CAROLYN                   JAMES E PESKAR ABA MIDWEST BRAKE FLUID  JANITORIAL MGMTSVCOF HOUSTON
CO LOUIS A MCWHERTER              LABOR                                   1544 SAWDUST  606
2616 SOUTH LOOP WEST              JAMES E PESKAR                          THE WOODLANDS TX 77380-2905
SUITE 520                         2531 SPRING FOREST
HOUSTON TX 77054-2761             IMPERIAL MO 63052-1417


JASON A ITKIN                     JAVIER ESTRADA                          JEFFERSON TERRY
6009 MEMORIAL DRIVE               101 NORMANDY STREET 2504                CO JASON A ITKIN
HOUSTON TX 77007-7035             HOUSTON TX 77015-2080                   6009 MEMORIAL DRIVE
                                                                          HOUSTON TX 77007-7035
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JERZY SUPPLY                        JESTEX  LLC                        JOE VIRENE
PO BOX 15294                        PO BOX 5177                        1300 POST OAK BLVD
HOUSTON TX 77220-5294               HOUSTON TX 77262-5177              SUITE 2000
                                                                       HOUSTON TX 77056-8000


JOHNSON CONTROLS                    JOHNSON CONTROLS SECURITY SOLUTIONS  JOHNSON LISA
5757 N GREEN BAY AVE LD9            PO BOX 371956                      CO LOUIS A MCWHERTER
MILWAUKEE WI 53209-4408             PITTSBURGH PA 15250-7956           2616 SOUTH LOOP WEST
                                                                       SUITE 520
                                                                       HOUSTON TX 77054-2761


JOHNSON ROBERT                      JOSEPH EDWARD                      JOSEPH JERMAINE
CO ROBERT A SCHWARTZ                CO LOUIS A MCWHERTER               CO JASON A ITKIN
300 FANNIN SUITE 200                2616 SOUTH LOOP WEST               6009 MEMORIAL DRIVE
HOUSTON TX 77002-2057               SUITE 520                          HOUSTON TX 77007-7035
                                    HOUSTON TX 77054-2761


KMCO RETIREMENT PLAN COMMITTEE      KPMG LLP                           KAO MEI
16503 RAMSEY ROAD                   DEPT 0754                          CO ROBERT A SCHWARTZ
CROSBY TX 77532-5916                PO BOX 120754                      300 FANNIN SUITE 200
                                    DALLAS TX 75312-0754               HOUSTON TX 77002-2057


KENNA M SEILER                      KL CHEMPAK INC                     KNOXSON MARGIE
2700 RESEARCH FOREST DRIVE          3647 WILLOWBEND BLVD               CO BENNY AGOSTO JR
SUITE 100                           SUITE 800                          800 COMMERCE STREET
THE WOODLANDS TX 77381-4252         HOUSTON TX 77054-1111              HOUSTON TX 77002-1707


KNOXSON ROOSEVELT                   L  B TRANSPORT LLC                 LGC US ASSET HOLDINGS LLL AKA LAMONS
CO BENNY AGOSTO JR                  PO BOX 74870                       7300 AIRPORT BLVD
800 COMMERCE STREET                 BATON ROUGE LA 70874-4870          HOUSTON TX 77061-3932
HOUSTON TX 77002-1707


LACY OBIE                           LADAY GARY                         LANGER TRANSPORT CORP
CO LOUIS A MCWHERTER                CO BENNY AGOSTO JR                 PO BOX 23211
2616 SOUTH LOOP WEST                800 COMMERCE STREET                NEWARK NJ 07189-0001
SUITE 520                           HOUSTON TX 77002-1707
HOUSTON TX 77054-2761


LANXESS CORPORATION                 LAWRENCE P WILSON                  LAWSON JAMES
PO BOX 404818                       10940 W SAM HOUSTON PKWY N         CO LOUIS A MCWHERTER
ATLANTA GA 30384-4818               SUITE 100                          2616 SOUTH LOOP WEST
                                    HOUSTON TX 77064-5768              SUITE 520
                                                                       HOUSTON TX 77054-2761


LEE BARBARA                         LEE KENNETH                        LIVINGSTON INTERNATIONAL INC
CO LOUIS A MCWHERTER                CO ROBERT A SCHWARTZ               150 PIERCE ROAD
2616 SOUTH LOOP WEST                300 FANNIN SUITE 200               SUITE 500
SUITE 520                           HOUSTON TX 77002-2057              ITASCA IL 60143-1228
HOUSTON TX 77054-2761
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LOCKETT JERMAINE                 LOFTIN EQUIPMENT CO INC           LOPEZ PABLO
CO ROBERT A SCHWARTZ             PO BOX 10376                      CO BENNY AGOSTO JR
300 FANNIN SUITE 200             PHOENIX AZ 85064-0376             800 COMMERCE STREET
HOUSTON TX 77002-2057                                              HOUSTON TX 77002-1707


LOUIS A MCWHERTER                LOUP LOGISTICS COMPANY            MAGNA FLOW ENVIRONMENTAL INC
2616 SOUTH LOOP WEST             901 MAIN STREET                   PO BOX 4356
SUITE 520                        DALLAS TX 75202-3707              DEPT 695
HOUSTON TX 77054-2761                                              HOUSTON TX 77210-4356


MAIL FINANCE                     MAJESTY INVESTMENTS LLC           MARTINEZ ARTURO
PO BOX 45822                     CO RICHARD FULTON                 CO ROBERT A SCHWARTZ
SAN FRANCISCO CA 94145-0822      GREENWAY PLAZA STE 1000           300 FANNIN SUITE 200
                                 HOUSTON TX 77046                  HOUSTON TX 77002-2057


MARTINEZ DEYANIRA                MARTINEZ ENRIQUE                  MARTY HERRING
CO JASON A ITKIN                 CO BENNY AGOSTO JR                1616 S VOSS ROAD
6009 MEMORIAL DRIVE              800 COMMERCE STREET               SUITE 890
HOUSTON TX 77007-7035            HOUSTON TX 77002-1707             HOUSTON TX 77057-2631


MARTY HERRING                    MASON DENISHA                     MASON JOAN
616 S VOSS ROAD SUITE 890        CO ROBERT A SCHWARTZ              CO LOUIS A MCWHERTER
HOUSTON TX 77024-5426            300 FANNIN SUITE 200              2616 SOUTH LOOP WEST
                                 HOUSTON TX 77002-2057             SUITE 520
                                                                   HOUSTON TX 77054-2761


MASON LAKESHA                    MASS FLOW TECHNOLOGY INC          MATA HECTOR
CO BENNY AGOSTO JR               3000 NORTH MAIN                   CO BENNY AGOSTO JR
800 COMMERCE STREET              BLDG C3                           800 COMMERCE STREET
HOUSTON TX 77002-1707            BAYTOWN TX 77521-4189             HOUSTON TX 77002-1707


MATAMOROS TROJAN                 MATHESON TRI GAS INC              MAXWELL LOCKE  RITTER LLP
CO BENNY AGOSTO JR               PO 845502                         PO BOX 2637
800 COMMERCE STREET              DALLAS TX 75284-5502              SAN ANTONIO TX 78299-2637
HOUSTON TX 77002-1707


MAY JAMES                        MCCARTY ROAD LANDFILL TEXAS LP    MCDANIEL BRENDA
CO ROBERT A SCHWARTZ             PO BOX 841833                     CO LOUIS A MCWHERTER
300 FANNIN SUITE 200             DALLAS TX 75284-1833              2616 SOUTH LOOP WEST
HOUSTON TX 77002-2057                                              SUITE 520
                                                                   HOUSTON TX 77054-2761


MCMASTER CARR                    MCNEIL JOHN A                     MESA MECHANICAL INC
PO BOX 7690                      CO LOUIS A MCWHERTER              CO JASON WALKER
CHICAGO IL 60680-7690            2616 SOUTH LOOP WEST              1885 SAINT JAMES PLACE 15TH FLOOR
                                 SUITE 520                         HOUSTON TX 77056-4175
                                 HOUSTON TX 77054-2761
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MESSON JAENETTE<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 | MICHAEL S TILTON<br>RIVER OAKS TOWER<br>3730 KIRBY DRIVE<br>SUITE 1020<br>HOUSTON TX 77098-3927 | MIDWEST BRAKE FLUID LAB<br>2531 SPRING FOREST ROAD<br>IMPERIAL MO 63052-1417 |
| MILLIKEN COMPANY<br>M485 920 MILLIKEN ROAD<br>SPARTANBURG SC 29303-4906 | MIRANDA SALVADOR<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | MITCHELL MARIA<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 |
| MONDRAGON FABIOLA<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | MONROE DARRELL<br>CO JASON A ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON TX 77007-7035 | MOREHAM THERESA<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| MOREHAM WALTER<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | MORENO CRISTIAN<br>CO JASON A ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON TX 77007-7035 | MOSHERFLO PUMPS LLC<br>PO BOX 9010<br>GALVESTON TX 77553-9010 |
| MUELLER WATER CONDITIONING INC<br>1500 SHERWOOD FOREST DR<br>HOUSTON TX 77043-3899 | MUNROS SAFETY APPAREL<br>ATTN ACCOUNTS RECEIVABLE<br>PO BOX 4007<br>BEAUMONT TX 77704-4007 | MUTUAL AID<br>MONT BELVIEU<br>PO BOX 219<br>MONT BELVIEU TX 77580-0219 |
| MYLES CHARZETTA<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | MYLES EDWARD<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | MYLES MARLON<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 |
| NATIONWIDE BOILER INC<br>42400 CHRISTY ST<br>FREMONT CA 94538-3141 | NEOFUNDS BY NEOPOST<br>PO BOX 6813<br>CAROL STREAM IL 60197-6813 | NEOFUNDS BY NEOPOST<br>PO BOX 6813<br>CAROL STREAM IL 60197-6813 |
| NGUYEN TRUNG<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | NIKEYLA JOHNSON<br>3033 CHIMNEY ROCK<br>HOUSTON TX 77056-6249 | NJERU TAMEKIA INDIVIDUALLY AND AS NEXT<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| NORTH HOUSTON EXTERMINATORS<br>PO BOX 111518<br>HOUSTON TX 77293-0518 | NORTON ROSE FULBRIGHT US LLP<br>PO BOX 844284<br>DALLAS TX 75284-4284 | NOVOSAD TANYA<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
OFFICE DEPOT INC                    OLIGE TEQUILA                         OLIVER EQUIPMENT CO
ACCT27868349                        CO JASON A ITKIN                      PO BOX 41145
PO BOX 70001                        6009 MEMORIAL DRIVE                   HOUSTON TX 77241-1145
LOS ANGELES CA 90074-0001           HOUSTON TX 77007-7035


OMI ENVIRONMENTAL SOLUTIONS         PALMER BEVERLY                        PAN AMERICAN RAILWAY CO
DEPT 0416                           CO LAWRENCE P WILSON                  PO BOX 670632
PO BOX 120416                       10940 W SAM HOUSTON PKWY N SUITE 100  DALLAS TX 75267-0632
DALLAS TX 75312-0416                HOUSTON TX 77064-5768


PAN AMERICAN RAILWAY CO             PARKER SONIA                          PENDER BELLARD ANN
PO BOX 670632                       CO ROBERT A SCHWARTZ                  CO JASON A ITKIN
DALLAS TX 75267-0632                300 FANNIN SUITE 200                  6009 MEMORIAL DRIVE
                                    HOUSTON TX 77002-2057                 HOUSTON TX 77007-7035


PEREZ NEGRON PIEDAD                 PHAM THANH                            PHILCHEM
CO JASON A ITKIN                    CO ROBERT A SCHWARTZ                  4620 CREEKSTONE DR
6009 MEMORIAL DRIVE                 300 FANNIN SUITE 200                  SUITE 140
HOUSTON TX 77007-7035               HOUSTON TX 77002-2057                 DURHAM NC 27703-8246


PIERSON JAMES                       PIPELINE PACKAGING FKA SOONER         PLATA JOSE
CO BENNY AGOSTO JR                  CONTAINER                             CO CHANCE A MCMILLAN
800 COMMERCE STREET                 30310 EMERALD VALLEY PKWY             440 LOUISIANA STREET SUITE 1200
HOUSTON TX 77002-1707               SUITE 300                             HOUSTON TX 77002-1063
                                    GLENWILLOW OH 44139-4361


PONDER JAYSON                       PONDER JOHNNY                         PREFERRED INDUSTRIAL
CO JASON A ITKIN                    CO JASON A ITKIN                      CONTRACTORS INC
6009 MEMORIAL DRIVE                 6009 MEMORIAL DRIVE                   8125 FM 3246
HOUSTON TX 77007-7035               HOUSTON TX 77007-7035                 BAYTOWN TX 77523


PREFERRED INDUSTRIAL CONTRACTORS INC PREMIER TRAILER LEASING INC          PRIMATECH INC
CO JOE VIRENE                       5201 TENNYSON PARKWAY                 PTI COURSE COORDINATOR
GRAY REED  MCGRAW LLP               SUITE 250                             50 NORTHWOODS BLVD
1300 POST OAK BLVD SUITE 2000       PLANO TX 75024-4117                   COLUMBUS OH 43235-4717
HOUSTON TEXAS 77056-8000


PRIMERO INDUSTRIAL SERVICES LTD     PRIMERO INDUSTRIAL SERVICES LTD       QUALITY CARRIERS INC
12518 HWY 6                         P O BOX 1079                          4910 PAYSPHERE CIRCLE
SANTA FE TX 77510-7610              SANTA FE TX 77510-1079                CHICAGO IL 60674-4910


QUEEN SAENZ SCHUTZ PLLC             QUEST LOGIX                           RAGSDALE MARK
327 CONGRESS AVE                    3262 WESTHEIMER                       CO LAWRENCE P WILSON
SUITE 220                           SUITE 316                             10940 W SAM HOUSTON PKWY N SUITE 100
AUSTIN TX 78701-4722                HOUSTON TX 77098-1002                 HOUSTON TX 77064-5768
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RAY WRIGHT PUMPS INC<br>2625 E SAM HOUSTON PKWY S<br>PASADENA TX 77503-4011 | RELEVANT SOLUTIONS<br>12610 W AIRPORT BLVD<br>SUITE 100<br>SUGAR LAND TX 77478-6192 | RELEVANT SOLUTIONS<br>14910 HENRY RD<br>HOUSTON TX 77060-5308 |
| REPUBLIC SERVICES  852<br>PO BOX 78829<br>PHOENIX AZ 85062-8829 | RICHARD DELONDA<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | RICHARD MICHAEL<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| RICHARD PAUL<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | RICHARD TYREK<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| ROBERTSON  ROBERTSON PLLC<br>800 WILCREST DR<br>SUITE 205<br>HOUSTON TX 77042-1397 | ROBINSON JARED<br>CO NIKEYLA JOHNSON<br>3033 CHIMNEY ROCK SUITE 610<br>HOUSTON TX 77056-6255 | ROCK W A OWENS<br>1019 CONGRESS<br>15TH FLOOR<br>HOUSTON TX 77002-1799 |
| ROCKWELL AUTOMATION INC<br>1201 S SECOND STREET<br>MILWAUKEE WI 53204-2410 | RODRIGUEZ KRYSTAL<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | ROY VILLAREAL<br>101 NORMANDY STREET 2504<br>HOUSTON TX 77015-2080 |
| SGS NORTH AMERICA INC<br>12621 FEATHERWOOD DRIVE 260<br>HOUSTON TX 77034-4905 | SAFETY KLEEN SYSTEMS INC<br>1580 INDUSTRIAL RD<br>MISSOURI CITY TX 77489-1007 | SATELLITE SHELTERS INC<br>2530 XENIUM LANE NORTH<br>SUITE 150<br>MINNEAPOLIS MN 55441-3695 |
| SCHNEIDER NATIONAL INC<br>ATTN CREDIT DEPARTMENT<br>3101 PACKERLAND DR<br>GREEN BAY WI 54313-6187 | SCOTT BOBBIE<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 | SEMIEN SHANNON<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| SERVICE REFRIGERATION  HVAC<br>1208 1ST STREET<br>SUITE B<br>HUMBLE TX 77338-5915 | SETLIFF CHAD<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | SHEPPARD BRENDA<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 |
| SMITH IDA<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 | SMITH MONDRE<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | SONIER DEJAH<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SORB ALL COMPANY                    SORIA SANTOS                        SORIANO JOHN
PO BOX 21148                        CO JASON A ITKIN                    CO BENNY AGOSTO JR
HOUSTON TX - 77226-1148             6009 MEMORIAL DRIVE                 800 COMMERCE STREET
                                    HOUSTON TX 77007-7035               HOUSTON TX 77002-1707




SOUTHEAST TEXAS AIR COND            SPARROW JESSICA                     SPECIALTY LOCOMOTIVE SERVICES
AND HEATING                         CO JASON A ITKIN                    PO BOX 58291
130 WEST STREET                     6009 MEMORIAL DRIVE                 HOUSTON TX 77258-8291
LIBERTY TX 77575-6139               HOUSTON TX 77007-7035




SPECIALTY SAND CO                   SPIRIT ENVIRONMENTAL                STACI PIERCE
PO BOX 4247                         17350 SH 249                        204 20TH STREET N
DEPT 606                            SUITE 249                           BIRMINGHAM AL 35203-3610
HOUSTON TX 77210-4247               HOUSTON TX 77064




STANDARD BUILDINGS                  STEPAN COMPANY                      STEVENSON CHARLES
PO BOX 10                           5121 AMERIPORT PARKWAY              CO LOUIS A MCWHERTER
SPLENDORA TX 77372-0010             BAYTOWN TX 77523                    2616 SOUTH LOOP WEST
                                                                        SUITE 520
                                                                        HOUSTON TX 77054-2761




SUNBELT RENTAL                      SUNBELT RENTALS                     SWEET DEBRA
PO BOX 409211                       PO BOX 409211                       CO LOUIS A MCWHERTER
ATLANTA GA 30384-9211               ATLANTA GA 30384-9211               2616 SOUTH LOOP WEST
                                                                        SUITE 520
                                                                        HOUSTON TX 77054-2761




TPIS INDUST SERVICES LLC            TAS ENVIRONMENTAL FKA SPECIALIZED   TEXAS COMMISSION ON ENVIRONMENTAL
PO BOX 7700                         WASTE                               QUALITY
PASADENA TX 77508-7700              403 W BRENTWOOD                     ATTN BANKRUPTCY PROGRAM
                                    HOUSTON TX 77530-3952               P O BOX 13087
                                                                        MC 132
                                                                        AUSTIN TX 78711-3087




TXU ENERGY RETAIL COMPANY LP        TAYLOR MACHINE WORKS INC            TEAM INDUSTRIAL SERVICES INC
CO BANKRUPTCY DEPARTMENT            3690 NORTH CHURCH AVE               PO BOX 842233
PO BOX 650393                       LOUISVILLE MS 39339-2070            DALLAS TX 75284-2233
DALLAS TX 75265-0393




TEXAS ATTORNEY GENERAL              TEXAS COMMISSION OF ENVIORNMENTAL   TEXAS GAUGE  CONTROLS INC
BANKRUPTCY  COLLECTIONS             QUALIT                              7575 DILLON
PO BOX 12548                        PO BOX 13087                        HOUSTON TX 77061-2826
AUSTIN TX 78711-2548                AUSTIN TX 78711-3087




THE CENTER FOR TOXICOLOGY           THE REYNOLDS COMPANY                THE WCM GROUP INC
AND ENV HEALTH LLC                  6775 BINGLE ROAD                    PO BOX 3247
5120 NORTHSHORE DRIVE               HOUSTON TX 77092-1102               HUMBLE TX 77347-3247
NORTH LITTLE ROCK AR 72118-5315
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THOMAS DEBORAH<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | TINA D DAVILA<br>OFFICE OF THE SOLICITOR<br>525 GRIFFIN STREET<br>SUITE 501<br>DALLAS TX 75202-5092 | TOLIVER FELICIA<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 |
| TORRES JORGE<br>CO CHANCE A MCMILLAN<br>440 LOUISIANA STREET SUITE 1200<br>HOUSTON TX 77002-1063 | TOTAL QUALITY LOGISTICS<br>PO BOX 634558<br>CINCINNATI OH 45263-4558 | TOYOTALIFT OF HOUSTON<br>PO BOX 200698<br>HOUSTON TX 77216-0698 |
| TRIANGLE EQUIPMENT INC<br>1495 LINDBERGH<br>BEAUMONT TX 77707-4197 | TRINCHELL JEREMIAH<br>CO ROBERT A SCHWARTZ<br>300 FANNIN SUITE 200<br>HOUSTON TX 77002-2057 | TROY GROUP INC<br>3 BRYAN DRIVE<br>WHEELING WV 26003-6121 |
| TURCIOS LEONEL<br>CO JASON A ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON TX 77007-7035 | U S ATTORNEY S OFFICE<br>1000 LOUISIANA<br>SUITE 2300<br>HOUSTON TX 77002-5010 | US ECOLOGY<br>3277 COUNTY ROAD 69<br>ROBSTOWN TX 78380 |
| US FIRE PUMP CO<br>27855 JAMES CHAPEL RD<br>HOLDEN LA 70744 | US TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>515 RUSK AVE<br>STE 3516<br>HOUSTON TX 77002-2604 | ULTRAPURE INDUSTRIAL SERVICES<br>8444 MARKET STREET<br>HOUSTON TX 77029-2420 |
| UNION TANK CAR<br>PO BOX 91793<br>CHICAGO IL 60693-1793 | UNITED RENTALS NORTHWEST INC<br>PO BOX 4719<br>HOUSTON TX 77210-4719 | UNITED RENTALS NORTHWEST INC<br>PO BOX 4719<br>HOUSTON TX 77210-4719 |
| UNITED STATES ENVIRONM SVC<br>PO BOX 202165<br>DALLAS TX 75320-2165 | US FIRE PUMP COMPANY LLC<br>CO ISAAC VILLARREAL<br>2000 WEST LOOP SOUTH SUITE 1850<br>HOUSTON TX 77027-3744 | VALDEZ ELIZARDO JR<br>CO JASON A ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON TX 77007-7035 |
| VANGUARD MODULAR BLDG SYSTEMS LLC<br>3 GREAT PARKWAY<br>MALVERN PA 19355 | VELA RICARDO<br>CO BENNY AGOSTO JR<br>800 COMMERCE STREET<br>HOUSTON TX 77002-1707 | VILLAGRAN JUAN<br>CO MICHAEL S TILTON<br>RIVER OAKS TOWER<br>3730 KIRBY DRIVE SUITE 1020<br>HOUSTON TX 77098-3927 |
| VILLALOBOZ RANDY<br>CO JASON A ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON TX 77007-7035 | VILLAREAL ROY<br>CO LOUIS A MCWHERTER<br>2616 SOUTH LOOP WEST<br>SUITE 520<br>HOUSTON TX 77054-2761 | W L CRANE REPAIR<br>PO BOX 1688<br>BAYTOWN TX 77522-1688 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

W JASON WALKER                      WABASH POWER EQUIPMENT CO           WALKER FREDERICK MAX
1885 SAINT JAMES PLACE              444 CARPENTER AVENUE                CO LOUIS A MCWHERTER
15TH FLOOR HOUSTON                  WHEELING IL 60090-6081              2616 SOUTH LOOP WEST
HOUSTON TX 77056-4175                                                   SUITE 520
                                                                        HOUSTON TX 77054-2761



WASTE CONNECTIONS OF TEXAS          WATSON ITIA                         WEBA TECHNOLOGY CORP
HOUSTON DISTRICT 5120               CO LOUIS A MCWHERTER                PO BOX 10112
PO BOX 660177                       2616 SOUTH LOOP WEST                230 GILL WAY
DALLAS TX 75266-0177                SUITE 520                           ROCK HILL SC 29730-7814
                                    HOUSTON TX 77054-2761



WEIGHING TECHNOLOGIES INC           WEISER SECURITY SERVICES INC        WILLIAMS GREG
2105 SEABROOK CIRCLE                3939 TULANE AVE                     CO ROBERT A SCHWARTZ
SEABROOK TX 77586-1627              NEW ORLEANS LA 70119-6936           300 FANNIN SUITE 200
                                                                        HOUSTON TX 77002-2057



WILLIAMS SHELIA                     WILLIAMS WILLIE RUTH                WILLIE R WILLIAMS
CO ROBERT A SCHWARTZ                CO LOUIS A MCWHERTER                101 NORMANDY STREET 2504
300 FANNIN SUITE 200                2616 SOUTH LOOP WEST                HOUSTON TX 77015-2080
HOUSTON TX 77002-2057               SUITE 520
                                    HOUSTON TX 77054-2761



WILSON JOE                          WISSJANNEY ELSTNER ASSOCINC         WOWCO EQUIPMENT RENTAL
CO ROBERT A SCHWARTZ                330 PFINGSTEN RD                    5434 HWY 146 N
300 FANNIN SUITE 200                NORTHBROOK IL 60062-2095            BAYTOWN TX 77523-9526
HOUSTON TX 77002-2057



YOUNG CURTIS                        YOUNG TAMMY                         CO JOE VIRENE
CO LOUIS A MCWHERTER                CO ROBERT A SCHWARTZ                GRAY REED  MCGRAW LLP
2616 SOUTH LOOP WEST                300 FANNIN SUITE 200                1300 POST OAK BLVD SUITE 2000
SUITE 520                           HOUSTON TX 77002-2057               HOUSTON TEXAS 77056-8000
HOUSTON TX 77054-2761



CHRISTOPHER R MURRAY                JORGE TORRES                        JOSE PLATA
JONES MURRAY  BEATTY LLP            CO CHANCE MCMILLAN                  CO CHANCE MCMILLAN
4119 MONTROSE BLVD                  440 LOUISIANA SUITE 1200            440 LOUISIANA SUITE 1200
STE 230                             HOUSTON TX 77002-1063               HOUSTON TX 77002-1063
HOUSTON TX 77006-4964



JULIO CHAVEZ                        MIRIAM GOOTT                        WILLIAM G WEST
CO CHANCE MCMILLAN                  WALKER  PATTERSON PC                WILLIAM G WEST PC CPA
440 LOUISIANA SUITE 1200            PO BOX 61301                        12837 LOUETTA ROAD
HOUSTON TX 77002-1063               HOUSTON TX 77208-1301               SUITE 201
                                                                        CYPRESS TX 77429-5611
```